David S. Kahn
Nevada Bar No. 007038
J. Scott Burris
Nevada Bar No. 010529
Juan P. Rodriguez
Nevada Bar No. 010733
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
E-mail:David.Kahn@wilsonelser.com
        J.Scott.Burris@wilsonelser.com
        Juan.Rodriguez@wilsonelser.com

Stephen M. Gaffigan (*Pro Hac Vice* pending)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail:stephen@smgpa.net

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHANEL, INC., a New York corporation, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **COMPLAINT FOR INJUNCTIVE RELIEF** |
| | ) | |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A" and | ) | |
| DOES 1-1000, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff CHANEL, INC. ("Chanel"), a New York corporation, ("Plaintiff' or "Chanel") hereby sues Defendants, THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" and DOES 1-1000 (collectively "Defendants"), and alleges as follows:

1

**JURISDICTION AND VENUE**

1.     This is an action pursuant to 15 U.S.C. §§ 1114, 1116, 1121 and 1125(a) and (d). Accordingly, this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338.

2.     Venue is proper in this Court pursuant 28 U.S.C. § 1391, and this Court may properly exercise personal jurisdiction over Defendants since all Defendants directly target business activities towards consumers in Nevada and cause harm to Chanel's business within this District through, at least, various fully interactive Internet websites, including those operating under their partnership and/or unincorporated association names (the "Subject Domain Names").

**THE PLAINTIFF**

3.     Chanel is a corporation duly organized under the laws of the State of New York with its principal place of business in the United States located at Nine West 57th Street, New York, New York 10019. Chanel operates boutiques throughout the world, including within this Judicial District. Chanel is, in part, engaged in the business of manufacturing and distributing throughout the world, including within this Judicial District, a variety of high quality luxury goods, including, but not limited to, handbags, wallets, shoes, boots, sunglasses, scarves, tee shirts, watches, and costume jewelry, including necklaces, bracelets, earrings, brooches, and rings, under multiple world famous common law and Federally registered trademarks including those identified in Paragraph 13 below. Chanel offers for sale and sells its trademarked goods within this Judicial District. Defendants' sales of counterfeit and infringing Chanel branded products are causing damage to Chanel within this Jurisdiction. Chanel regularly enforces its intellectual property rights and authorized that this action be brought in its name.

4.     Like all other famous trademark owners in the field of luxury goods, Chanel suffers ongoing daily and sustained violations of its trademark rights at the hands of counterfeiters and infringers, such as the Defendants herein, who wrongfully reproduce and counterfeit Chanel's trademarks for the twin purposes of (i) duping and confusing the consuming public and (ii) earning

2

substantial profits. The natural and intended byproduct of Defendants' actions is the erosion and destruction of the goodwill associated with the Chanel name and associated trademarks.

5.      In order to combat the harm caused by the combined actions of Defendants and others engaging in similar conduct, each year Chanel expends millions of dollars in connection with trademark enforcement efforts, including legal fees, investigative fees, and support mechanisms for law enforcement, such as field training guides and seminars.  The recent explosion of counterfeiting over the Internet has created an environment which requires Chanel to file a massive number of lawsuits, often it later turns out, against the same individuals and groups, in order to protect both consumers and itself from the ill effects of confusion and the erosion of the goodwill connected to the Chanel brand. The financial burden on Chanel and companies similarly situated is staggering, as is the resulting burden on the Federal court system.

## THE DEFENDANTS

6.      Defendants are partnerships or unincorporated business associations which operate through domain names registered with registrars in multiple countries, including the United States, the People's Republic of China, and the Commonwealth of the Bahamas, and are comprised of individuals and/or business entities of unknown makeup, many of whom likely reside in the People's Republic of China or other foreign jurisdictions with lax trademark enforcement systems. Defendants have the capacity to be sued pursuant to Federal Rule of Civil Procedure 17(b). Defendants target their business activities towards consumers throughout the United States, including within this Judicial District through the operation of the fully interactive commercial websites operating under the Subject Domain Names identified on Schedule "A" hereto. Multiple Defendants also operate blog style websites under some of the Subject Domain Names which also provide support and direct customer traffic to the fully interactive websites operating under the other Subject Domain Names. Defendants are directly and personally contributing to, inducing and engaging in the sale of counterfeit products as alleged herein, often times as partners, co-conspirators and/or suppliers. The partnership or unincorporated association names used by Defendants are set forth on Schedule "A" hereto. Chanel is presently unaware of the true names of Does 1-1,000. Chanel will amend this Complaint upon discovery of the identities of such fictitious Defendants.

3

7.     Defendants are the past and present moving and conscious forces behind the operation of the commercial Internet websites operating under the Subject Domain Names.

8.     Defendants engage in unfair competition with Chanel and engage in the offering for sale and sale of counterfeit and infringing Chanel branded products within this Judicial District through multiple fully interactive commercial websites operating under at least the Subject Domain Names. Defendants, upon information and belief, also operate additional websites which promote and offer for sale counterfeit and infringing goods under domain names not yet known to Plaintiff. Defendants have purposefully directed their illegal activities towards consumers in the State of Nevada through the advertisement, offer to sell, sale and shipment of counterfeit Chanel branded goods into the State.

9.     Upon information and belief, Defendants will continue to register or acquire new domain names for the purpose of selling goods bearing counterfeits and infringements of Chanel's trademarks unless preliminarily and permanently enjoined.

10.    Defendants' Internet-based website businesses amount to nothing more than massive illegal operations, infringing on the intellectual property rights of Chanel and others.

11.    Defendants use and have registered, established or purchased and maintained the Subject Domain Names. Upon information and belief, Defendants have engaged in fraudulent conduct with respect to the registration of the Subject Domain Names by providing false and/or misleading information to their various Registrars during the Registration or maintenance process. Upon information and belief, many of the Defendants have anonymously registered and maintained some of the Subject Domain Names for the sole purpose of engaging in illegal counterfeiting activities.

12.    Defendants' business names, i.e., the Subject Domain Names and any other domain names used in connection with the sale of counterfeits bearing Chanel's trademarks, are essential components of Defendants' counterfeiting and infringing activities. The Subject Domain Names themselves are the means by which Defendants further their counterfeiting and infringing scheme and cause harm to Chanel. Moreover, Defendants are using Chanel's famous name and trademarks

4

to drive Internet consumer traffic to their websites operating under the Subject Domain Names, thereby creating and increasing the value of the Subject Domain Names at Chanel's expense.

