David S. Kahn
Nevada Bar No. 007038
J. Scott Burris
Nevada Bar No. 010529
Juan P. Rodriguez
Nevada Bar No. 010733
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
E-mail:David.Kahn@wilsonelser.com
        J.Scott.Burris@wilsonelser.com
        Juan.Rodriguez@wilsonelser.com

Stephen M. Gaffigan (*Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail:stephen@smgpa.net

*Attorneys for Plaintiff, CHANEL, INC.*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANEL, INC., | Case No. 2:11-cv-01508-KJD-PAL |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S APPLICATION FOR ENTRY OF PRELIMINARY INJUNCTION** |
| EUKUK.COM, *et al.*, | |
| Defendants. | |

THIS CAUSE is before the Court on Plaintiff's Application for Entry of Preliminary Injunction (the "Application for Preliminary Injunction") (# 7), and upon the Preliminary Injunction Hearing held on October 11, 2011.  The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

1

By the instant Application (# 7), Plaintiff Chanel, Inc. ("Chanel"), moves for entry of a preliminary injunction against Defendants, the Partnerships and Unincorporated Associations identified on Schedule "A" attached hereto (the "Defendants"), for alleged violations of the Lanham Act, 15 U.S.C. §§ 1114, and 1125(a) and (d).

The Court convened the hearing on October 11, 2011, at which only counsel for Plaintiff was present and available to present evidence supporting the Application for Preliminary Injunction. The Defendants have not responded to the Application for Preliminary Injunction, nor made any filing in this case, nor have the Defendants appeared in this matter either individually or through counsel. Because Plaintiff has satisfied the requirements for the issuance of a preliminary injunction, the Court will grant Plaintiff's Application for Preliminary Injunction.

## I.      **Factual and Procedural Background**

On September 26, 2011, the Court entered a temporary restraining order on the following facts from Plaintiff's Complaint, *Ex Parte* Application for Entry of a Temporary Restraining Order and Preliminary Injunction, and supporting evidentiary submissions.

Chanel is a corporation duly organized under the laws of the State of New York with its principal place of business in the United States located at Nine West 57th Street, New York, New York 10019. (Compl. ¶ 3.) Chanel operates boutiques throughout the world, including within this Judicial District. See id. Chanel is, in part, engaged in the business of manufacturing and distributing throughout the world, including within this Judicial District, a variety of high quality luxury goods. (Declaration of Adrienne Hahn Sisbarro in Support of Plaintiff's *Ex Parte* Application for Entry of a Temporary Restraining Order and Preliminary Injunction ["Hahn Decl."] ¶ 5.)

Chanel is, and at all times relevant hereto has been, the owner of all rights in and to the following trademarks:

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|-----------|---------------------|-------------------|-----------------|
| CHANEL | 0,612,169 | September 13, 1955 | IC 014 - Necklaces |

2

273091.1

| Mark | Reg. No. | Date | Goods |
|---|---|---|---|
| CHANEL | 0,626,035 | May 1, 1956 | IC 018 – Women's Handbags |
| CHANEL | 0,902,190 | November 10, 1970 | IC 014 - Bracelets, Pins, and Earrings |
| CHANEL | 0,906,262 | January 19, 1971 | IC 025 - Coats, Suits, Blouses, and Scarves |
| CHANEL | 0,915,139 | June 15, 1971 | IC 025 - Women's Shoes |
| CHANEL | 0,955,074 | March 13, 1973 | IC 014 – Watches |
| ⅭⅭ | 1,241,264 | June 7, 1983 | IC 025 - Suits, Jackets, Skirts, Dresses, Pants, Blouses, Tunics, Sweaters, Cardigans, Tee-Shirts, [Capes,] Coats, Raincoats, [Jackets Made of Feathers, Shawls,] Scarves, Shoes and Boots |
| CHANEL | 1,241,265 | June 7, 1983 | IC 025 - Suits, Jackets, Skirts, Dresses, Pants, Blouses, Tunics, Sweaters, Cardigans, [Tee-Shirts, Capes,] Coats, Raincoats, [Jackets Made of Feathers, Shawls,] Scarves, Shoes and Boots |
| ⅭⅭ | 1,271,876 | March 27, 1984 | IC 025 - Clothing-Namely, Coats, Dresses, Blouses, Raincoats, Suits, Skirts, Cardigans, Sweaters, Pants, Jackets, Blazers, [Shawls, Hats] and Shoes |
| ⅭⅭ | 1,314,511 | January 15, 1985 | IC 018 - Leather Goods-Namely, Handbags, [Wallets, Travel Bags, Luggage, Credit Card And Business Card Cases, Make-Up Bags and Vanity Cases Sold Empty, Briefcase-Type Portfolios; Attache Cases, Change Purses, Suitcases, Tote Bags, Garment Bags and Travellers' Shoe Bags] |
| CHANEL ⅭⅭ | 1,329,750 | April 9, 1985 | IC 025 - Blouses, Skirts, Sweaters, Cardigans, Dresses [Shawls, Scarves, Hats, Collars, Cuffs and Neckties] |
| CHANEL | 1,347,677 | July 9, 1985 | IC 018 - Leather Goods-namely, Handbags [Wallets, Travel Bags, Luggage, Business and Credit Card Cases, Brief Case Type Portfolios, |

