David S. Kahn
Nevada Bar No. 007038
J. Scott Burris
Nevada Bar No. 010529
Juan P. Rodriguez
Nevada Bar No. 010733
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
E-mail:David.Kahn@wilsonelser.com
       J.Scott.Burris@wilsonelser.com
       Juan.Rodriguez@wilsonelser.com

Stephen M. Gaffigan (Admitted *Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail:stephen@smgpa.net

*Attorneys for Plaintiff Chanel, Inc.*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANEL, INC., | Case No. 2:11-cv-01508-KJD-PAL |
| Plaintiff, | **NOTICE OF RECEIPT OF COUNTERFEIT DISTRICT COURT ORDER** |
| v. | |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" and DOES 1-1000, | |
| Defendants. | |

At least one Defendant in this action has decided to take its counterfeiting scheme to an all new high. The Plaintiff, Chanel, Inc. ("Chanel"), by and through its undersigned counsel, hereby gives notice of receipt of a counterfeit district court order pertaining to Defendant 463, and states as follows:

1

1. On October 28, 2011, Chanel's undersigned counsel's office was contacted by Scott McBreen, Domains Operation Manager at Name.com, the Registrar for the domain name Chanelreplicabagshandbags.com (Defendant 463 herein) in connection with receipt of an order purportedly entered in the case styled <u>Chanel, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" and Does 594-1000</u>, Case No. 2:10-cv-02684-BBD-dkv (W.D. Tenn. 2011), entitled "Order Releasing the Subject Domain Name – Chanelreplicahandbags.com." (the "Counterfeit Order")  A true and correct copy of the Counterfeit Order is attached hereto as Exhibit "A."

2. Mr. McBreen was attempting to effectuate the attached Fake Order which was provided to Name.com via an email purportedly from Chanel's counsel's office. Although the document bears Judge Donald's electronic signature, the purported order is in fact a fake and was not sent to Name.com by Chanel's counsel. No such order was ever entered by the District Court in Tennessee, nor is the domain name identified in the Counterfeit Order even at issue in that action. Chanelreplicahandbags.com is, however, at issue in this action, although the domain name was not actually identified as a part of this action until the filing of the First Amended Complaint and Identification of Does 1-228 on November 8, 2011. Plaintiff reasonably believes Defendant 463 herein learned that it was about to be named as a Defendant in a lawsuit by Chanel at the time Chanel's representative downloaded the applicable website pages from Chanelreplicahandbags.com for use as an Exhibit in this action. Defendant 463 apparently speculated that it was to be added as a Defendant in the Western District of Tennessee case and decided to proactively issue a counterfeit order releasing the hold on Chanelreplicahandbags.com it believed would be forthcoming. While Defendant 463 could have determined the IP address of the Chanel representative when the website pages were downloaded, it could not have known in which litigation it would ultimately become a Defendant. Thus, Defendant 463 issued its Counterfeit Order in the wrong case.

3. Counsel for Chanel has notified Name.com that the Counterfeit Order is non-genuine and should be disregarded. Chanel has also notified Judge Donald's Chambers in the Western District of Tennessee of the existence of the Counterfeit Order.

4. Chanel is filing this Notice to inform the Court of the existence of the attached Counterfeit

Order, as it concerns a domain name at issue in this action and there may well be other fake orders bearing District Judge's signatures being circulated by the same Defendant counterfeiters who prepared the attached document.

DATED this 8th day of November, 2011.

        Respectfully submitted,

        By: /s/ David S. Kahn
        David S. Kahn
        J. Scott Burris
        Juan P. Rodriguez
        WILSON, ELSER, MOSKOWITZ,
        300 South Fourth Street, 11th Floor
        Las Vegas, NV  89101
        (702) 727-1400; FAX (702) 727-1401
        David.Kahn@wilsonelser.com
        J.Scott.Burris@wilsonelser.com
        Juan.Rodriguez@wilsonelser.com

        *Of Counsel:*

        Stephen M. Gaffigan (*Pro Hac Vice* pending)
        STEPHEN M. GAFFIGAN, P.A.
        401 East Las Olas Blvd., Suite 130-453
        Ft. Lauderdale, Florida 33301
        Telephone: (954) 767-4819
        Facsimile: (954) 767-4821
        stephen@smgpa.net

NOTICE OF RECEIPT COUNTERFEIT DISTRICT COURT ORDER