David S. Kahn
Nevada Bar No. 007038
J. Scott Burris
Nevada Bar No. 010529
Juan P. Rodriguez
Nevada Bar No. 010733
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
E-mail:David.Kahn@wilsonelser.com
        J.Scott.Burris@wilsonelser.com
        Juan.Rodriguez@wilsonelser.com

Stephen M. Gaffigan (*Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail:stephen@smgpa.net

*Attorneys for Plaintiff, CHANEL, INC.*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANEL, INC., | Case No. 2:11-cv-01508-KJD-PAL |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING PLAINTIFF'S SECOND *EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" and DOES 1-1000, | |
| Defendants. | |

THIS CAUSE is before the Court on Plaintiff's Second *Ex Parte* Application For Entry of a Temporary Restraining Order and Preliminary Injunction (the "Second Application for TRO"). Plaintiff, Chanel, Inc. ("Plaintiff" or "Chanel"), moves, on an *ex parte* basis, for entry of a temporary restraining order, and, upon expiration of the temporary restraining order, a preliminary injunction

1

against Defendants 400-628, the Partnerships and Unincorporated Associations identified on Schedule "A" attached hereto ("Defendants 400-628"), pursuant to 15 U.S.C. § 1116 and Fed. R. Civ. P. 65 for alleged violations of the Lanham Act, 15 U.S.C. §§ 1114, and 1125(a) and (d).

For reasons set forth herein, Plaintiff's Second Application for TRO is GRANTED.

## I.   **Factual Background**

The Court bases this Second Temporary Restraining Order on the following facts from Plaintiff's First Amended Complaint, Application for TRO, Second Application for TRO and supporting evidentiary submissions on file in this action.

Chanel is a corporation duly organized under the laws of the State of New York with its principal place of business in the United States located at Nine West 57th Street, New York, New York 10019. (First Amended Compl. ¶ 3.) Chanel operates boutiques throughout the world, including within this Judicial District. See id. Chanel is, in part, engaged in the business of manufacturing and distributing throughout the world, including within this Judicial District, a variety of high quality luxury goods. (Declaration of Adrienne Hahn Sisbarro in Support of Plaintiff's Second *Ex Parte* Application for TRO ["Hahn Second Decl."] ¶ 5.)

Chanel is, and at all times relevant hereto has been, the owner of all rights in and to the following trademarks:

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|-----------|---------------------|-------------------|-----------------|
| CHANEL | 0,612,169 | September 13, 1955 | IC 014 - Necklaces |
| CHANEL | 0,626,035 | May 1, 1956 | IC 018 – Women's Handbags |
| CHANEL | 0,902,190 | November 10, 1970 | IC 014 - Bracelets, Pins, and Earrings |

| | | | |
|---|---|---|---|
| CHANEL | 0,906,262 | January 19, 1971 | IC 025 - Coats, Suits, Blouses, and Scarves |
| CHANEL | 0,915,139 | June 15, 1971 | IC 025 - Women's Shoes |
| CHANEL | 0,955,074 | March 13, 1973 | IC 014 – Watches |
| ⓒⓒ | 1,241,264 | June 7, 1983 | IC 025 - Suits, Jackets, Skirts, Dresses, Pants, Blouses, Tunics, Sweaters, Cardigans, Tee-Shirts, [Capes,] Coats, Raincoats, [Jackets Made of Feathers, Shawls,] Scarves, Shoes and Boots |
| CHANEL | 1,241,265 | June 7, 1983 | IC 025 - Suits, Jackets, Skirts, Dresses, Pants, Blouses, Tunics, Sweaters, Cardigans, [Tee-Shirts, Capes,] Coats, Raincoats, [Jackets Made of Feathers, Shawls,] Scarves, Shoes and Boots |
| ⓒⓒ | 1,271,876 | March 27, 1984 | IC 025 - Clothing-Namely, Coats, Dresses, Blouses, Raincoats, Suits, Skirts, Cardigans, Sweaters, Pants, Jackets, Blazers, [Shawls, Hats] and Shoes |
| CHANEL | 1,314,511 | January 15, 1985 | IC 018 - Leather Goods-Namely, Handbags, [Wallets, Travel Bags, Luggage, Credit Card And Business Card Cases, Make-Up Bags and Vanity Cases Sold Empty, Briefcase-Type Portfolios; Attaché Cases, Change Purses, Suitcases, Tote Bags, Garment Bags and Travelers' Shoe Bags] |
| CHANEL ⓒⓒ | 1,329,750 | April 9, 1985 | IC 025 - Blouses, Skirts, Sweaters, Cardigans, Dresses [Shawls, Scarves, Hats, Collars, Cuffs and Neckties] |
| CHANEL | 1,347,677 | July 9, 1985 | IC 018 - Leather Goods-namely, Handbags [Wallets, Travel Bags, Luggage, Business and Credit Card Cases, Brief Case Type Portfolios, Attaché Cases, Change Purses, Suitcases, Tote Bags, Make-Up Bags |

