THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANEL, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" and DOES 229-1000,<br><br>    Defendants. | Case No. 2:11-cv-01508-KJD-PAL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO INCLUDE DEFENDANTS 629-707 IN PLAINTIFF'S SECOND *EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

THIS CAUSE is before the Court on Plaintiff's Motion to Include Defendants 629-707[1] in Plaintiff's Second *Ex Parte* Application for Entry of Temporary Restraining Order and Preliminary Injunction ("Plaintiff's Second Application") (e-docket 34) (the "Motion to Include the Group III Defendants in Plaintiff's Second Application.")

The Court has considered Plaintiff Chanel, Inc.'s ("Plaintiff") Motion to Include the Group

---

[1] Defendants 629-707 are identified on the attached Schedule "A" and are hereafter referred to as the "Group III Defendants."

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO INCLUDE DEFENDANTS 629-707 IN PLAINTIFF'S SECOND *EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

0.07 in second app

III Defendants in Plaintiff's Second Application and the evidentiary submissions filed therewith and, for good cause shown, Plaintiff's Motion to Include the Group III Defendants in Plaintiff's Second Application is GRANTED.

The Court shall consider Plaintiff's request for entry of a preliminary injunction against the Group III Defendants at the hearing set for November 29, 2011 at 9:00 a.m. Any response or opposition to Plaintiff's Second Motion for Preliminary Injunction must be filed and served on Plaintiff's counsel by November 27, 2011, and filed with the Court, along with Proof of Service, on November 27, 2011. Plaintiff shall file any Reply Memorandum on or before November 28, 2011. The above dates may be revised upon stipulation by all parties and approval of this Court. Defendants 629-707 are hereby on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them pursuant to 15 U.S.C. § 1116(d) and Fed. R. Civ. P. 65.

Plaintiff shall serve a copy of this Order on Defendants 629-707 by email as described in the Court's Order Granting Plaintiff's Second *Ex Parte* Application for Entry of Temporary Restraining Order and Preliminary Injunction (e-docket 37) and by posting copies of this Order on the website located at http://servingnotice.com/sdv/index.html.

IT IS SO ORDERED.
DATED: November 28, 2011

_____
Kent J. Dawson
United States District Judge

2

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO INCLUDE DEFENDANTS 629-707 IN PLAINTIFF'S SECOND *EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

0.07 in second app

# SCHEDULE A

## DEFENDANTS BY SUBJECT DOMAIN NAMES AND DEFENDANT NUMBER

| DOMAIN NAME | DEFENDANT # |
|---|---|
| replica-chanel.biz | 10 |
| replica-chanels.com | 37 |
| bestchanelshop.com | 104 |
| cheap-chanel-chanel-cheap.com | 104 |
| cheap-chanel-original.com | 104 |
| chanelbags-handbags.com | 436 |
| chanelhandbags-bags.com | 436 |
| chanelhandbagsofficial.com | 451 |
| chanelhandbagsonlinesale.com | 451 |
| chanelhandbagsonlinesale.net | 451 |
| replicachanelhandbagsforsale.com | 461 |
| chanel-replicas.com | 463 |
| bagstyle4u.com | 472 |
| chanelhandbags-forsale.net | 479 |
| cheapbagsus.net | 479 |
| maccosmeticss.net | 492 |
| chanelhandbags-forsale.com | 611 |
| chanelonlinestore.net | 611 |
| chanelonlinestore.org | 611 |
| cheaphandbagsforsale.net | 611 |
| uschanelhandbagsforsale.net | 611 |
| 1purse1.net | 629 |

3

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO INCLUDE DEFENDANTS 629-707 IN PLAINTIFF'S SECOND *EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

0.07 in second app

| | | |
|---|---|---|
| 1 | 2cshop.net | 630 |
| 2 | aaa-replica-handbags.com | 631 |
| 3 | topreplicashop.com | 631 |
| 4 | wholesale-goods.com | 631 |
| 5 | winwatches.com | 631 |
| 6 | abags-word.com | 632 |
| 7 | ainibag.com | 633 |
| 8 | anydayhandbags.com | 634 |
| 9 | authenticjeansdesigner.com | 635 |
| 10 | bagscue.com | 635 |
| 11 | bagswalletsshop.com | 635 |
| 12 | beautifuloriginaljeansdiscount.com | 635 |
| 13 | bestbagsboutique.com | 635 |
| 14 | bestbagswallets.com | 635 |
| 15 | bestjeanssalewell.com | 635 |
| 16 | bestonsaleshoes.com | 635 |
| 17 | beststylesbags.com | 635 |
| 18 | wellqualityjeanssalewell.com | 635 |
| 19 | bagdiscountshopping.com | 636 |
| 20 | bagscheaponline.com | 637 |
| 21 | brandbagswallet.org | 638 |
| 22 | buybuycn.com | 639 |
| 23 | cbagshop.com | 640 |
| 24 | cclogochanelearrings.com | 641 |
| 25 | chanelccjewelry.com | 641 |
| 26 | chanelcclogojewelry.com | 641 |