### COMMON FACTUAL ALLEGATIONS

13.     Chanel is the owner of all rights in and to the following trademarks which are valid and registered on the Principal Register of the United States Patent and Trademark Office:

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
| CHANEL | 0,612,169 | September 13, 1955 | IC 014 - Necklaces |
| CHANEL | 0,626,035 | May 1, 1956 | IC 018 – Women's Handbags |
| CHANEL | 0,902,190 | November 10, 1970 | IC 014 - Bracelets, Pins, and Earrings |
| CHANEL | 0,906,262 | January 19, 1971 | IC 025 - Coats, Suits, Blouses, and Scarves |
| CHANEL | 0,915,139 | June 15, 1971 | IC 025 - Women's Shoes |
| CHANEL | 0,955,074 | March 13, 1973 | IC 014 – Watches |
|  | 1,241,264 | June 7, 1983 | IC 025 - Suits, Jackets, Skirts, Dresses, Pants, Blouses, Tunics, Sweaters, Cardigans, Tee-Shirts, [Capes,] Coats, Raincoats, [Jackets Made of Feathers, Shawls,] Scarves, Shoes and Boots |
| CHANEL | 1,241,265 | June 7, 1983 | IC 025 - Suits, Jackets, Skirts, Dresses, Pants, Blouses, Tunics, Sweaters, Cardigans, [Tee-Shirts, Capes,] Coats, Raincoats, [Jackets Made of Feathers, Shawls,] Scarves, Shoes and Boots |

5

| Mark | Registration No. | Date | Goods |
|---|---|---|---|
| (logo) | 1,271,876 | March 27, 1984 | IC 025 - Clothing-Namely, Coats, Dresses, Blouses, Raincoats, Suits, Skirts, Cardigans, Sweaters, Pants, Jackets, Blazers, [Shawls, Hats] and Shoes |
| (logo) | 1,314,511 | January 15, 1985 | IC 018 - Leather Goods-Namely, Handbags, [Wallets, Travel Bags, Luggage, Credit Card And Business Card Cases, Make-Up Bags and Vanity Cases Sold Empty, Briefcase-Type Portfolios; Attaché Cases, Change Purses, Suitcases, Tote Bags, Garment Bags and Travelers' Shoe Bags] |
| CHANEL (logo) | 1,329,750 | April 9, 1985 | IC 025 - Blouses, Skirts, Sweaters, Cardigans, Dresses [Shawls, Scarves, Hats, Collars, Cuffs and Neckties] |
| CHANEL | 1,347,677 | July 9, 1985 | IC 018 - Leather Goods-namely, Handbags [Wallets, Travel Bags, Luggage, Business and Credit Card Cases, Brief Case Type Portfolios, Attaché Cases, Change Purses, Suitcases, Tote Bags, Make-Up Bags and Vanity Cases Sold Empty, Garment Bags for Travel and Travelers' Shoe Bags] |
| (logo) | 1,501,898 | August 30, 1988 | IC 006 - Keychains<br><br>IC 014 - Costume Jewelry<br><br>IC 016 - Gift Wrapping Paper<br><br>IC 025 -Blouses, Shoes, Belts, Scarves, Jackets, Men's Ties<br><br>IC 026 – Brooches and Buttons for Clothing |
| CHANEL | 1,510,757 | November 1, 1988 | IC 009 - Sunglasses |
| (logo) | 1,654,252 | August 20, 1991 | IC 009 - Sunglasses |

6

| | | | |
|---|---|---|---|
| CHANEL | 1,733,051 | November 17, 1992 | IC 018 - Leather Goods; namely, Handbags, Wallets, Travel Bags, Luggage, Business and Credit Card Cases, Change Purses, Tote Bags, Cosmetic Bags Sold Empty, and Garment Bags for Travel |
|  | 1,734,822 | November 24, 1992 | IC 018 - Leather Goods; namely, Handbags, Wallets, Travel Bags, Luggage, Business Card Cases, Change Purses, Tote Bags, and Cosmetic Bags Sold Empty |
| J12 | 2,559,772 | April 9, 2002 | IC 014 -Timepieces; namely, Watches, and Parts Thereof |
|  | 3,022,708 | December 6, 2005 | IC 006 - Key Chains<br><br>IC 009 -Ski Goggles, Sunglasses<br><br>IC 018 -Luggage, Handbags, Totes, Backpacks, Travel Bags, All-Purpose Carrying Bags, Umbrellas<br><br>IC 025 - Boots, Coats, Jackets, Gloves, Hats, Pants, Sandals, Scarves, Shirts, Shoes, Ski Boots, Sun Visors, Suspenders, Sweatbands, Swimwear<br><br>IC 028 - Bags Specially Adopted For Sports Equipment, Basketballs, Kites, Skis, Ski Polls, Tennis Rackets, Tennis Balls, Tennis Racket Covers, Golf Clubs, Golf Bags, and Snow Boards |
|  | 3,025,934 | December 13, 2005 | IC 018 – Handbags |
|  | 3,025,936 | December 13, 2005 | IC 009 -Mobile Phone Straps, Eyeglass Frames, Sunglasses<br><br>IC 025 - Gloves, Swimwear<br><br>IC 026 - Hair Accessories namely Barrettes and Pony-Tail Holders |

7

| CHANEL | 3,133,139 | August 22, 2006 | IC 014 - Jewelry and Watches |

(the "Chanel Marks") and are used in connection with the manufacture and distribution of high quality goods in the categories identified above.

14.     The Chanel Marks have been used in interstate commerce to identify and distinguish Chanel's high quality handbags, wallets, shoes, boots, sunglasses, scarves, tee shirts, watches, costume jewelry, including necklaces, bracelets, earrings, brooches, and rings, and other goods for an extended period of time.

15.     The Chanel Marks have never been assigned or licensed to any of the Defendants in this matter.

16.     The Chanel Marks are symbols of Chanel's quality, reputation and goodwill and have never been abandoned.

17.     Further, Chanel has expended substantial time, money and other resources developing, advertising and otherwise promoting the Chanel Marks. The Chanel Marks qualify as famous marks as that term is used in 15 U.S.C. §1125(c)(1).

18.     Chanel has extensively used, advertised and promoted the Chanel Marks in the United States in association with the sale of high quality handbags, wallets, shoes, boots, sunglasses, scarves, tee shirts, watches, costume jewelry, including necklaces, bracelets, earrings, brooches, and rings, and other goods and has carefully monitored and policed the use of the Chanel Marks.