3

273091.1

| | | | |
|---|---|---|---|
| | | | Attache Cases, Change Purses, Suitcases, Tote Bags, Make-Up Bags and Vanity Cases Sold Empty, Garment Bags for Travel and Travellers' Shoe Bags] |
|  | 1,501,898 | August 30, 1988 | IC 006 - Keychains<br>IC 014 - Costume Jewelry<br>IC 016 - Gift Wrapping Paper<br>IC 025 -Blouses, Shoes, Belts, Scarves, Jackets, Men's Ties<br>IC 026 – Brooches and Buttons for Clothing |
| CHANEL | 1,510,757 | November 1, 1988 | IC 009 - Sunglasses |
|  | 1,654,252 | August 20, 1991 | IC 009 - Sunglasses |
| CHANEL | 1,733,051 | November 17, 1992 | IC 018 - Leather Goods; namely, Handbags, Wallets, Travel Bags, Luggage, Business and Credit Card Cases, Change Purses, Tote Bags, Cosmetic Bags Sold Empty, and Garment Bags for Travel |
|  | 1,734,822 | November 24, 1992 | IC 018 - Leather Goods; namely, Handbags, Wallets, Travel Bags, Luggage, Business Card Cases, Change Purses, Tote Bags, and Cosmetic Bags Sold Empty |
| J12 | 2,559,772 | April 9, 2002 | IC 014 -Timepieces; namely, Watches, and Parts Thereof |
|  | 3,022,708 | December 6, 2005 | IC 006 - Key Chains<br><br>IC 009 -Ski Goggles, Sunglasses<br><br>IC 018 -Luggage, Handbags, Totes, Backpacks, Travel Bags, All-Purpose Carrying Bags, Umbrellas<br><br>IC 025 - Boots, Coats, Jackets, Gloves, Hats, Pants, Sandals, Scarves, Shirts, Shoes, Ski Boots, Sun Visors, Suspenders, Sweatbands, Swimwear<br><br>IC 028 - Bags Specially Adopted For |

ORDER GRANTING PLAINTIFF'S APPLICATION
FOR ENTRY OF PRELIMINARY INJUNCTION

273091.1

2

| | | | Sports Equipment, Basketballs, Kites, Skis, Ski Polls, Tennis Rackets, Tennis Balls, Tennis Racket Covers, Golf Clubs, Golf Bags, and Snow Boards |
|---|---|---|---|
| 𝕮𝕮 | 3,025,934 | December 13, 2005 | IC 018 – Handbags |
| 𝕺𝕮 | 3,025,936 | December 13, 2005 | IC 009 -Mobile Phone Straps, Eyeglass Frames, Sunglasses IC 025 - Gloves, Swimwear IC 026 - Hair Accessories Namely Barrettes And Pony-Tail Holders |
| CHANEL | 3,133,139 | August 22, 2006 | IC 014 - Jewelry And Watches |

(the "Chanel Marks") which are registered on the Principal Register of the United States Patent and Trademark Office and are used in connection with the manufacture and distribution of high quality goods in the categories identified above. (Hahn Decl. ¶ 4; see also United States Trademark Registrations of the Chanel Marks at issue ["Chanel Trademark Registrations"] attached as Exhibit A to the Hahn Decl.).

The Defendants have advertised, offered for sale, and/or sold, at least, handbags, wallets, shoes, boots, sunglasses, scarves, tee shirts, watches, and costume jewelry, including necklaces, bracelets, earrings, brooches, and rings, bearing what Plaintiff has determined to be counterfeits, infringements, reproductions, and/or colorable imitations of the Chanel Marks. Although each of the Defendants may not copy and infringe each Chanel Mark for each category of goods protected, Chanel has submitted sufficient evidence showing each Defendant has infringed, at least, one or more of the Chanel Marks. (Hahn Decl. ¶¶ 11-15; Declaration of Brandon Tanori in Support of Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order and Preliminary Injunction ["Tanori Decl."] ¶ 4.)  The Defendants are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, infringements, reproductions, and/or colorable imitations of the Chanel Marks.  (Hahn Decl. ¶ 9.)

Plaintiff's counsel retained Brandon Tanori ("Tanori") of Investigative Consultants, a licensed private investigative firm, to investigate suspected sales of counterfeit Chanel branded

products by the Defendants. (Hahn Decl. ¶ 10; Tanori Decl. ¶ 3.) Between August 25, 2011 and September 1, 2011, Tanori accessed the Internet websites operating under the ten of the domain names at issue in this action, chanelbagsnow.com, co-cochanel.com, chanel-j12.org, cheapshoes169.com, luxurychanelgifts.com, voguechanel.com, replicachanelonline.com, hahaclothing.com, topbrandbag.net, and fashioncheapjewelry.com, placed orders for the purchase of various Chanel branded products, including two handbags, one wallet, one watch, one pair of shoes, one scarf, one pair of earrings, one pair of sunglasses, one tee shirt, and one necklace, and requested each product purchased be shipped to his address in Las Vegas, Nevada. (Tanori Decl. ¶ 4 and Composite Exhibit A attached thereto.) Tanori's purchases were processed entirely online, which included providing shipping and billing information, payment, and confirmation of his orders. (Tanori Decl. ¶ 4 and Composite Exhibit A attached thereto.)

Thereafter, a representative of Chanel, Adrienne Hahn Sisbarro, reviewed and visually inspected the web page listings, including images, for each of the Chanel branded goods purchased by Tanori and determined the items were non-genuine Chanel products. (Hahn Decl. ¶¶ 11-12, 15.) Additionally, Hahn reviewed and visually inspected the items bearing the Chanel Marks offered for sale via the Internet websites operating under the partnership and/or unincorporated association names identified on Schedule "A" hereto (the "Subject Domain Names") and determined the products were non-genuine Chanel products. (Hahn Decl. ¶ 13-15 and Composite Exhibits B and C attached thereto, relevant web page captures from the Defendants' Internet websites operating under the Subject Domain Names displaying the Chanel branded items offered for sale.)