| | | | |
|---|---|---|---|
| | | | and Vanity Cases Sold Empty, Garment Bags for Travel and Travelers' Shoe Bags] |
|  | 1,501,898 | August 30, 1988 | IC 006 - Keychains<br><br>IC 014 - Costume Jewelry<br><br>IC 016 - Gift Wrapping Paper<br><br>IC 025 -Blouses, Shoes, Belts, Scarves, Jackets, Men's Ties<br><br>IC 026 – Brooches and Buttons for Clothing |
| CHANEL | 1,510,757 | November 1, 1988 | IC 009 - Sunglasses |
|  | 1,654,252 | August 20, 1991 | IC 009 - Sunglasses |
| CHANEL | 1,733,051 | November 17, 1992 | IC 018 - Leather Goods; namely, Handbags, Wallets, Travel Bags, Luggage, Business and Credit Card Cases, Change Purses, Tote Bags, Cosmetic Bags Sold Empty, and Garment Bags for Travel |
|  | 1,734,822 | November 24, 1992 | IC 018 - Leather Goods; namely, Handbags, Wallets, Travel Bags, Luggage, Business Card Cases, Change Purses, Tote Bags, and Cosmetic Bags Sold Empty |
| J12 | 2,559,772 | April 9, 2002 | IC 014 -Timepieces; namely, Watches, and Parts Thereof |
|  | 3,022,708 | December 6, 2005 | IC 006 - Key Chains<br><br>IC 009 -Ski Goggles, Sunglasses<br><br>IC 018 -Luggage, Handbags, Totes, Backpacks, Travel Bags, All-Purpose Carrying Bags, Umbrellas<br><br>IC 025 - Boots, Coats, Jackets, Gloves, |

4

| | | | |
|---|---|---|---|
| | | | Hats, Pants, Sandals, Scarves, Shirts, Shoes, Ski Boots, Sun Visors, Suspenders, Sweatbands, Swimwear<br><br>IC 028 - Bags Specially Adopted For Sports Equipment, Basketballs, Kites, Skis, Ski Polls, Tennis Rackets, Tennis Balls, Tennis Racket Covers, Golf Clubs, Golf Bags, and Snow Boards |
| 𝕮𝕮 | 3,025,934 | December 13, 2005 | IC 018 – Handbags |
| 𝕮𝕮 | 3,025,936 | December 13, 2005 | IC 009 -Mobile Phone Straps, Eyeglass Frames, Sunglasses<br><br>IC 025 - Gloves, Swimwear<br><br>IC 026 - Hair Accessories Namely Barrettes And Pony-Tail Holders |
| CHANEL | 3,133,139 | August 22, 2006 | IC 014 - Jewelry And Watches |

(the "Chanel Marks") which are registered on the Principal Register of the United States Patent and Trademark Office and are used in connection with the manufacture and distribution of high quality goods in the categories identified above. (Declaration of Adrienne Hahn Sisbarro in Support of Plaintiff's *Ex Parte* Application for TRO (DE 7-14) ["Hahn Decl."]; see also United States Trademark Registrations of the Chanel Marks at issue ["Chanel Trademark Registrations"] attached as Exhibit A to the Hahn Decl. (DE 7-15)).