4

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO INCLUDE DEFENDANTS 629-707 IN PLAINTIFF'S SECOND *EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

0.07 in second app

| | | |
|---|---|---|
| 1 | chanelnecklacecc.com | 641 |
| 2 | chanelbag4u.net | 642 |
| 3 | chanelbags4sale.com | 643 |
| 4 | chanelbags4u.com | 644 |
| 5 | chanelbagsaleuk.com | 645 |
| 6 | chanelbagse.com | 646 |
| 7 | chanelbagse.net | 647 |
| 8 | chanelbagsoutletsale.org | 648 |
| 9 | chanelbagssale.us | 649 |
| 10 | chanelclassicbag.org | 649 |
| 11 | chanelflapbag.org | 649 |
| 12 | designerchanelbags.org | 649 |
| 13 | chanelbagszone.com | 650 |
| 14 | chanelclassichandbagsale.com | 651 |
| 15 | chanel-flap-bags.com | 652 |
| 16 | chanelflats.net | 653 |
| 17 | chanel-jewelry.org | 654 |
| 18 | chaneljewerys.com | 655 |
| 19 | chaneloutlet6v.com | 656 |
| 20 | chaneloutletstore4u.org | 657 |
| 21 | chanelreplicabagshandbags.co.uk | 657 |
| 22 | chanel-shoes.org | 658 |
| 23 | chanelsoutlets.com | 659 |
| 24 | chanel-stock.com | 660 |
| 25 | chanelstore.us | 661 |
| 26 | chaneltote.net | 662 |

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO INCLUDE DEFENDANTS 629-707 IN PLAINTIFF'S SECOND *EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

0.07 in second app

| | | |
|---|---|---|
| 1 | charmchanels.net | 663 |
| 2 | chbagline.org | 664 |
| 3 | chbagstore.net | 665 |
| 4 | cheap-bag.org | 666 |
| 5 | cheapchanelbagoutlets.com | 667 |
| 6 | cheap-chanel-bags.us | 668 |
| 7 | cheapchanelbagss.net | 669 |
| 8 | cheap-chanel-handbags-sale.info | 670 |
| 9 | cheapsaledesigner.com | 671 |
| 10 | cheapsunglasses2011.net | 672 |
| 11 | cheapwholesalereplicas.com | 673 |
| 12 | cl-replicas.com | 674 |
| 13 | cocodechanel.com | 675 |
| 14 | cokobags.com | 676 |
| 15 | designerhandbagscheap.us | 677 |
| 16 | designersunglassesshop.org | 678 |
| 17 | designersunglassesstore.net | 678 |
| 18 | ebuyfashiongoods.com | 679 |
| 19 | echeapdesignerhandbags.net | 680 |
| 20 | fakechanelbags.biz | 681 |
| 21 | fakechanelhandbags.com | 682 |
| 22 | fashionable-mall.com | 683 |
| 23 | fashionbagstrade.com | 684 |
| 24 | frombest.com | 685 |
| 25 | gabrielle-bonheur-chanel.com | 686 |
| 26 | greatwatch.org | 687 |

6

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO INCLUDE DEFENDANTS 629-707 IN PLAINTIFF'S SECOND *EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
0.07 in second app

| | | |
|---|---|---|
| 1 | handbag2011.com | 688 |
| 2 | wholesale4life.com | 688 |
| 3 | handbagssale-online.com | 689 |
| 4 | wholesalehouse.net | 689 |
| 5 | karllagerfeld-creative.com | 690 |
| 6 | womenfashionbag.com | 690 |
| 7 | lovebagforu.org | 691 |
| 8 | zabags.com | 691 |
| 9 | lovechanel.net | 692 |
| 10 | luxurybagshop.org | 693 |
| 11 | luxurychanelsale.com | 694 |
| 12 | modernbagshop.com | 695 |
| 13 | mycheapwatches.com | 696 |
| 14 | nicetimetool.com | 696 |
| 15 | newhandbagoutlet.com | 697 |
| 16 | okreplica.org | 698 |
| 17 | onlinebagss.com | 699 |
| 18 | pursecn.com | 700 |
| 19 | purses-bags.com | 701 |
| 20 | pursevalley.me | 702 |
| 21 | replicaclbags-us.com | 703 |
| 22 | sogoluxury.com | 704 |
| 23 | uk-replica-bags.net | 705 |
| 24 | uschaneloutletmall.com | 706 |
| 25 | wedingshoesgirl.com | 707 |

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO INCLUDE DEFENDANTS 629-707 IN PLAINTIFF'S SECOND *EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

0.07 in second app