19.     As a result of Chanel's efforts, members of the consuming public readily identify merchandise bearing the Chanel Marks, as being high quality luxury goods sponsored and approved by Chanel.

20.     Accordingly, the Chanel Marks have achieved secondary meaning as identifiers of high quality handbags, wallets, shoes, boots, sunglasses, scarves, tee shirts, watches, costume jewelry, including necklaces, bracelets, earrings, brooches, and rings, and other goods.

21.     Genuine Chanel branded goods are widely legitimately advertised and promoted by Chanel, its authorized distributors and unrelated third parties via the Internet.  Over the course of the

8

1  past five to seven years, visibility on the Internet, particularly via Internet search engines such as
2  Google, Yahoo!, and Bing has become increasingly important to Chanel's overall marketing and
3  consumer education efforts. Thus, Chanel expends significant monetary resources on Internet
4  marketing and consumer education, including search engine optimization ("SEO") strategies. Those
5  strategies allow Chanel and its authorized retailers to fairly and legitimately educate consumers
6  about the value associated with the Chanel brand and the goods sold thereunder. SEO is a now
7  common marketing process whereby a company or individual designs, supports, structures and
8  phrases Internet website content in order to enhance a website's profile for search engines over a
9  variety of search terms.

10     22.     Upon information and belief, at all times relevant hereto, Defendants in this action
11 have had full knowledge of Chanel's ownership of the Chanel Marks, including its exclusive right to
12 use and license such intellectual property and the goodwill associated therewith.

13     23.     Chanel has discovered Defendants are promoting and otherwise advertising,
14 distributing, selling and/or offering for sale counterfeit products, including, at least, handbags,
15 wallets, shoes, boots, sunglasses, scarves, tee shirts, watches, and costume jewelry, including
16 necklaces, bracelets, earrings, brooches, and rings bearing marks which are exact copies or colorable
17 imitations of the Chanel Marks (the "Defendants' Goods"). Specifically, upon information and
18 belief, Defendants are using the Chanel Marks for different quality goods.

19     24.     The Defendants' Goods are of a quality substantially different than that of Chanel's
20 genuine goods. Despite the nature of the Defendants' Goods and the knowledge they are without
21 authority to do so, Defendants are actively using, promoting and otherwise advertising, distributing,
22 selling and/or offering for sale substantial quantities of such goods with the knowledge that such
23 goods will be mistaken for the genuine high quality products offered for sale by Chanel. The net
24 effect of Defendants' actions will be to result in the confusion of consumers at the time of initial
25 interest, sale, and in the post-sale setting, who will believe Defendants' Goods are genuine goods
26 originating from, associated with, and approved by Chanel.

27
28

COMPLAINT FOR INJUNCTIVE RELIEF

25.     Defendants advertise their products for sale to the consuming public. In so advertising these products, Defendants improperly and unlawfully use the Chanel Marks. Upon information and belief, the misappropriation of the Chanel Marks has been the proximate cause of harm to Chanel.

26.     As part of their overall infringement and counterfeiting scheme, the Defendants are, upon information and belief, all employing substantially similar, and often times coordinated, SEO strategies based, in large measure, upon an illegal use of counterfeits and infringements of the Chanel Marks. Specifically, the Defendants are using counterfeits of Chanel's name and the Chanel Marks in order to make their websites selling illegal goods appear more relevant and attractive to search engines across an array of search terms. By their actions, the Defendants are causing concurrent and indivisible harm to Chanel and the consuming public by (i) depriving Chanel and other third parties of the ability to fairly compete for space within search engine results, (ii) causing an overall degradation of the value of the goodwill associated with the Chanel Marks and (iii) increasing Chanel's overall cost to market its goods and educate consumers about the brand via the Internet.

27.     Upon information and belief, Defendants are concurrently conducting their counterfeiting and infringing activities, at least, within this Judicial District and elsewhere throughout the United States. As a result, Defendants are defrauding Chanel and the consuming public for Defendants' own benefit. Defendants' infringement and disparagement of Chanel does not simply amount to the wrong description of their goods or the failure of the goods to conform to the advertised quality or performance.

28.     Defendants' use of the Chanel Marks, including the promotion and advertisement, reproduction, distribution, sale, and offering for sale of Defendants' Goods, is without Chanel's consent or authorization.

29.     Further, Defendants are engaging in the above-described illegal counterfeiting and infringing activities knowingly and intentionally or with reckless disregard or willful blindness to Chanel's rights for the purpose of trading on the goodwill and reputation of Chanel.

30.     Defendants' above-identified infringing activities are likely to cause confusion, deception and mistake in the minds of consumers, the public and the trade. Moreover, Defendants'

10

wrongful use of the Chanel Marks is likely to create a false impression and deceive customers, the public and the trade into believing there is a connection or association between Chanel and Defendants' Goods.

31.    Chanel has no adequate remedy at law.

32.    Chanel is suffering irreparable and indivisible injury and damages as a result of Defendants' unauthorized and wrongful use of the Chanel Marks. If Defendants' counterfeiting, infringing, and unfairly competitive activities are not preliminarily and permanently enjoined by this Court, Chanel and the consuming public will continue to be harmed.

33.    The injuries and damages sustained by Chanel have been directly and proximately caused by Defendants' wrongful reproduction, use, advertisement, promotion, offering to sell, and sale of the Defendants' Goods.

34.    Chanel has retained the undersigned counsel to represent it in this matter and is obligated to pay said counsel a reasonable fee for such representation.

## COUNT I - TRADEMARK COUNTERFEITING AND INFRINGEMENT

35.    Chanel hereby re-adopts and re-alleges the allegations set forth in Paragraphs 1 through 34 above.

36.    This is an action for trademark counterfeiting and infringement against Defendants based on their use of counterfeits, copies, and/or colorable imitations of the Chanel Marks in commerce in connection with the promotion, advertisement, distribution, sale and/or offering for sale of the Defendants' Goods.

37.    Specifically, Defendants are promoting and otherwise advertising, selling, offering for sale and distributing, at least, counterfeit and/or infringing handbags, wallets, shoes, boots, sunglasses, scarves, tee shirts, watches, and costume jewelry, including necklaces, bracelets, earrings, brooches, and rings bearing the Chanel Marks.  Defendants are continuously infringing and inducing others to infringe the Chanel Marks by using them to advertise, promote and sell, at least, counterfeit and infringing  handbags, wallets, shoes, boots, sunglasses, scarves, tee shirts, watches, and costume jewelry, including necklaces, bracelets, earrings, brooches, and rings.