On September 20, 2011, Plaintiff filed its Complaint (# 1) against the Defendants for trademark counterfeiting and infringement, false designation of origin, and cyberpiracy. On September 21, 2011, Plaintiff filed its *Ex Parte* Application for Entry of a Temporary Restraining Order and Preliminary Injunction (# 7). On September 26, 2011, the Court issued an Order Granting Plaintiff's *Ex Parte* Application for a Temporary Restraining Order and temporarily restrained the Defendants from infringing the Chanel Marks at issue. Pursuant to the Court's September 26, 2011 Order, Plaintiff provided the Defendants notice and copies of the Court's September 26, 2011 Order

and Plaintiff's *Ex Parte* Application for Entry of a Temporary Restraining Order and Preliminary Injunction and supporting papers via publication on the website located at http://servingnotice.com/sdv/index.html, via email to the email address reflected in the domain registration data for the Subject Domain Names, via email to the email address provided on the Internet websites operating under the Subject Domain Names, electronically via the contact submission web page provided on the websites for the Subject Domain Names, and/or via email to the registrar of record for each of the Subject Domain Names.

## II.   Conclusions of Law

The declarations and supporting evidentiary submissions Plaintiff submitted in support of its Application for Preliminary Injunction support the following conclusions of law:

A.   Plaintiff has a very strong probability of proving at trial that consumers are likely to be confused by the Defendants' advertisement, promotion, sale, offer for sale, and/or distribution of handbags, wallets, shoes, boots, sunglasses, scarves, tee shirts, watches, and costume jewelry, including necklaces, bracelets, earrings, brooches, and rings bearing counterfeits, infringements, reproductions, and/or colorable imitations of the Chanel Marks, and that the products the Defendants are selling are copies of Plaintiff's products that bear marks which are substantially indistinguishable from and/or colorful imitations of the Chanel Marks on handbags, wallets, shoes, boots, sunglasses, scarves, tee shirts, watches, and costume jewelry, including necklaces, bracelets, earrings, brooches, and rings.

B.   Because of the infringement of the Chanel Marks, Plaintiff is likely to suffer immediate and irreparable injury if a preliminary injunction order is not granted. It clearly appears from the following specific facts, as set forth in Plaintiff's Complaint, Plaintiff's Application for Preliminary Injunction, and accompanying declarations on file, that immediate and irreparable loss, damage, and injury will result to Plaintiff and to consumers because it is more likely true than not that:

1.   The Defendants appear to be operating Internet business operations which advertise, promote, offer for sale, and sell, at least, handbags, wallets, shoes, boots, sunglasses,

ORDER GRANTING PLAINTIFF'S APPLICATION
FOR ENTRY OF PRELIMINARY INJUNCTION

273091.1

scarves, tee shirts, watches, and costume jewelry, including necklaces, bracelets, earrings, brooches, and rings bearing counterfeit and infringing trademarks in violation of Plaintiff's rights;

2.      Plaintiff has well-founded fears that more counterfeit and infringing handbags, wallets, shoes, boots, sunglasses, scarves, tee shirts, watches, and costume jewelry, including necklaces, bracelets, earrings, brooches, and rings bearing Plaintiff's trademarks will appear in the marketplace; that consumers may be misled, confused, and disappointed by the quality of these products; and that Plaintiff may suffer loss of sales for its genuine products;

3.      Plaintiff has well-founded fears that unless the injunction is granted, the Defendants can easily and quickly transfer the registrations for many of the Subject Domain Names, or modify registration data and content, change hosts, and redirect traffic to other websites, thereby thwarting Plaintiff's ability to obtain meaningful relief;

4.      The balance of potential harm to the Defendants in restraining their trading in counterfeit and infringing branded goods if a preliminary injunction is issued is far outweighed by the potential harm to Plaintiff, its reputation and goodwill as a manufacturer of high quality handbags, wallets, shoes, boots, sunglasses, scarves, tee shirts, watches, and costume jewelry, including necklaces, bracelets, earrings, brooches, and rings, if such relief is not issued; and

5.      The public interest favors issuance of the preliminary injunction in order to protect Plaintiff's trademark interests and the public from being defrauded by the palming off of counterfeit goods as Plaintiff's genuine goods.

Accordingly, after due consideration, it is

ORDERED AND ADJUDGED that Plaintiff's Application for Entry of a Preliminary Injunction (# 7) hereby is **GRANTED** as follows

(1)      The Defendants, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with the Defendants having notice of this Preliminary Injunction are hereby restrained and enjoined, pending termination of this action:

(a)      From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the Chanel Marks, or

8

any confusingly similar trademarks, other than those actually manufactured or distributed by Plaintiff; and

(b)     From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by Plaintiff, bearing the Chanel Marks, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing the Chanel Marks, or any confusingly similar trademarks.