Defendants 400-628, via the domain names identified on Schedule "A" hereto (the "Group II Subject Domain Names") have advertised, promoted, offered for sale, and/or sold, at least, handbags, wallets, shoes, boots, sunglasses, tee shirts, watches, and costume jewelry, including necklaces, bracelets, and earrings bearing what Plaintiff has determined to be counterfeits, infringements, reproductions, and/or colorable imitations of the Chanel Marks. Although each of the Defendants may not copy and infringe each Chanel Mark for each category of goods protected, Chanel has submitted sufficient evidence showing each Defendant has infringed, at least, one or

more of the Chanel Marks. (Hahn Second Decl. ¶¶ 11-15; Declaration of Brandon Tanori in Support of Plaintiff's Second *Ex Parte* Application for Entry of Temporary Restraining Order and Preliminary Injunction ["Tanori Second Decl."] ¶ 4.)  Defendants 400-628 are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, infringements, reproductions, and/or colorable imitations of the Chanel Marks.  (Hahn Second Decl. ¶ 9.)

Plaintiff's counsel retained Brandon Tanori ("Tanori") of Investigative Consultants, a licensed private investigative firm, to investigate suspected sales of counterfeit Chanel branded products by Defendants 400-628. (Hahn Second Decl. ¶ 10; Tanori Second Decl. ¶ 3.) On November 3, 2011, Tanori accessed the Internet websites operating under the three of the domain names at issue in this action, cheapchanelreplica.com, replicachanelhandbag.net, and replicachanelshoes.com, placed orders for the purchase of various Chanel branded products, including a handbag and two pairs of shoes (men's and women's), and requested each product purchased be shipped to his address in Las Vegas, Nevada. (Tanori Second Decl. ¶ 4 and Composite Exhibit A attached thereto.) Tanori's purchases were processed entirely online, which included providing shipping and billing information, payment, and confirmation of his orders. (Tanori Second Decl. ¶ 4 and Composite Exhibit A attached thereto.)

Thereafter, a representative of Chanel, Adrienne Hahn Sisbarro, reviewed and visually inspected the web page listings, including images, for each of the Chanel branded goods purchased by Tanori and determined the items were non-genuine Chanel products. (Hahn Second Decl. ¶¶ 11-12, 15.)  Additionally, Hahn reviewed and visually inspected the items bearing the Chanel Marks offered for sale via the Internet websites operating under the partnership and/or unincorporated association names identified on Schedule "A" hereto, the Group II Subject Domain Names, and determined the products were non-genuine Chanel products. (Hahn Second Decl. ¶¶ 13-15 and Composite Exhibits A and B attached thereto.)

6

## II.       Conclusions of Law

The declarations Plaintiff submitted in support of its Second Application for TRO support the following conclusions of law:

A.       Plaintiff has a very strong probability of proving at trial that consumers are likely to be confused by the Defendants 400-628's advertisement, promotion, sale, offer for sale, and/or distribution of handbags, wallets, shoes, boots, sunglasses, tee shirts, watches, and costume jewelry, including necklaces, bracelets, and earrings bearing counterfeits, infringements, reproductions, and/or colorable imitations of the Chanel Marks, and that the products Defendants 400-628 are selling are copies of Plaintiff's products that bear marks which are substantially indistinguishable from and/or colorful imitations of the Chanel Marks on handbags, wallets, shoes, boots, sunglasses, tee shirts, watches, and costume jewelry, including necklaces, bracelets, and earrings. Because of the infringement of the Chanel Marks, Plaintiff is likely to suffer immediate and irreparable injury if a temporary restraining order is not granted. It clearly appears from the following specific facts, as set forth in Plaintiff's First Amended Complaint, Plaintiff's Second Application for TRO, and accompanying declarations on file, that immediate and irreparable loss, damage, and injury will result to Plaintiff and to consumers before Defendants 400-628 can be heard in opposition unless Plaintiff's request for *ex parte* relief is granted:

1.       Defendants 400-628 own or control Internet business operations which advertise, promote, offer for sale, and sell, at least, handbags, wallets, shoes, boots, sunglasses, tee shirts, watches, and costume jewelry, including necklaces, bracelets, and earrings bearing counterfeit and infringing trademarks in violation of Plaintiff's rights;