11

38.     Defendants' concurrent counterfeiting, infringing, and unfairly competitive activities are likely to cause and, upon information and belief, actually are causing confusion, mistake and deception among members of the trade and the general consuming public as to the origin and quality of Defendants' Goods bearing or sold using the Chanel Marks.

39.     Defendants' unlawful actions have caused and are continuing to cause unquantifiable and irreparable harm to Chanel.

40.     Defendants' above-described illegal actions constitute counterfeiting and infringement of the Chanel Marks in violation of Chanel's rights under § 32 of the Lanham Act, 15 U.S.C. § 1114.

41.     Chanel has suffered and will continue to suffer irreparable injury due to the above described activities of Defendants if Defendants are not preliminarily and permanently enjoined.

### COUNT II - FALSE DESIGNATION OF ORIGIN
### PURSUANT TO § 43(a) OF THE LANHAM ACT

42.     Chanel hereby re-adopts and re-alleges the allegations set forth in Paragraphs 1 through 34 above.

43.     Defendants' Goods bearing and sold under the Chanel Marks have been widely advertised and distributed throughout the United States.

44.     Defendants' Goods bearing and sold under the Chanel Marks are virtually identical in appearance to each of Chanel's genuine goods. However, the Defendants' Goods are different in quality. Accordingly, Defendants' activities are likely to cause confusion in the trade and among the general public as to at least the origin or sponsorship of the Defendants' Goods.

45.     Defendants, upon information and belief, have used in connection with their advertisement and sale of products, false designations of origins and false descriptions and representations, including words or other symbols and trade dress which tend to falsely describe or represent such goods and have caused such goods to enter into commerce with full knowledge of the falsity of such designations of origin and such descriptions and representations, all to the detriment of Chanel.

12

46.     Specifically, Defendants have authorized an infringing use of the Chanel Marks, in Defendants' advertisement and promotion of their counterfeit and infringing handbags, wallets, shoes, boots, sunglasses, scarves, tee shirts, watches, and costume jewelry, including necklaces, bracelets, earrings, brooches, and rings. Defendants have also misrepresented to members of the consuming public that the products being advertised and sold by them are genuine, non-infringing products.

47.     Additionally, Defendants are using counterfeits and infringements of the Chanel Marks in order to unfairly compete with Chanel and others for space within search engine organic results, thereby jointly depriving Chanel of a valuable marketing and educational tool which would otherwise be available to Chanel.

48.     Defendants' above-described actions are in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

49.     Chanel has sustained indivisible injury and harm caused by Defendants' concurrent conduct, and absent an entry of an injunction by this Court, Chanel will continue to suffer irreparable injury to its goodwill and business reputation as well as monetary damages.

## COUNT III - CLAIM FOR RELIEF FOR CYBERPIRACY

## UNDER §43(d) OF THE LANHAM ACTION, 15 U.S.C. §1125(d)

50.     Chanel hereby readopts and re-alleges the allegations set forth in Paragraphs 1 through 34 above.

51.     At all times relevant hereto, Chanel has been and still is the owner of the rights, title and interest in and to the Chanel Marks.

52.     Upon information and belief, Defendants have acted with the bad faith intent to profit from the Chanel Marks and the goodwill associated with the Chanel Marks by registering various domain names which are identical or confusingly similar to or dilutive of the Chanel Marks.

53.     Defendants have no intellectual property rights in or to the Chanel Marks.

54.     Defendants' actions constitute cyberpiracy in violation of §43(d) of the Lanham Act, 15 U.S.C. §1125(d).

13

55.     Defendants' conduct is done with knowledge and constitutes a willful violation of Chanel's rights in the Marks. At a minimum, Defendants' conduct constitutes reckless disregard for and willful blindness to Chanel's rights.

56.     The aforesaid conduct is causing Chanel damages and immediate and irreparable injury. Chanel has no adequate remedy at law.

### COUNT IV - COMMON LAW UNFAIR COMPETITION

57.     Chanel hereby readopts and re-alleges the allegations set forth in Paragraphs 1 through 34 above.

58.     This is an action against Defendants based on their manufacture, promotion, advertisement, distribution, sale and/or offering for sale of goods bearing marks which are virtually identical, both visually and phonetically, to the Chanel Marks in violation of Nevada's common law of unfair competition.

59.     Specifically, the Defendants are promoting and otherwise advertising, selling, offering for sale and distributing infringing and counterfeit handbags, wallets, shoes, boots, sunglasses, scarves, tee shirts, watches, and costume jewelry, including necklaces, bracelets, earrings, brooches, and rings.  The Defendants are also using counterfeits and infringements of the Chanel Marks to unfairly compete with Chanel and others for space in search engine results across an array of search terms.

60.     Defendants' infringing activities are likely to cause and actually are causing confusion, mistake and deception among members of the trade and the general consuming public as to the origin and quality of Defendants' products by their use of the Chanel Marks.

61.     Chanel has no adequate remedy at law and is suffering and irreparable injury as a result of Defendants' actions.

### PRAYER FOR RELIEF

62.     WHEREFORE, Chanel demands judgment on all Counts of this Complaint and entry of an award of equitable relief against Defendants as follows:

a.      Entry of preliminary and permanent injunction enjoining Defendants, their agents, representatives, servants, employees, and all those acting in concert or participation

14

---

therewith, from manufacturing or causing to be manufactured, importing, advertising or promoting, distributing, selling or offering to sell the Defendants' Goods; from infringing, counterfeiting, or diluting the Chanel Marks; from using the Chanel Marks, or any mark or trade dress similar thereto, in connection with the sale of any unauthorized goods; from using any logo, trade name or trademark or trade dress which may be calculated to falsely advertise the services or products of Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with Chanel; from falsely representing themselves as being connected with Chanel, through sponsorship or association, or engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants, or in any way endorsed by, approved by, and/or associated with Chanel; from using any reproduction, counterfeit, infringement, copy, or colorable imitation of the Chanel Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants, including, without limitation, handbags, wallets, shoes, boots, sunglasses, scarves, tee shirts, watches, and costume jewelry, including necklaces, bracelets, earrings, brooches, and rings; from affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent Defendants' goods as being those of Chanel, or in any way endorsed by Chanel and from offering such goods in commerce; from engaging in search engine optimization strategies using colorable imitations of the Chanel name or Marks; and from otherwise unfairly competing with Chanel.