(2)     The Defendants, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with the Defendants having notice of this Preliminary Injunction shall, until the conclusion of this action, discontinue the use of the Chanel Marks or any confusingly similar trademarks, on or in connection with all Internet websites owned and operated, or controlled by them including the Internet websites operating under the Subject Domain Names;

(3)     The Defendants, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with the Defendants having notice of this Preliminary Injunction shall, until the conclusion of this action, discontinue the use of the Chanel Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by the Defendants, including the Internet websites operating under the Subject Domain Names;

(4)     The Defendants shall not transfer ownership of the Subject Domain Names during the pendency of this Action, or until further Order of the Court;

273091.1

(5)     The domain name Registrars for the Subject Domain Names are directed, to the extent it is not already done, to transfer to Plaintiff's counsel, for deposit with this Court, domain name certificates for the Subject Domain Names;

(6)     The Registrars and the top-level domain (TLD) Registries for the Subject Domain Names, upon receipt of this Preliminary Injunction shall, to the extent it is not already done, change or assist in changing, the Registrar of record for the Subject Domain Names, excepting any such domain names which such Registries have been notified in writing by the Plaintiff have been or will be dismissed from this action, to a holding account with the United States based Registrar, GoDaddy.com, Inc. GoDaddy.com, Inc. shall hold and/or continue to hold access to the Subject Domain Names in trust for the Court during the pendency of this action. Additionally, GoDaddy.com, Inc., upon receipt of this Order, shall, to the extent not already done, immediately update and/or not modify the Domain Name System ("DNS") data it maintains for the Subject Domain Names, which link the domain names to the IP addresses where their associated websites are hosted, from NS1.MEDIATEMPLE.NET and NS2.MEDIATEMPLE.NET, which currently causes the domain names to resolve to the website where a copy of the Complaint, Summonses, Orders, and all other documents on file in this action are displayed. Alternatively, GoDaddy.com, Inc. may, to the extent not already done, institute and/or maintain a domain name forwarding which will automatically redirect any visitor to the Subject Domain Names to the following Uniform Resource Locator ("URL") http://servingnotice.com/sdv/index.html whereon copies of the Complaint, Summonses, Orders, and all other documents on file in this action are displayed. The Subject Domain Names shall be maintained on Lock status, preventing the modification or deletion of the domains by the registrar or the Defendants;

(7)     Plaintiff may continue to enter the Subject Domain Names into Google's Webmaster Tools and cancel any redirection of the domains that have been entered there by the Defendants which redirect traffic to the counterfeit operations to a new domain name and thereby evade the provisions of this Preliminary Injunction;

10

_____

ORDER GRANTING PLAINTIFF'S APPLICATION
FOR ENTRY OF PRELIMINARY INJUNCTION

(8)     The Defendants shall continue to preserve copies of all their computer files relating to the use of any of the Subject Domain Names and shall continue to take all steps necessary to retrieve computer files relating to the use of any of the Subject Domain Names and that may have been deleted before the entry of this Preliminary Injunction;

(9)     Plaintiff shall maintain its bond in the amount of Twenty-Thousand Dollars and Zero Cents ($20,000.00), as payment of damages to which the Defendants may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until further Order of the Court;

(10)     This Preliminary Injunction shall remain in effect during the pendency of this action, or until such further date as set by the Court or stipulated to by the parties;

(11)     This Preliminary Injunction shall apply to the Subject Domain Names and any other domain names properly brought to the Court's attention and verified by sworn affidavit which verifies such new domain names are being used by the Defendants for the purpose of counterfeiting the Chanel Marks at issue in this action and/or unfairly competing with Chanel in connection with search engine results pages.

IT IS SO ORDERED.

DATED: __October 11, 2011__        _____
                                   Kent J. Dawson
                                   United States District Judge

273091.1

## SCHEDULE A
## DEFENDANTS BY SUBJECT DOMAIN NAMES AND DEFENDANT NUMBER

| | |
|---|---|
| Defendant 1 | eukuk.com<br>ktiffany.com<br>a2o5.com* |
| Defendant 2 | canadatoryburch.net<br>toryburchcanada.net |
| Defendant 3 | chanelbagsnow.com<br>chanelbagsol.com<br>coachbagsol.com |
| Defendant 4 | cheapbagsgarden.com<br>cheapbagssales.com |
| Defendant 5 | cheapsunglassesoutlet.org<br>designersunglassesoutlet.org |
| Defendant 6 | clothes2supplier.net<br>store6.net |
| Defendant 7 | co-bag.com<br>cobags.com |
| Defendant 8 | dgshoestores.com<br>dgshoestores.net |
| Defendant 9 | fakeoakleysunglasses2u.com<br>shoessaleusa.com<br>towholesaler.com |
| Defendant 10 | heheebags.com<br>hehegbags.com<br>herebags.com |
| Defendant 11 | hotdiscountshoes.com<br>leletrade.com |
| Defendant 12 | bags-shoes-china.com<br>iofferb2b.com<br>kairystrade.com |
| Defendant 13 | lady-store.net<br>lovecoachs.com |
| Defendant 14 | louisvuittonhandbagsonsale.net<br>louisvuittonidea.com |
| Defendant 15 | luxury-designerhandbags.net<br>outlet-designerhandbags.net |
| Defendant 16 | lv06.com<br>lveshopping.com |
| Defendant 17 | myhandbaghut.com |