2.       There is good cause to believe that more counterfeit and infringing handbags, wallets, shoes, boots, sunglasses, tee shirts, watches, and costume jewelry, including necklaces, bracelets, and earrings bearing Plaintiff's trademarks will appear in the marketplace; that consumers may be misled, confused, and disappointed by the quality of these products; and that Plaintiff may suffer loss of sales for its genuine products;

7

3.      There is good cause to believe that if Plaintiff proceeds with normal advance notice to Defendants 400-628 on this Second Application for TRO, Defendants 400-628 can easily and quickly transfer the registrations for many of the Group II Subject Domain Names, or modify registration data and content, change hosts, and redirect traffic to other websites, thereby thwarting Plaintiff's ability to obtain meaningful relief;

4.      The balance of potential harm to Defendants 400-628 in restraining their trade in counterfeit and infringing branded goods if a temporary restraining order is issued is far outweighed by the potential harm to Plaintiff, its reputation and goodwill as a manufacturer of high quality handbags, wallets, shoes, boots, sunglasses, tee shirts, watches, and costume jewelry, including necklaces, bracelets, and earrings if such relief is not issued; and

5.      The public interest favors issuance of a temporary restraining order in order to protect Plaintiff's trademark interests and to protect the public from being defrauded by the palming off of counterfeit goods as genuine goods of the Plaintiff.

Upon review of Plaintiff's First Amended Complaint, Second Application for TRO, and supporting evidentiary submissions, it is hereby

ORDERED that Plaintiff's Second Application for TRO is GRANTED, according to the terms set forth below:

## SECOND TEMPORARY RESTRAINING ORDER

(1)      Defendants 400-628, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with Defendants 400-628 having notice of this Second Temporary Restraining Order are hereby temporarily restrained:

(a)      From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the Chanel Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by Plaintiff; and

(b)      From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by Plaintiff,

8

bearing the Chanel Marks, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing the Chanel Marks, or any confusingly similar trademarks.

(2)     Defendants 400-628, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with Defendants 400-628 having notice of this Second Temporary Restraining Order shall immediately discontinue the use of the Chanel Marks or any confusingly similar trademarks, on or in connection with all Internet websites owned and operated, or controlled by them including the Internet websites operating under the Group II Subject Domain Names;

(3)     Defendants 400-628, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with Defendants 400-628 having notice of this Second Temporary Restraining Order shall immediately discontinue the use of the Chanel Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by Defendants 400-628, including the Internet websites operating under the Group II Subject Domain Names;

(4)     Defendants 400-628 shall not transfer ownership of the Group II Subject Domain Names during the pendency of this Action, or until further Order of the Court;

(5)     The domain name Registrars for the Group II Subject Domain Names are directed to transfer to Plaintiff's counsel, for deposit with this Court, domain name certificates for the Group II Subject Domain Names;

(6)     Upon entry of this Order, Plaintiff shall provide a copy of the Order by email to the registrar of record for each of the Group II Subject Domain Names, so that the registrar of record of each of the Group II Subject Domain Names may, in turn, notify each registrant of the Order and

9

provide notice of the locking of the domain name to the registrant of record. After providing such notice to the registrars so the domain names may be locked, Plaintiff shall also provide notice and a copy of this Order to the registrant of each Group II Subject Domain Name via email to the email address provided as part of the domain registration data for each of the Group II Subject Domain Names identified in Composite Exhibit B to the Declaration of Stephen M. Gaffigan in Support of the Second Application for TRO. If an email address was not provided as part of the domain registration data for a Group II Subject Domain Name, Plaintiff shall provide notice and a copy of this Order to the operators of the Internet websites via an email address provided on the Internet websites operating under such Group II Subject Domain Names. After forty-eight (48) hours have elapsed after the emailing of this Order to the registrars of record and the registrants, Plaintiff shall provide a copy of this Order to the registries for the Group II Subject Domain Names for the purposes described in Paragraph 7 *infra*.