b.   Entry of an Order that, upon Chanel's request, those in privity with Defendants and those with notice of the injunction, including any Internet search engines, Web hosts, domain-name registrars and domain-name registries or their administrators that are provided with notice of the injunction, cease facilitating access to any or all domain names and websites through which Defendants engage in the sale of counterfeit and infringing goods using the Chanel Marks.

c.   Entry of an Order that, upon Chanel's request, the top level domain (TLD) Registries for the Subject Domain Names and their administrators place the Subject Domain Names

COMPLAINT FOR INJUNCTIVE RELIEF

on Registry Hold status, thus removing them from the TLD zone files maintained by the Registries which link the Subject Domain Names to the IP addresses where the associated websites are hosted.

        d.    Entry of an order canceling or, at Chanel's election, transferring the Subject Domain Names and any other domain names used by the Defendants to engage in their counterfeiting of the Chanel Marks at issue to Chanel's control so they may no longer be used for illegal purposes.

        e.    Entry of an order that, upon Chanel's request, the Internet Corporation for Assigned Names and Numbers ("ICANN") shall take all actions necessary to ensure that the top level domain Registries responsible for the Subject Domain Names transfer and/or disable the Subject Domain Names as directed by the Court.

        f.    Entry of an award of Chanel's costs and reasonable attorneys' fees and investigative fees associated with bringing this action.

        g.    Entry of further relief as the Court may deem just and proper.

Dated: September 20th, 2011

Respectfully submitted,

By: /s/ David S. Kahn
David S. Kahn
J. Scott Burris
Juan P. Rodriguez
WILSON, ELSER, MOSKOWITZ,
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
David.Kahn@wilsonelser.com
J.Scott.Burris@wilsonelser.com
Juan.Rodriguez@wilsonelser.com

*Of Counsel:*

Stephen M. Gaffigan
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

*Attorneys for Plaintiff Chanel, Inc.*

16

**SCHEDULE A**

**DEFENDANTS BY SUBJECT DOMAIN NAMES AND DEFENDANT NUMBER**

| | |
|---|---|
| Defendant 1 | eukuk.com<br>ktiffany.com<br>a2o5.com* |
| Defendant 2 | canadatoryburch.net<br>toryburchcanada.net |
| Defendant 3 | chanelbagsnow.com<br>chanelbagsol.com<br>coachbagsol.com |
| Defendant 4 | cheapbagsgarden.com<br>cheapbagssales.com |
| Defendant 5 | cheapsunglassesoutlet.org<br>designersunglassesoutlet.org |
| Defendant 6 | clothes2supplier.net<br>store6.net |
| Defendant 7 | co-bag.com<br>cobags.com |
| Defendant 8 | dgshoestores.com<br>dgshoestores.net |
| Defendant 9 | fakeoakleysunglasses2u.com<br>shoessaleusa.com<br>towholesaler.com |
| Defendant 10 | heheebags.com<br>hehegbags.com<br>herebags.com |
| Defendant 11 | hotdiscountshoes.com<br>leletrade.com |
| Defendant 12 | bags-shoes-china.com<br>iofferb2b.com<br>kairystrade.com |
| Defendant 13 | lady-store.net<br>lovecoachs.com |
| Defendant 14 | louisvuittonhandbagsonsale.net<br>louisvuittonidea.com |
| Defendant 15 | luxury-designerhandbags.net<br>outlet-designerhandbags.net |
| Defendant 16 | lv06.com<br>lveshopping.com |

17

| | |
|---|---|
| Defendant 17 | myhandbaghut.com<br>myskyshoes.com |
| Defendant 18 | raybansunglasseshut.net<br>sunglassesoutletshop.net |
| Defendant 19 | topwholesalefashion.com<br>topwholesalefashion.net |
| Defendant 20 | cheap-handbags-edge.com<br>wholesalebrandhandbags.us<br>wholesalecheapjewelrys.com<br>wholesale-cheap-jewelrys.com<br>wholesalejewelrysmart.com |
| Defendant 21 | knockoffo.com<br>tpurses.com |
| Defendant 22 | oakleysunglass-cheap.com<br>oakleysunglassesaaa.com<br>oakleysunglassestopsale.com |
| Defendant 23 | highheeled-shoes.com<br>hulantrading.com<br>women-high-heels.com |
| Defendant 24 | co-cochanel.com<br>sexybikinissunglass.com<br>womanhighheel.com |
| Defendant 25 | mynike-shoe.com<br>chian-jmmc.com*<br>furnesstoolset.com*<br>gigglesandsunshine.com* |
| Defendant 26 | ezshopchina.com<br>luxuryshoechina.com<br>urbanclothesmall.com |
| Defendant 27 | hketa.net<br>watchessell.net |
| Defendant 28 | lilykala21.com<br>maplem2010.com |
| Defendant 29 | puretimeshop.com<br>blog4rolex.com* |
| Defendant 30 | ideal-replica.com<br>popselling.com |
| Defendant 31 | eb67.com<br>eb97.com<br>weekbag.com |
| Defendant 32 | sunglasseshut-us.com<br>sunglassesonlinestore-us.com |
| Defendant 33 | sweet-bag.com<br>vogue-bags.com |

18

| | |
|---|---|
| Defendant 34 | discount-wholesalejewelry.com<br>wholesale-cheapjewelry.com<br>wholesale-cheap-jewelry.com |
| Defendant 35 | chanelhandbagsforcheap.com<br>cocochanelbags.net<br>tiffanyandco-us.net |
| Defendant 36 | cheapclothingshop.com<br>cheapshoesclothes.com<br>chinaclothingstore.com |
| Defendant 37 | buychanelhandbagsonline.net<br>chanelbags-shop.com<br>chanelbags-shop.net |
| Defendant 38 | crazy-trade.com<br>worthtobuy.com |
| Defendant 39 | asiahongs.com<br>nowmalls.com |
| Defendant 40 | guccihandbagsnet.com<br>usshoesnet.com |
| Defendant 41 | linkcl.com<br>linkcl.us<br>outletsky.com<br>shoe-sandals.com |
| Defendant 42 | buyluxurynow.com<br>fairoptical.com<br>jewelryshopnow.com |
| Defendant 43 | auchanel.com<br>shoesheelswedges.com<br>bagsarticle.com* |
| Defendant 44 | handbagsdesignercheap.com<br>bags-diary.com* |
| Defendant 45 | discount-sunglasshut.com<br>mysunglasshut.com |
| Defendant 46 | brandbagshop.org<br>popularbags.org<br>topbrandbag.net |
| Defendant 47 | chbagshop.com<br>cheapbagsforsale.net<br>cheapchbagsforsale.com<br>newchsale.com |
| Defendant 48 | ebuysunglasses.com<br>sellsunglass.com |
| Defendant 49 | chanelsaleonline.com<br>cheapchanelsale.com |