ORDER GRANTING PLAINTIFF'S APPLICATION
FOR ENTRY OF PRELIMINARY INJUNCTION

273091.1

| | |
|---|---|
| | myskyshoes.com |
| Defendant 18 | raybansunglasseshut.net<br>sunglassesoutletshop.net |
| Defendant 19 | topwholesalefashion.com<br>topwholesalefashion.net |
| Defendant 20 | cheap-handbags-edge.com<br>wholesalebrandhandbags.us<br>wholesalecheapjewelrys.com<br>wholesale-cheap-jewelrys.com<br>wholesalejewelrysmart.com |
| Defendant 21 | knockoffo.com<br>tpurses.com |
| Defendant 22 | oakleysunglass-cheap.com<br>oakleysunglassesaaa.com<br>oakleysunglassestopsale.com |
| Defendant 23 | highheeled-shoes.com<br>hulantrading.com<br>women-high-heels.com |
| Defendant 24 | co-cochanel.com<br>sexybikinissunglass.com<br>womanhighheel.com |
| Defendant 25 | mynike-shoe.com<br>chian-jmmc.com*<br>furnesstoolset.com*<br>gigglesandsunshine.com* |
| Defendant 26 | ezshopchina.com<br>luxuryshoechina.com<br>urbanclothesmall.com |
| Defendant 27 | hketa.net<br>watchessell.net |
| Defendant 28 | lilykala21.com<br>maplem2010.com |
| Defendant 29 | puretimeshop.com<br>blog4rolex.com* |
| Defendant 30 | ideal-replica.com<br>popselling.com |
| Defendant 31 | eb67.com<br>eb97.com<br>weekbag.com |
| Defendant 32 | sunglasseshut-us.com<br>sunglassesonlinestore-us.com |

13

273091.1

| Defendant 33 | sweet-bag.com<br>vogue-bags.com |
|---|---|
| Defendant 34 | discount-wholesalejewelry.com<br>wholesale-cheapjewelry.com<br>wholesale-cheap-jewelry.com |
| Defendant 35 | chanelhandbagsforcheap.com<br>cocochanelbags.net<br>tiffanyandco-us.net |
| Defendant 36 | cheapclothingshop.com<br>cheapshoesclothes.com<br>chinaclothingstore.com |
| Defendant 37 | buychanelhandbagsonline.net<br>chanelbags-shop.com<br>chanelbags-shop.net |
| Defendant 38 | crazy-trade.com<br>worthtobuy.com |
| Defendant 39 | asiahongs.com<br>nowmalls.com |
| Defendant 40 | guccihandbagsnet.com<br>usshoesnet.com |
| Defendant 41 | linkcl.com<br>linkcl.us<br>outletsky.com<br>shoe-sandals.com |
| Defendant 42 | buyluxurynow.com<br>fairoptical.com<br>jewelryshopnow.com |
| Defendant 43 | auchanel.com<br>shoesheelswedges.com<br>bagsarticle.com* |
| Defendant 44 | handbagsdesignercheap.com<br>bags-diary.com* |
| Defendant 45 | discount-sunglasshut.com<br>mysunglasshut.com |
| Defendant 46 | brandbagshop.org<br>popularbags.org<br>topbrandbag.net |
| Defendant 47 | chbagshop.com<br>cheapbagsforsale.net<br>cheapchbagsforsale.com<br>newchsale.com |
| Defendant 48 | ebuysunglasses.com |

14

273091.1

| | sellsunglass.com |
|---|---|
| Defendant 49 | chanelsaleonline.com<br>cheapchanelsale.com |
| Defendant 50 | newfashiontalk.com<br>stylestalks.com |
| Defendant 51 | cheapsunglassesbrands.com<br>cheapsunglassesmarket.com |
| Defendant 52 | coachonline-sale.org<br>beautifulboygirl.com*<br>supplier-shops.com* |
| Defendant 53 | hellorolex.com<br>travelinginfos.com* |
| Defendant 54 | replica-watches-brands.com<br>watchfordream.net<br>chanelreplicawatches.org* |
| Defendant 55 | cheap-discount-jordans.com<br>favourite-bags.com<br>nikeairjodanssell.com<br>l-price.com<br>applehot.com*<br>dvdwhole.com* |
| Defendant 56 | chanelbagsusa.com<br>luxurybags123.com* |
| Defendant 57 | 111mall.com |
| Defendant 58 | 2011misssupra.com |
| Defendant 59 | 2011sunglasseshut.com |
| Defendant 60 | 2buytiffany.com |
| Defendant 61 | 51will.net |
| Defendant 62 | 520watches.com |
| Defendant 63 | 925mall.com |
| Defendant 64 | aaa-handbag.com |
| Defendant 65 | a-beststore.com |
| Defendant 66 | accessorywow.com |
| Defendant 67 | acheterchanelonline.com |
| Defendant 68 | agoodbags.info |
| Defendant 69 | allbazaar.net |
| Defendant 70 | allbrandoutlet.com |
| Defendant 71 | asunglassesoutlet.com |
| Defendant 72 | atwholesalestore.com |

15

273091.1

| | |
|---|---|
| Defendant 73 | auburnhometownrealty.com |
| Defendant 74 | authenticbagsonsale.com |
| Defendant 75 | authentic-chanel-outlet.com |
| Defendant 76 | authentichandbagsshop.com |
| Defendant 77 | b2changbagsoutlet.com |
| Defendant 78 | bag2u.com |
| Defendant 79 | bagsbestshop.com |
| Defendant 80 | bagscoming.com |
| Defendant 81 | bags-easy.com |
| Defendant 82 | bagsshowtime.com |
| Defendant 83 | bagswatchoutlet.com |
| Defendant 84 | bagswholesales.com |
| Defendant 85 | bagsyard.com |
| Defendant 86 | baratoschanel.com |
| Defendant 87 | besthandbags-sales.com |
| Defendant 88 | best-highheels.com |
| Defendant 89 | bestsunglassesoutlet.com |
| Defendant 90 | best-watch-shop.com |
| Defendant 91 | bigtimesunnies.com |
| Defendant 92 | brandbagfactory.com |
| Defendant 93 | brandhat.net |
| Defendant 94 | brandnewhandbag.com |
| Defendant 95 | brandreplicashop.com |
| Defendant 96 | brand-sneakers.net |
| Defendant 97 | brandstyleline.com |
| Defendant 98 | brandsunglassessupplier.com |
| Defendant 99 | brandwatch8.com |
| Defendant 100 | breaksneaker.com |
| Defendant 101 | btobuy.com |
| Defendant 102 | bulkforu.com |
| Defendant 103 | buychanelhere.com |
| Defendant 104 | buy-cheap-chanel.com |
| Defendant 105 | buy-jordons.com |
| Defendant 106 | buysunglassesus.com |
| Defendant 107 | buyswissreplicawatches.com |