(7)     The top-level domain (TLD) Registries for the Group II Subject Domain Names, within ten (10) business days of receipt of this Second Temporary Restraining Order shall change the registrar of record for the Group II Subject Domain Names, excepting any such domain names which such Registries have been notified in writing by the Plaintiff have been or will be dismissed from this action, to the United States based Registrar, GoDaddy.com, Inc. Upon the change of the registrar of record for the Group II Subject Domain Names to GoDaddy.com, Inc., GoDaddy.com, Inc. will maintain access to the Group II Subject Domain Names in trust for the Court during the pendency of this action. Additionally, GoDaddy.com, Inc. shall immediately update the Domain Name System ("DNS") data it maintains for the Group II Subject Domain Names, which link the domain names to the IP addresses where their associated websites are hosted, to NS1.MEDIATEMPLE.NET and NS2.MEDIATEMPLE.NET, which will cause the domain names to resolve to the website where a copy of the Complaint, Summonses, First Amended Complaint, First and Second Temporary Restraining Orders, and all other documents on file in this action are displayed. Alternatively, GoDaddy.com, Inc. may institute a domain name forwarding which will automatically redirect any visitor to the Group II Subject Domain Names to the following Uniform

Resource Locator ("URL") http://servingnotice.com/sdv/index.html whereon copies of the Complaint, Summonses, First Amended Complaint, First and Second Temporary Restraining Orders, and all other documents on file in this action are displayed. After GoDaddy.com, Inc. has effected this change the Group II Subject Domain Names shall be placed on Lock status, preventing the modification or deletion of the domains by the registrar or the Defendants;

(8)     Plaintiff may enter the Group II Subject Domain Names into Google's Webmaster Tools and cancel any redirection of the domains that have been entered there by Defendants 400-628 which redirect traffic to the counterfeit operations to a new domain name and thereby evade the provisions of this Second Temporary Restraining Order;

(9)     Defendants 400-628 shall preserve copies of all their computer files relating to the use of any of the Group II Subject Domain Names and shall take all steps necessary to retrieve computer files relating to the use of the Group II Subject Domain Names and that may have been deleted before the entry of this Second Temporary Restraining Order;

(10)    The Group II Subject Domain Names shall immediately be de-indexed and/or removed from any search results pages of all Internet search engines including, but not limited to, Google, Bing, and Yahoo, and all social media websites including, but not limited to, Facebook, Google+, and Twitter until otherwise instructed by this Court or Plaintiff that any such domain name is authorized to be reinstated, at which time it shall be reinstated to its former status within each search engine index from which it was removed.

(11)    This Second Temporary Restraining Order shall remain in effect until the date for the hearing on the Second Motion for Preliminary Injunction set forth below, or until such further dates as set by the Court or stipulated to by the parties;

(12)    This Second Temporary Restraining Order shall apply to the Group II Subject Domain Names and any other domain names properly brought to the Court's attention and verified by sworn affidavit which verifies such new domain names are being used by Defendants 400-628 for the purpose of counterfeiting the Chanel Marks at issue in this action and/or unfairly competing with Chanel in connection with search engine results pages;

**BOND TO BE POSTED**

(13)     Pursuant to 15 U.S.C. § 1116(d)(5)(D), Plaintiff shall maintain its previously posted bond in the amount of Twenty Thousand  Dollars and Zero Cents ($20,000.00), as payment of damages to which Defendants 400-628 may be entitled for a wrongful injunction or restraint. Plaintiff shall post the bond prior to requesting the registries change to the registrar of record for the Group II Subject Domain Names to a holding account with GoDaddy.com, Inc.

**PRELIMINARY INJUNCTION**

(14)     A hearing is set before this Court in the United States Courthouse located 333 S. Las Vegas Blvd, Las Vegas, Nevada 89101, Courtroom 6D, on __November 29__, 2011, at __9 am__, or at such other time that this Court deems appropriate, on Plaintiff's Second Motion for a Preliminary Injunction restraining Defendants 400-628, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with Defendants 400-628 from engaging in the activities that are subject of the above Second Temporary Restraining Order;