19

COMPLAINT FOR INJUNCTIVE RELIEF

| Defendant 50 | newfashiontalk.com<br>stylestalks.com |
|---|---|
| Defendant 51 | cheapsunglassesbrands.com<br>cheapsunglassesmarket.com |
| Defendant 52 | coachonline-sale.org<br>beautifulboygirl.com*<br>supplier-shops.com* |
| Defendant 53 | hellorolex.com<br>travelinginfos.com* |
| Defendant 54 | replica-watches-brands.com<br>watchfordream.net<br>chanelreplicawatches.org* |
| Defendant 55 | cheap-discount-jordans.com<br>favourite-bags.com<br>nikeairjodanssell.com<br>l-price.com<br>applehot.com*<br>dvdwhole.com* |
| Defendant 56 | chanelbagsusa.com<br>luxurybags123.com* |
| Defendant 57 | 111mall.com |
| Defendant 58 | 2011misssupra.com |
| Defendant 59 | 2011sunglasseshut.com |
| Defendant 60 | 2buytiffany.com |
| Defendant 61 | 51will.net |
| Defendant 62 | 520watches.com |
| Defendant 63 | 925mall.com |
| Defendant 64 | aaa-handbag.com |
| Defendant 65 | a-beststore.com |
| Defendant 66 | accessorywow.com |
| Defendant 67 | acheterchanelonline.com |
| Defendant 68 | agoodbags.info |
| Defendant 69 | allbazaar.net |
| Defendant 70 | allbrandoutlet.com |
| Defendant 71 | asunglassesoutlet.com |
| Defendant 72 | atwholesalestore.com |

COMPLAINT FOR INJUNCTIVE RELIEF

| Defendant 73 | auburnhometownrealty.com |
| --- | --- |
| Defendant 74 | authenticbagsonsale.com |
| Defendant 75 | authentic-chanel-outlet.com |
| Defendant 76 | authentichandbagsshop.com |
| Defendant 77 | b2changbagsoutlet.com |
| Defendant 78 | bag2u.com |
| Defendant 79 | bagsbestshop.com |
| Defendant 80 | bagscoming.com |
| Defendant 81 | bags-easy.com |
| Defendant 82 | bagsshowtime.com |
| Defendant 83 | bagswatchoutlet.com |
| Defendant 84 | bagswholesales.com |
| Defendant 85 | bagsyard.com |
| Defendant 86 | baratoschanel.com |
| Defendant 87 | besthandbags-sales.com |
| Defendant 88 | best-highheels.com |
| Defendant 89 | bestsunglassesoutlet.com |
| Defendant 90 | best-watch-shop.com |
| Defendant 91 | bigtimesunnies.com |
| Defendant 92 | brandbagfactory.com |
| Defendant 93 | brandhat.net |
| Defendant 94 | brandnewhandbag.com |
| Defendant 95 | brandreplicashop.com |
| Defendant 96 | brand-sneakers.net |
| Defendant 97 | brandstyleline.com |
| Defendant 98 | brandsunglassessupplier.com |
| Defendant 99 | brandwatch8.com |
| Defendant 100 | breaksneaker.com |

COMPLAINT FOR INJUNCTIVE RELIEF

| | |
|---|---|
| Defendant 101 | btobuy.com |
| Defendant 102 | bulkforu.com |
| Defendant 103 | buychanelhere.com |
| Defendant 104 | buy-cheap-chanel.com |
| Defendant 105 | buy-jordons.com |
| Defendant 106 | buysunglassesus.com |
| Defendant 107 | buyswissreplicawatches.com |
| Defendant 108 | ca147.com |
| Defendant 109 | ceramicj12watches.com |
| Defendant 110 | chanel0nline.com |
| Defendant 111 | chanelbag-online.com |
| Defendant 112 | chanelbagoutlets.net |
| Defendant 113 | chanelbags2011.com |
| Defendant 114 | chanelbags2012.com<br>chanelbags-2012.com |
| Defendant 115 | chanelbags7.com |
| Defendant 116 | chanelbags-online.com |
| Defendant 117 | chanelbagsonlines.com |
| Defendant 118 | chanel-bags-onsale.com |
| Defendant 119 | chanelbagsstores.com |
| Defendant 120 | chanel-bags-uk.co.uk |
| Defendant 121 | chanelbagsus.net<br>cheapchanelbagsforsale.net |
| Defendant 122 | chanelbagswholesale.com |
| Defendant 123 | chanelby.com |
| Defendant 124 | chanel-chanel.net |
| Defendant 125 | chanel-handbag.co.uk |
| Defendant 126 | chanelhandbagschina.com |
| Defendant 127 | chanelhandbagsky.com |

22

| Defendant 128 | chanelhandbags-outlet.net |
| Defendant 129 | chanel-j12.org |
| Defendant 130 | chanel-j12-watches.com |
| Defendant 131 | chanelltdonline.com |
| Defendant 132 | chanelonlineshopping.us |
| Defendant 133 | chanelonsales.com |
| Defendant 134 | chanel-outlet2011.com |
| Defendant 135 | chaneloutlet-online.com |
| Defendant 136 | chanelproduct.com |
| Defendant 137 | chanelreplicaoutlet.us chaneloutletforsale.us |
| Defendant 138 | chanelstore.net |
| Defendant 139 | chanelsunglass2011.com |
| Defendant 140 | chanelsunglasses2010.com |
| Defendant 141 | chanelsunglassesshop.info |
| Defendant 142 | chaneluksale.com |
| Defendant 143 | chanelukshop.com chanelukstore.com |
| Defendant 144 | chanel-watches.us |
| Defendant 145 | chanelwatches-outlet.com |
| Defendant 146 | charmtide.com |
| Defendant 147 | cheapbagsonsale.com |
| Defendant 148 | cheapbagsoutlet2011.com |
| Defendant 149 | cheapchanelbagsforsale.com |
| Defendant 150 | cheapchanelbags-outlet.com |
| Defendant 151 | cheapchanelsunglasses.com |
| Defendant 152 | cheapchanelsunglasses.net |
| Defendant 153 | cheap-coachoutlet.com |
| Defendant 154 | cheapdesignersunglassessale.com |