ORDER GRANTING PLAINTIFF'S APPLICATION
FOR ENTRY OF PRELIMINARY INJUNCTION

273091.1

| Defendant 108 | ca147.com |
|---|---|
| Defendant 109 | ceramicj12watches.com |
| Defendant 110 | chanel0nline.com |
| Defendant 111 | chanelbag-online.com |
| Defendant 112 | chanelbagoutlets.net |
| Defendant 113 | chanelbags2011.com |
| Defendant 114 | chanelbags2012.com<br>chanelbags-2012.com |
| Defendant 115 | chanelbags7.com |
| Defendant 116 | chanelbags-online.com |
| Defendant 117 | chanelbagsonlines.com |
| Defendant 118 | chanel-bags-onsale.com |
| Defendant 119 | chanelbagsstores.com |
| Defendant 120 | chanel-bags-uk.co.uk |
| Defendant 121 | chanelbagsus.net<br>cheapchanelbagsforsale.net |
| Defendant 122 | chanelbagswholesale.com |
| Defendant 123 | chanelby.com |
| Defendant 124 | chanel-chanel.net |
| Defendant 125 | chanel-handbag.co.uk |
| Defendant 126 | chanelhandbagschina.com |
| Defendant 127 | chanelhandbagsky.com |
| Defendant 128 | chanelhandbags-outlet.net |
| Defendant 129 | chanel-j12.org |
| Defendant 130 | chanel-j12-watches.com |
| Defendant 131 | chanelltdonline.com |
| Defendant 132 | chanelonlineshopping.us |
| Defendant 133 | chanelonsales.com |
| Defendant 134 | chanel-outlet2011.com |
| Defendant 135 | chaneloutlet-online.com |
| Defendant 136 | chanelproduct.com |
| Defendant 137 | chanelreplicaoutlet.us<br>chaneloutletforsale.us |
| Defendant 138 | chanelstore.net |
| Defendant 139 | chanelsunglass2011.com |
| Defendant 140 | chanelsunglasses2010.com |

17

273091.1

| Defendant 141 | chanelsunglassesshop.info |
|---|---|
| Defendant 142 | chaneluksale.com |
| Defendant 143 | chanelukshop.com<br>chanelukstore.com |
| Defendant 144 | chanel-watches.us |
| Defendant 145 | chanelwatches-outlet.com |
| Defendant 146 | charmtide.com |
| Defendant 147 | cheapbagsonsale.com |
| Defendant 148 | cheapbagsoutlet2011.com |
| Defendant 149 | cheapchanelbagsforsale.com |
| Defendant 150 | cheapchanelbags-outlet.com |
| Defendant 151 | cheapchanelsunglasses.com |
| Defendant 152 | cheapchanelsunglasses.net |
| Defendant 153 | cheap-coachoutlet.com |
| Defendant 154 | cheapdesignersunglassessale.com |
| Defendant 155 | cheapdesignerwholesale.net |
| Defendant 156 | cheaperchinaclothing.com |
| Defendant 157 | cheapforsneakers.com |
| Defendant 158 | cheaphandbag.biz |
| Defendant 159 | cheaphandbags1.com |
| Defendant 160 | cheap-handbags-sale.com |
| Defendant 161 | cheaphandbagssale.us |
| Defendant 162 | cheapoakleysoutlet.net |
| Defendant 163 | cheapoakleysunglassesus.com |
| Defendant 164 | cheapshoes169.com |
| Defendant 165 | cheapsunglassesshop.net |
| Defendant 166 | cheap-sunglasses-uk.com |
| Defendant 167 | cheapsunglassesus.com |
| Defendant 168 | cheap-supply.com |
| Defendant 169 | cheaptiffanystore.com |
| Defendant 170 | cheapwholesalefashion.com |
| Defendant 171 | cheapwomens.org |
| Defendant 172 | chinabrandonline.com |
| Defendant 173 | chinaclothingsale.com |
| Defendant 174 | china-export-suppliers.com |

ORDER GRANTING PLAINTIFF'S APPLICATION
FOR ENTRY OF PRELIMINARY INJUNCTION

273091.1

| Defendant 175 | china-fad.com |
|---|---|
| Defendant 176 | chinafashionjewelry.net |
| Defendant 177 | choose-you-like.com |
| Defendant 178 | christian-outlet.net |
| Defendant 179 | christyshop.com |
| Defendant 180 | clyslshoes.com |
| Defendant 181 | cnwholesalestore.com |
| Defendant 182 | coachbags365.com |
| Defendant 183 | coachhandbagsreplica.com |
| Defendant 184 | cocochanelbag.com |
| Defendant 185 | coolsunglasses2011.com |
| Defendant 186 | coposhoe.com |
| Defendant 187 | copyokay.com |
| Defendant 188 | countyjewelrystore.com |
| Defendant 189 | d9go.com |
| Defendant 190 | damnfly.com |
| Defendant 191 | designerbagsfactory.com |
| Defendant 192 | designerclothestore.com |
| Defendant 193 | designerdiscountbags.com |
| Defendant 194 | designer-shoe.org |
| Defendant 195 | designersunglasseshut2011.com |
| Defendant 196 | designersunglassestore.com |
| Defendant 197 | designsunglass.com |
| Defendant 198 | discountchanel-handbags.com |
| Defendant 199 | discountchanelshops.com |
| Defendant 200 | discountchanelstores.com |
| Defendant 201 | discount-sunglasses-on-sale.com |
| Defendant 202 | discountsunglassesoutlet.net |
| Defendant 203 | discountsunglassessale.com |
| Defendant 204 | divadollscloset.com |
| Defendant 205 | dsqstock.com |
| Defendant 206 | ecboots.com |
| Defendant 207 | echeapclothing.com |
| Defendant 208 | egohandbags.com |
| Defendant 209 | eluxbag.com |