(15)     Plaintiff shall serve copies of the First Amended Complaint, Second Application for TRO and this Second Temporary Restraining Order and all other pleadings and documents on file in this action on Defendants 400-628 by email as described above and by posting copies of the Second Application for TRO and this Second Temporary Restraining Order on the website located at http://servingnotice.com/sdv/index.html within forty-eight (48) hours of control of the Group II Subject Domain Names being changed to the Court via the GoDaddy.com, Inc. holding account, and such notice so given shall be deemed good and sufficient service thereof. Plaintiff shall continue to provide notice of these proceedings and copies of the documents on file in this matter to Defendants 400-628 by regularly updating the website located at http://servingnotice.com/sdv/index.html or by other means reasonably calculated to give notice which is permitted by the Court. Any response or opposition to Plaintiff's Second Motion for Preliminary Injunction must be filed and served on Plaintiff's counsel prior to the hearing set for __Nov. 29__, 2011, and filed with the Court, along with Proof of Service, on __November 23__, 2011. Plaintiff shall file any Reply Memorandum on or before __Nov. 28,__, 2011. The above dates may be revised upon stipulation by all parties and

[PROPOSED] ORDER GRANTING PLAINTIFF'S SECOND *EX PARTE* APPLICATION
FOR ENTRY OF TEMPORARY RESTRAINING ORDER

approval of this Court. Defendants 400-628 are hereby on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them pursuant to 15 U.S.C. § 1116(d) and Fed. R. Civ. P. 65.

IT IS SO ORDERED.
DATED: November 14, 2011

_____
Kent J. Dawson
United States District Judge

13

1

## SCHEDULE A

2

## DEFENDANTS BY GROUP II SUBJECT DOMAIN NAMES AND DEFENDANT NUMBER

3

4

| Domain Name | Defendant Number |
|---|---|
| 2012-louisvuitton.net | 400 |
| designerhandbags68.com | 400 |
| 80bags.com | 401 |
| 9sunglasses.com | 402 |
| abcbrandbags.com | 403 |
| acobags.com | 404 |
| airmaxjumpman.com | 405 |
| alijewelry.com | 406 |
| amazingshoes.net | 407 |
| bag-handbags.net | 408 |
| bagszone.org | 409 |
| beautyx2u.net | 410 |
| bestchalbags.net | 411 |
| bestchanel.com | 412 |
| bestchanelhandbag.com | 413 |
| bestdesignersbags.com | 414 |
| brandauthenticwallet.com | 414 |
| brandbagsbest.com | 414 |
| latestbagscheap.com | 414 |
| besthandbags4sale.com | 415 |
| best-handbags-outlet.com | 416 |
| best-replica-watch.org | 417 |
| brandshoessell.com | 418 |
| buyandonline.com | 419 |
| buybestbag.org | 420 |
| buychalbags.net | 421 |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

14

| | |
|---|---|
| buysunglassesus.net | 423 |
| buysunglassesusa.com | 423 |
| cachetshoeschina.com | 424 |
| cc2biz.com | 425 |
| cchandbag.com | 426 |
| ccvstock.com | 427 |
| ccvstocks.net | 427 |
| ccvstockwholesaler.com | 427 |
| chanel2011handbags.com | 428 |
| chanel-bag-outlets.com | 429 |
| chanel-bags.biz | 430 |
| chanelbags2011.us | 431 |
| chanelbags2012.us | 431 |
| chanelbags7v.com | 432 |
| chanel-bags-for-sale.com | 433 |
| chanelbagsforsaleuk.com | 434 |
| luxuryaaa.com | 434 |
| replicachanelhandbagssale.com | 434 |
| chanelbagsonline1.com | 435 |
| chanelbagsonline1s.com | 435 |
| chanelbagsonline1t.com | 435 |
| chanelbagsonlines.net | 436 |
| chanelbags-onlines.org | 437 |
| chanel-bagsonlines.org | 438 |
| chanelbagsparis.com | 439 |
| chanelbagsreplica.net | 440 |
| chanelccearrings.com | 441 |
| buychanelreplica.com | 442 |
| chanelclassic.net | 442 |
| chanelflats.com | 443 |
| chanelhandbagsale.net | 444 |