23

COMPLAINT FOR INJUNCTIVE RELIEF

| Defendant 155 | cheapdesignerwholesale.net |
| Defendant 156 | cheaperchinaclothing.com |
| Defendant 157 | cheapforsneakers.com |
| Defendant 158 | cheaphandbag.biz |
| Defendant 159 | cheaphandbags1.com |
| Defendant 160 | cheap-handbags-sale.com |
| Defendant 161 | cheaphandbagssale.us |
| Defendant 162 | cheapoakleysoutlet.net |
| Defendant 163 | cheapoakleysunglassesus.com |
| Defendant 164 | cheapshoes169.com |
| Defendant 165 | cheapsunglassesshop.net |
| Defendant 166 | cheap-sunglasses-uk.com |
| Defendant 167 | cheapsunglassesus.com |
| Defendant 168 | cheap-supply.com |
| Defendant 169 | cheaptiffanystore.com |
| Defendant 170 | cheapwholesalefashion.com |
| Defendant 171 | cheapwomens.org |
| Defendant 172 | chinabrandonline.com |
| Defendant 173 | chinaclothingsale.com |
| Defendant 174 | china-export-suppliers.com |
| Defendant 175 | china-fad.com |
| Defendant 176 | chinafashionjewelry.net |
| Defendant 177 | choose-you-like.com |
| Defendant 178 | christian-outlet.net |
| Defendant 179 | christyshop.com |
| Defendant 180 | clyslshoes.com |
| Defendant 181 | cnwholesalestore.com |
| Defendant 182 | coachbags365.com |

24

| Defendant 183 | coachhandbagsreplica.com |
| Defendant 184 | cocochanelbag.com |
| Defendant 185 | coolsunglasses2011.com |
| Defendant 186 | coposhoe.com |
| Defendant 187 | copyokay.com |
| Defendant 188 | countyjewelrystore.com |
| Defendant 189 | d9go.com |
| Defendant 190 | damnfly.com |
| Defendant 191 | designerbagsfactory.com |
| Defendant 192 | designerclothestore.com |
| Defendant 193 | designerdiscountbags.com |
| Defendant 194 | designer-shoe.org |
| Defendant 195 | designersunglasseshut2011.com |
| Defendant 196 | designersunglassestore.com |
| Defendant 197 | designsunglass.com |
| Defendant 198 | discountchanel-handbags.com |
| Defendant 199 | discountchanelshops.com |
| Defendant 200 | discountchanelstores.com |
| Defendant 201 | discount-sunglasses-on-sale.com |
| Defendant 202 | discountsunglassesoutlet.net |
| Defendant 203 | discountsunglassessale.com |
| Defendant 204 | divadollscloset.com |
| Defendant 205 | dsqstock.com |
| Defendant 206 | ecboots.com |
| Defendant 207 | echeapclothing.com |
| Defendant 208 | egohandbags.com |
| Defendant 209 | eluxbag.com |
| Defendant 210 | emiumiubags.com |

25

| Defendant 211 | enreplica.com |
|---|---|
| Defendant 212 | eralphlauren.com |
| Defendant 213 | erbags.com |
| Defendant 214 | eshoppinggucci.com |
| Defendant 215 | ewcss.com |
| Defendant 216 | facevogue.net |
| Defendant 217 | faith-trade.com |
| Defendant 218 | fake-bags.com |
| Defendant 219 | fakechanelbagsshop.us |
| Defendant 220 | fakesunglasseshut.com |
| Defendant 221 | cheapchanelbagss.com<br>fashionchanelbag.com |
| Defendant 222 | fashionchanelhandbag.com |
| Defendant 223 | fashioncheaphandbag.com |
| Defendant 224 | fashioncheapjewelry.com |
| Defendant 225 | fashionhandbagsplaza.com |
| Defendant 226 | fashionkingdoms.com |
| Defendant 227 | fashion-ol.com |
| Defendant 228 | fashionpeoples.com |
| Defendant 229 | fashionrealbags.com |
| Defendant 230 | fashions4life.com |
| Defendant 231 | firstfashion.biz |
| Defendant 232 | frenchperfumeshop.com |
| Defendant 233 | f-wholesale.com |
| Defendant 234 | generaljewellery.com |
| Defendant 235 | get-bag.com |
| Defendant 236 | girl-sunglasses.com |
| Defendant 237 | glassescheaponline.com |

COMPLAINT FOR INJUNCTIVE RELIEF

| | | |
|---|---|---|
| 1 | Defendant 238 | globalbuy.org |
| 2 | Defendant 239 | go2like.com |
| 3 | Defendant 240 | gogomalls.com |
| 4 | Defendant 241 | goodcoachbag.com |
| 5 | Defendant 242 | good-lookingshoes.com |
| 6 | Defendant 243 | gooodbags.com |
| 7 | Defendant 244 | groundmart.biz |
| 8 | Defendant 245 | grunstore.com |
| 9 | Defendant 246 | guccilvshoes.com |
| 10 | Defendant 247 | guccipursewallets.com |
| 11 | Defendant 248 | hahabags.com |
| 12 | Defendant 249 | hahaclothing.com |
| 13 | Defendant 250 | handbagcheapshop.com |
| 14 | Defendant 251 | handbagpops.com |
| 15 | Defendant 252 | handbags1688.com |
| 16 | Defendant 253 | handbags4sell.com |
| 17 | Defendant 254 | handbags-discount.com |
| 18 | Defendant 255 | handbagshermes.com |
| 19 | Defendant 256 | handbagstowholesale.com |
| 20 | Defendant 257 | hao1574.com |
| 21 | Defendant 258 | hatglass.com |
| 22 | Defendant 259 | hatswarehouse.com |
| 23 | Defendant 260 | heregogo.com |
| 24 | Defendant 261 | hermesbagsseller.com |
| 25 | Defendant 262 | highheels-retail.com |
| 26 | Defendant 263 | hottrade2008.com |
| 27 | Defendant 264 | hot-watch-shop.com |
| 28 | Defendant 265 | infoed.net |