ORDER GRANTING PLAINTIFF'S APPLICATION
FOR ENTRY OF PRELIMINARY INJUNCTION

273091.1

| Defendant 210 | emiumiubags.com |
|---|---|
| Defendant 211 | enreplica.com |
| Defendant 212 | eralphlauren.com |
| Defendant 213 | erbags.com |
| Defendant 214 | eshoppinggucci.com |
| Defendant 215 | ewcss.com |
| Defendant 216 | facevogue.net |
| Defendant 217 | faith-trade.com |
| Defendant 218 | fake-bags.com |
| Defendant 219 | fakechanelbagsshop.us |
| Defendant 220 | fakesunglasseshut.com |
| Defendant 221 | cheapchanelbagss.com<br>fashionchanelbag.com |
| Defendant 222 | fashionchanelhandbag.com |
| Defendant 223 | fashioncheaphandbag.com |
| Defendant 224 | fashioncheapjewelry.com |
| Defendant 225 | fashionhandbagsplaza.com |
| Defendant 226 | fashionkingdoms.com |
| Defendant 227 | fashion-ol.com |
| Defendant 228 | fashionpeoples.com |
| Defendant 229 | fashionrealbags.com |
| Defendant 230 | fashions4life.com |
| Defendant 231 | firstfashion.biz |
| Defendant 232 | *DISMISSED* |
| Defendant 233 | f-wholesale.com |
| Defendant 234 | generaljewellery.com |
| Defendant 235 | get-bag.com |
| Defendant 236 | girl-sunglasses.com |
| Defendant 237 | glassescheaponline.com |
| Defendant 238 | globalbuy.org |
| Defendant 239 | go2like.com |
| Defendant 240 | gogomalls.com |
| Defendant 241 | goodcoachbag.com |
| Defendant 242 | good-lookingshoes.com |
| Defendant 243 | gooodbags.com |

273091.1

| Defendant 244 | groundmart.biz |
|---|---|
| Defendant 245 | grunstore.com |
| Defendant 246 | guccilvshoes.com |
| Defendant 247 | guccipursewallets.com |
| Defendant 248 | hahabags.com |
| Defendant 249 | hahaclothing.com |
| Defendant 250 | handbagcheapshop.com |
| Defendant 251 | handbagpops.com |
| Defendant 252 | handbags1688.com |
| Defendant 253 | handbags4sell.com |
| Defendant 254 | handbags-discount.com |
| Defendant 255 | handbagshermes.com |
| Defendant 256 | handbagstowholesale.com |
| Defendant 257 | hao1574.com |
| Defendant 258 | hatglass.com |
| Defendant 259 | hatswarehouse.com |
| Defendant 260 | heregogo.com |
| Defendant 261 | hermesbagsseller.com |
| Defendant 262 | highheels-retail.com |
| Defendant 263 | hottrade2008.com |
| Defendant 264 | hot-watch-shop.com |
| Defendant 265 | infoed.net |
| Defendant 266 | inwholesalestore.com |
| Defendant 267 | irdatacorp.com |
| Defendant 268 | italiandesigner2u.com |
| Defendant 269 | items-trade.com |
| Defendant 270 | j12channel.com |
| Defendant 271 | jerseysmaker.com |
| Defendant 272 | jewelrycollect.com |
| Defendant 273 | jewelry-sterling-silver.com |
| Defendant 274 | jewelrywholesalejewellery.com |
| Defendant 275 | joybuyhandbags.com |
| Defendant 276 | kaufenchanelonline.com |
| Defendant 277 | kisstrend.com |
| Defendant 278 | ladybagonsale.com |

ORDER GRANTING PLAINTIFF'S APPLICATION
FOR ENTRY OF PRELIMINARY INJUNCTION

273091.1

| Defendant 279 | ladybagsfactory.com |
|---|---|
| Defendant 280 | likebuybags.com |
| Defendant 281 | likeswisswatches.com |
| Defendant 282 | lokobuy.com |
| Defendant 283 | louboutin-christian.com |
| Defendant 284 | louisvuittonhandbags.cc |
| Defendant 285 | louisvuitton-lvhandbags.net |
| Defendant 286 | louisvuittonpurses2.com |
| Defendant 287 | louisvuitton-us.com |
| Defendant 288 | lovebagstore.com |
| Defendant 289 | luxecheaphandbags.com |
| Defendant 290 | luxurybagsupplier.com |
| Defendant 291 | luxurychanelgifts.com |
| Defendant 292 | luxury-in-china.net |
| Defendant 293 | lvbageshop.com |
| Defendant 294 | lvgoodbag.com |
| Defendant 295 | lv-sale.net |
| Defendant 296 | mallofbag.com |
| Defendant 297 | marcjacobshandbagssale.com |
| Defendant 298 | mychanelkingdom.com |
| Defendant 299 | myshoesdream.com |
| Defendant 300 | myskyhandbags.com |
| Defendant 301 | mysunglasseshut.com |
| Defendant 302 | mywatch39.com |
| Defendant 303 | nethotstore.com |
| Defendant 304 | newbagscheap.com |
| Defendant 305 | newfaithtrade.com |
| Defendant 306 | nextangel.com |
| Defendant 307 | niceniceshop.com |
| Defendant 308 | nicesunglass.com |
| Defendant 309 | nikeperfect.com |
| Defendant 310 | novbags.com |
| Defendant 311 | oakley2sunglasses.com |
| Defendant 312 | oakleyssunglasses-hot.com<br>oakleysunglasses-hot.com |