15

| | |
|---|---|
| chanelhandbags-bags.net | 445 |
| chanelhandbags-max.com | 445 |
| chanelhandbags-onlines.net | 446 |
| chanelhandbagsonlinev.com | 447 |
| chanelhandbags-sale.com | 448 |
| chanel-handbags-sale.com | 449 |
| chanel-outlet-sale.com | 449 |
| cheap-luxury-store.com | 449 |
| chanel-handbags-uk.com | 450 |
| chanelhandbagsusale.net | 451 |
| chanelhandbagsussale.net | 451 |
| chanel-j12-watches.org | 452 |
| chanelkings.com | 453 |
| chanel-onlineshopping.com | 454 |
| chanelonsale.net | 455 |
| chaneloutlet-online.org | 456 |
| chaneloutletonlinestore.net | 457 |
| chaneloutletsonline.com | 458 |
| chaneloutlets-store.net | 459 |
| chanel-outlet-stores.org | 460 |
| chanelpursesforsale.com | 461 |
| chanelpurses-outlet.com | 462 |
| chanelreplicabagshandbags.com | 463 |
| chanelsale-bags.com | 464 |
| chanel-shoponline.com | 465 |
| chanelsunglassesok.com | 466 |
| chanelbagsshops.com | 467 |
| chanelukstores.com | 467 |
| chanelwatches.me | 468 |
| chanelwatchesoutlet.com | 469 |
| chanelwatchess.com | 470 |

16

| | |
|---|---|
| channel-shopping.com | 471 |
| classychanel.com | 471 |
| charmetasche.com | 472 |
| cheapbags1.com | 473 |
| cheaphandbag1.com | 473 |
| cheapbagsbest.com | 474 |
| cheapbagsdeal.com | 475 |
| cheapbagshops.com | 476 |
| cheapcapsshop.com | 477 |
| cheapchanelbagsoutlet.net | 478 |
| cheapchanelbagsus.com | 479 |
| cheap-chanel-handbag.com | 480 |
| cheap-chanel-handbags-sale.com | 481 |
| fashionhandbagsstore.net | 481 |
| cheapchanelj12.com | 482 |
| cheapchanelonsales.com | 483 |
| cheapchanelreplica.com | 484 |
| cheapchanelsonline.com | 485 |
| cheapdesignerhandbags4u.com | 486 |
| cheaphandbagmall.com | 487 |
| cheap-handbag-mall.com | 487 |
| cheaphandbagswatches.com | 488 |
| cheaphandbagus.com | 489 |
| cheapjewelrysales.com | 490 |
| cheapknockoffhandbags.com | 491 |
| cheaporchina.com | 492 |
| checkoutpayment24.com | 493 |
| chinachanelbag.com | 494 |
| chinacheapsneakers.com | 495 |
| chinasalecheap.com | 496 |
| clothesdeals4u.com | 497 |

17

| clothesmalltrade.com | 498 |
|---|---|
| topdesignerpursessale.com | 498 |
| clothessaleshop.com | 499 |
| cnwholesalecheap.com | 500 |
| cochaneloutlet.com | 501 |
| chanelbags-max.com | 502 |
| coco-chanelbags.com | 502 |
| cocochanelforsale.com | 503 |
| cooltasche.com | 504 |
| copychanelwatch.com | 505 |
| copychanelwatches.com | 506 |
| co-win-trade.com | 507 |
| crazyshoeshop.org | 508 |
| topsunglasses-outlet.com | 508 |
| crazytoshoes.com | 509 |
| designerdiscounthandbags.net | 510 |
| designerhandbagsdiscount.org | 511 |
| designerhandbags-us.com | 512 |
| dooutlet.com | 513 |
| eb93.com | 514 |
| ebagonline.net | 515 |
| ectopsunglasseswholesale.com | 516 |
| fakechanelbags.net | 517 |
| fakechanelbagssale.com | 518 |
| fake-cl.com | 519 |
| fashionagoo.com | 520 |
| fashionchanelhandbag.net | 521 |
| pursevalley.ws | 522 |
| finejewellerys.com | 523 |
| flawlessbag.org | 524 |
| flytoshopping.com | 525 |

18

| | |
|---|---|
| francechanelhandbags.com | 526 |
| freplicahandbag.com | 527 |
| girl-handbags.com | 529 |
| glassesales.com | 530 |
| gogoebuy.com | 531 |
| gooootrade.com | 532 |
| ctobuy.com | 533 |
| gsbag.com | 533 |
| handbags2sale.com | 534 |
| handbags4sale.org | 535 |
| handbagshops.net | 536 |
| handbagsmenwomen.com | 537 |
| handbagsnation.com | 538 |
| handbagsok33.com | 539 |
| handbags-onsale.org | 540 |
| handbags-worlds.net | 541 |
| heelsonlineshop.com | 542 |
| hibrandshoe.com | 543 |
| honey-gifts.com | 544 |
| hotbagsale.net | 545 |
| hotbagsale.org | 546 |
| hotchaneljewelry.com | 547 |
| hotworldtrade.com | 548 |
| italybagssale.com | 549 |
| jewelrystores.cc | 550 |
| lady-times.com | 551 |
| latestbag.com | 552 |
| lookbags.com | 553 |
| loveinchanelbags.com | 554 |
| luxgoods.net | 555 |
| lvhandbags-sale.com | 556 |