27

COMPLAINT FOR INJUNCTIVE RELIEF

| Defendant 266 | inwholesalestore.com |
| Defendant 267 | irdatacorp.com |
| Defendant 268 | italiandesigner2u.com |
| Defendant 269 | items-trade.com |
| Defendant 270 | j12channel.com |
| Defendant 271 | jerseysmaker.com |
| Defendant 272 | jewelrycollect.com |
| Defendant 273 | jewelry-sterling-silver.com |
| Defendant 274 | jewelrywholesalejewellery.com |
| Defendant 275 | joybuyhandbags.com |
| Defendant 276 | kaufenchanelonline.com |
| Defendant 277 | kisstrend.com |
| Defendant 278 | ladybagonsale.com |
| Defendant 279 | ladybagsfactory.com |
| Defendant 280 | likebuybags.com |
| Defendant 281 | likeswisswatches.com |
| Defendant 282 | lokobuy.com |
| Defendant 283 | louboutin-christian.com |
| Defendant 284 | louisvuittonhandbags.cc |
| Defendant 285 | louisvuitton-lvhandbags.net |
| Defendant 286 | louisvuittonpurses2.com |
| Defendant 287 | louisvuitton-us.com |
| Defendant 288 | lovebagstore.com |
| Defendant 289 | luxecheaphandbags.com |
| Defendant 290 | luxurybagsupplier.com |
| Defendant 291 | luxurychanelgifts.com |
| Defendant 292 | luxury-in-china.net |
| Defendant 293 | lvbageshop.com |

28

| Defendant 294 | lvgoodbag.com |
|---|---|
| Defendant 295 | lv-sale.net |
| Defendant 296 | mallofbag.com |
| Defendant 297 | marcjacobshandbagssale.com |
| Defendant 298 | mychanelkingdom.com |
| Defendant 299 | myshoesdream.com |
| Defendant 300 | myskyhandbags.com |
| Defendant 301 | mysunglasseshut.com |
| Defendant 302 | mywatch39.com |
| Defendant 303 | nethotstore.com |
| Defendant 304 | newbagscheap.com |
| Defendant 305 | newfaithtrade.com |
| Defendant 306 | nextangel.com |
| Defendant 307 | niceniceshop.com |
| Defendant 308 | nicesunglass.com |
| Defendant 309 | nikeperfect.com |
| Defendant 310 | novbags.com |
| Defendant 311 | oakley2sunglasses.com |
| Defendant 312 | oakleyssunglasses-hot.com oakleysunglasses-hot.com |
| Defendant 313 | oakleytopsale.com |
| Defendant 314 | oksunglassesforcheap.com |
| Defendant 315 | oksunglasseshut.com |
| Defendant 316 | online-fashiongoods.com |
| Defendant 317 | onlinetradese.com |
| Defendant 318 | outlet-express.net |
| Defendant 319 | paypalcoachpurses.com |
| Defendant 320 | popbrands.net |

29

COMPLAINT FOR INJUNCTIVE RELIEF

| Defendant 321 | purelife-bags.com |
|---|---|
| Defendant 322 | purses-chanel.com |
| Defendant 323 | relyshops.com |
| Defendant 324 | replicachanel2u.org |
| Defendant 325 | replicachanelonline.com |
| Defendant 326 | replica-coco-lv.com |
| Defendant 327 | replicadesignerhandbagssale.com |
| Defendant 328 | replica-fake-watches.com |
| Defendant 329 | replicahandbagss.org |
| Defendant 330 | replicarayban.net |
| Defendant 331 | replicas-bags-store.com |
| Defendant 332 | replicashandbags.biz |
| Defendant 333 | replica-supplier.com |
| Defendant 334 | replicas-watches-sell.com |
| Defendant 335 | replica-watches-eshop.com |
| Defendant 336 | repliwatch.com |
| Defendant 337 | republic-handbags.com |
| Defendant 338 | rescuewallet.com |
| Defendant 339 | sale66.com |
| Defendant 340 | salehandbagsbags.com |
| Defendant 341 | saleraybansunglasses.org |
| Defendant 342 | saveintrade.com |
| Defendant 343 | buy4cheaps.fr selfband.com |
| Defendant 344 | sellpurse.com |
| Defendant 345 | selsales.com |
| Defendant 346 | shangtrade.com |
| Defendant 347 | sheerbeautybareminerals.com |

30

COMPLAINT FOR INJUNCTIVE RELIEF

| | |
|---|---|
| Defendant 348 | shoesrunning.com |
| Defendant 349 | shopcn.biz |
| Defendant 350 | shopingstock.com |
| Defendant 351 | storereplica.com |
| Defendant 352 | sumbags.com |
| Defendant 353 | sunglassesrayban.net |
| Defendant 354 | sunglassessaler.com |
| Defendant 355 | sunglasses-shoppe.com |
| Defendant 356 | sunglassessky.com |
| Defendant 357 | sunglasses-sky.com |
| Defendant 358 | sunglassko.com |
| Defendant 359 | sunglassoutlet.us |
| Defendant 360 | supplyshoes.com |
| Defendant 361 | swissreplica.co.uk |
| Defendant 362 | swissreplicauk.com |
| Defendant 363 | thefirstbag.com |
| Defendant 364 | thevoguelady.com |
| Defendant 365 | tiffanyand-co.com |
| Defendant 366 | tiffanyonlineus.net |
| Defendant 367 | tiffanyoutletus.com |
| Defendant 368 | topbagswell.com |
| Defendant 369 | topluxurybagsoutlet.com |
| Defendant 370 | topreplicaonline.com |
| Defendant 371 | topwholesalestore.com |
| Defendant 372 | tradingbus.com |
| Defendant 373 | usayahooo.com |
| Defendant 374 | ushandbagswholesale.com |
| Defendant 375 | ustoryburchoutlets.com |

31

| Defendant 376 | voguechanel.com |
| Defendant 377 | wal-watch.com |
| Defendant 378 | watcharoo.com |
| Defendant 379 | watches-7.com |
| Defendant 380 | watchsaleshop.com |
| Defendant 381 | weekendbuy.com |
| Defendant 382 | wholesalechanelshoes.info |
| Defendant 383 | wholesalecheapjewelrychina.com |
| Defendant 384 | wholesale-coach-bags.com |
| Defendant 385 | wholesaledesignerhandbags.us |
| Defendant 386 | wholesalejewelry168.com |
| Defendant 387 | wholesalejewelrycity.com |
| Defendant 388 | wholesalejewelry-fashion.com |
| Defendant 389 | wholesalenikeshoes.com |
| Defendant 390 | wholesalepursesforcheap.com |
| Defendant 391 | winksandco.com |
| Defendant 392 | womensfashionshop.com |
| Defendant 393 | worldbrandhandbags.com |
| Defendant 394 | xmasgate.com |
| Defendant 395 | yahbags.com |
| Defendant 396 | yearhandbags.com |
| Defendant 397 | yourjeansyouchoose.com |
| Defendant 398 | yys66.com |
| Defendant 399 | chanel-bags.me |

* - Denotes blog style website.

COMPLAINT FOR INJUNCTIVE RELIEF