22

273091.1

| Defendant 313 | oakleytopsale.com |
|---|---|
| Defendant 314 | *DISMISSED* |
| Defendant 315 | oksunglasseshut.com |
| Defendant 316 | online-fashiongoods.com |
| Defendant 317 | onlinetradese.com |
| Defendant 318 | outlet-express.net |
| Defendant 319 | paypalcoachpurses.com |
| Defendant 320 | popbrands.net |
| Defendant 321 | purelife-bags.com |
| Defendant 322 | purses-chanel.com |
| Defendant 323 | relyshops.com |
| Defendant 324 | replicachanel2u.org |
| Defendant 325 | replicachanelonline.com |
| Defendant 326 | replica-coco-lv.com |
| Defendant 327 | replicadesignerhandbagssale.com |
| Defendant 328 | replica-fake-watches.com |
| Defendant 329 | replicahandbagss.org |
| Defendant 330 | replicarayban.net |
| Defendant 331 | replicas-bags-store.com |
| Defendant 332 | replicashandbags.biz |
| Defendant 333 | replica-supplier.com |
| Defendant 334 | replicas-watches-sell.com |
| Defendant 335 | replica-watches-eshop.com |
| Defendant 336 | repliwatch.com |
| Defendant 337 | republic-handbags.com |
| Defendant 338 | rescuewallet.com |
| Defendant 339 | sale66.com |
| Defendant 340 | salehandbagsbags.com |
| Defendant 341 | saleraybansunglasses.org |
| Defendant 342 | saveintrade.com |
| Defendant 343 | buy4cheaps.fr<br>selfband.com |
| Defendant 344 | sellpurse.com |
| Defendant 345 | selsales.com |
| Defendant 346 | shangtrade.com |

23

| | |
|---|---|
| Defendant 347 | sheerbeautybareminerals.com |
| Defendant 348 | shoesrunning.com |
| Defendant 349 | shopcn.biz |
| Defendant 350 | shopingstock.com |
| Defendant 351 | storereplica.com |
| Defendant 352 | sumbags.com |
| Defendant 353 | sunglassesrayban.net |
| Defendant 354 | sunglassessaler.com |
| Defendant 355 | sunglasses-shoppe.com |
| Defendant 356 | sunglassessky.com |
| Defendant 357 | sunglasses-sky.com |
| Defendant 358 | sunglassko.com |
| Defendant 359 | sunglassoutlet.us |
| Defendant 360 | supplyshoes.com |
| Defendant 361 | swissreplica.co.uk |
| Defendant 362 | swissreplicauk.com |
| Defendant 363 | thefirstbag.com |
| Defendant 364 | thevoguelady.com |
| Defendant 365 | tiffanyand-co.com |
| Defendant 366 | tiffanyonlineus.net |
| Defendant 367 | tiffanyoutletus.com |
| Defendant 368 | topbagswell.com |
| Defendant 369 | topluxurybagsoutlet.com |
| Defendant 370 | topreplicaonline.com |
| Defendant 371 | topwholesalestore.com |
| Defendant 372 | tradingbus.com |
| Defendant 373 | usayahooo.com |
| Defendant 374 | ushandbagswholesale.com |
| Defendant 375 | ustoryburchoutlets.com |
| Defendant 376 | voguechanel.com |
| Defendant 377 | wal-watch.com |
| Defendant 378 | watcharoo.com |
| Defendant 379 | watches-7.com |
| Defendant 380 | watchsaleshop.com |
| Defendant 381 | weekendbuy.com |

ORDER GRANTING PLAINTIFF'S APPLICATION
FOR ENTRY OF PRELIMINARY INJUNCTION

273091.1

| Defendant 382 | wholesalechanelshoes.info |
| Defendant 383 | wholesalecheapjewelrychina.com |
| Defendant 384 | wholesale-coach-bags.com |
| Defendant 385 | wholesaledesignerhandbags.us |
| Defendant 386 | wholesalejewelry168.com |
| Defendant 387 | wholesalejewelrycity.com |
| Defendant 388 | wholesalejewelry-fashion.com |
| Defendant 389 | wholesalenikeshoes.com |
| Defendant 390 | wholesalepursesforcheap.com |
| Defendant 391 | winksandco.com |
| Defendant 392 | womensfashionshop.com |
| Defendant 393 | worldbrandhandbags.com |
| Defendant 394 | xmasgate.com |
| Defendant 395 | yahbags.com |
| Defendant 396 | yearhandbags.com |
| Defendant 397 | yourjeansyouchoose.com |
| Defendant 398 | yys66.com |
| Defendant 399 | chanel-bags.me |

\* - Denotes blog style website.

ORDER GRANTING PLAINTIFF'S APPLICATION
FOR ENTRY OF PRELIMINARY INJUNCTION

273091.1