19

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| marryfashionshoes.com | 557 |
| maxsbag.com | 558 |
| mnci.org | 559 |
| montredeluxe.biz | 560 |
| myiphoneshoes.com | 561 |
| mypursehandbag.com | 562 |
| newwatchescollection.com | 563 |
| nihboots.com | 564 |
| oakleysunglasses4outlet.com | 565 |
| onlystyles.net | 566 |
| oxsunglass.com | 567 |
| perfectwomenhadbags.com | 568 |
| pickapparelonline.com | 569 |
| pointing-trade.com | 570 |
| popemart.com | 571 |
| popereplica.com | 572 |
| popestore.com | 573 |
| poshmoda.co | 574 |
| poshmoda.ws | 574 |
| purse-cheap.com | 575 |
| replicachanelhandbag.net | 576 |
| replicachanelhandbags.us | 577 |
| replicachanelshoes.com | 578 |
| replicadesignershop.com | 579 |
| replicahandbagsforcheap.com | 580 |
| replicasoakley.com | 581 |
| replicawin.com | 582 |
| rpchaneloutlet.com | 583 |
| salechanelhandbags.net | 584 |
| salejewels.com | 585 |
| shoes-onlinestore.com | 586 |

| | |
|---|---|
| shoes-onlinestore.org | 586 |
| shoesstylechina.com | 587 |
| shophandbagstyle.com | 588 |
| shoplikeairmax.com | 589 |
| shopmaccosmetics.com | 590 |
| shopping2fine.com | 591 |
| shopping4fine.com | 592 |
| shopwholesalehandbags.com | 593 |
| sonicebag.com | 594 |
| specialhandbag.com | 595 |
| sunglass4sales.com | 597 |
| supershoesclub.com | 598 |
| swiss-omega.com | 599 |
| swisswatchsell.com | 600 |
| tinasky.com | 601 |
| topchanelbags.com | 602 |
| topfreywille.com | 603 |
| topleisureshoes.com | 604 |
| top-lvbag.com | 605 |
| toplvbags.com | 606 |
| topthejewelry.com | 607 |
| tradeshopsonline.com | 608 |
| ukchanelbags.com | 609 |
| urbanclothingdesign.com | 610 |
| uschanelbags.com | 611 |
| utsales.com | 612 |
| utshops.com | 613 |
| wal-fashion.com | 614 |
| wallet-bags.com | 615 |
| wefreeshipping.info | 616 |
| wendyebags.com | 617 |

| | |
|---|---|
| whhandbags.com | 618 |
| wholesale-21cn.com | 619 |
| wholesale-cheaps-jewelrys.com | 620 |
| wholesaledayday.com | 621 |
| wholesalejewelrysmall.com | 622 |
| wholesale-oem.com | 623 |
| wholesale-part.com | 624 |
| wholesalesunglassesmart.com | 625 |
| wholesalesunglassesreplica.com | 626 |
| wholesalewhat.com | 627 |
| hahabags.net | 628 |
| | |
| **Blog Style Websites** | |
| | |
| **Domain Name** | **Defendant Number** |
| buychanel255.info | 422 |
| buychanelbag.info | 422 |
| buychaneloutlet.info | 422 |
| buychanelwallet.info | 422 |
| buyclassicchanel.info | 422 |
| cheapchanelshoes.com | 443 |
| fashionpicks.co | 522 |
| geekpurses.me | 528 |
| spotbags.co | 596 |

[PROPOSED] ORDER GRANTING PLAINTIFF'S SECOND *EX PARTE* APPLICATION
FOR ENTRY OF TEMPORARY RESTRAINING ORDER