David S. Kahn
Nevada Bar No. 007038
J. Scott Burris
Nevada Bar No. 010529
Juan P. Rodriguez
Nevada Bar No. 010733
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
E-mail:David.Kahn@wilsonelser.com
        J.Scott.Burris@wilsonelser.com
        Juan.Rodriguez@wilsonelser.com

Stephen M. Gaffigan (*Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail:stephen@smgpa.net

*Attorneys for Plaintiff, CHANEL, INC.*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANEL, INC., | Case No. 2:11-cv-01508-KJD-PAL |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING PLAINTIFF'S SECOND APPLICATION FOR ENTRY OF PRELIMINARY INJUNCTION |
| EUKUK.COM, *et al.*, | |
| Defendants. | |

THIS CAUSE is before the Court on Plaintiff's Second Application for Entry of Preliminary Injunction (the "Second Application for Preliminary Injunction") (# 34), Plaintiff's Motion to Include Defendants 629-707 in Plaintiff's Second *Ex Parte* Application for Entry of Temporary

Restraining Order and Preliminary Injunction (the "Motion to Include")[1] (#40) (collectively, the "Applications for Preliminary Injunction"), and upon the Preliminary Injunction Hearing held on November 29, 2011. The Court has carefully reviewed said Motions, the entire court file and is otherwise fully advised in the premises.

By the instant Second Application (# 34) and Motion to Include (#40), Plaintiff Chanel, Inc. ("Chanel"), moves for entry of a preliminary injunction against Defendants, the Partnerships and Unincorporated Associations identified on Schedule "A" attached hereto (the "Defendants"), for alleged violations of the Lanham Act, 15 U.S.C. §§ 1114, and 1125(a) and (d).[2]

The Court convened the hearing on November 29, 2011, at which only counsel for Plaintiff was present and available to present evidence supporting the Applications for Preliminary Injunction. The Defendants have not responded to the Applications for Preliminary Injunction, nor made any filing in this case, nor have the Defendants appeared in this matter either individually or through counsel. Because Plaintiff has satisfied the requirements for the issuance of a preliminary injunction, the Court will grant Plaintiff's Applications for Preliminary Injunction.

## I.     Factual and Procedural Background

On November 14, 2011, the Court entered a temporary restraining order on the following facts from Plaintiff's First Amended Complaint, *Ex Parte* Second Application for Entry of a Temporary Restraining Order and Preliminary Injunction, and supporting evidentiary submissions.

Chanel is a corporation duly organized under the laws of the State of New York with its principal place of business in the United States located at Nine West 57th Street, New York, New York 10019. (1st Am. Compl. ¶ 3.) Chanel operates boutiques throughout the world, including within this Judicial District. See id. Chanel is, in part, engaged in the business of manufacturing and distributing throughout the world, including within this Judicial District, a variety of high quality

---

[1] On November 28, 2011, the Court granted Plaintiff's Motion to Include (#46).

[2] On November 18, 2011, Plaintiff filed its Notice of Identification Defendants 629-707 Previously Identified As Does 229 – 307 And Identification Of Additional Aliases For Defendants 10, 37, 104, 436, 451, 461, 463, 472, 479, 492, 611 (#39).  Schedule "A" attached hereto includes the new aliases identified for Defendants 436, 451, 461, 463, 472, 479, 492 and 611 and Defendants 629-707.

2

luxury goods. (Declaration of Adrienne Hahn Sisbarro in Support of Plaintiff's Second *Ex Parte* Application for Entry of a Temporary Restraining Order and Preliminary Injunction ["Hahn Decl."] ¶ 5.)

Chanel is, and at all times relevant hereto has been, the owner of all rights in and to the following trademarks:

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
| CHANEL | 0,612,169 | September 13, 1955 | IC 014 – Necklaces |
| CHANEL | 0,626,035 | May 1, 1956 | IC 018 – Women's Handbags |
| CHANEL | 0,902,190 | November 10, 1970 | IC 014 - Bracelets, Pins, and Earrings |
| CHANEL | 0,906,262 | January 19, 1971 | IC 025 - Coats, Suits, Blouses, and Scarves |
| CHANEL | 0,915,139 | June 15, 1971 | IC 025 - Women's Shoes |
| CHANEL | 0,955,074 | March 13, 1973 | IC 014 – Watches |
| ⓒⓒ | 1,241,264 | June 7, 1983 | IC 025 - Suits, Jackets, Skirts, Dresses, Pants, Blouses, Tunics, Sweaters, Cardigans, Tee-Shirts, [Capes,] Coats, Raincoats, [Jackets Made of Feathers, Shawls,] Scarves, Shoes and Boots |
| CHANEL | 1,241,265 | June 7, 1983 | IC 025 - Suits, Jackets, Skirts, Dresses, Pants, Blouses, Tunics, Sweaters, Cardigans, [Tee-Shirts, Capes,] Coats, Raincoats, [Jackets Made of Feathers, Shawls,] Scarves, Shoes and Boots |
| ⓒⓒ | 1,271,876 | March 27, 1984 | IC 025 - Clothing-Namely, Coats, Dresses, Blouses, Raincoats, Suits, Skirts, Cardigans, Sweaters, Pants, Jackets, Blazers, [Shawls, Hats] and Shoes |
| ℂℂ | 1,314,511 | January 15, 1985 | IC 018 - Leather Goods-Namely, Handbags, [Wallets, Travel Bags, |

3

0.revised

| | | | |
|---|---|---|---|
| . | | | Luggage, Credit Card And Business Card Cases, Make-Up Bags and Vanity Cases Sold Empty, Briefcase-Type Portfolios; Attache Cases, Change Purses, Suitcases, Tote Bags, Garment Bags and Travellers' Shoe Bags] |
| **CHANEL** ® | 1,329,750 | April 9, 1985 | IC 025 - Blouses, Skirts, Sweaters, Cardigans, Dresses [Shawls, Scarves, Hats, Collars, Cuffs and Neckties] |
| CHANEL | 1,347,677 | July 9, 1985 | IC 018 - Leather Goods-namely, Handbags [Wallets, Travel Bags, Luggage, Business and Credit Card Cases, Brief Case Type Portfolios, Attache Cases, Change Purses, Suitcases, Tote Bags, Make-Up Bags and Vanity Cases Sold Empty, Garment Bags for Travel and Travellers' Shoe Bags] |
| ⟲⟳ | 1,501,898 | August 30, 1988 | IC 006 - Keychains<br>IC 014 - Costume Jewelry<br>IC 016 - Gift Wrapping Paper<br>IC 025 -Blouses, Shoes, Belts, Scarves, Jackets, Men's Ties<br>IC 026 – Brooches and Buttons for Clothing |
| CHANEL | 1,510,757 | November 1, 1988 | IC 009 – Sunglasses |
| ⟲⟳ | 1,654,252 | August 20, 1991 | IC 009 – Sunglasses |
| CHANEL | 1,733,051 | November 17, 1992 | IC 018 - Leather Goods; namely, Handbags, Wallets, Travel Bags, Luggage, Business and Credit Card Cases, Change Purses, Tote Bags, Cosmetic Bags Sold Empty, and Garment Bags for Travel |
| ⟲⟳ | 1,734,822 | November 24, 1992 | IC 018 - Leather Goods; namely, Handbags, Wallets, Travel Bags, Luggage, Business Card Cases, Change Purses, Tote Bags, and Cosmetic Bags Sold Empty |

4

0.revised

| | | | |
|---|---|---|---|
| J12 | 2,559,772 | April 9, 2002 | IC 014 -Timepieces; namely, Watches, and Parts Thereof |
| ⎕⎕ | 3,022,708 | December 6, 2005 | IC 006 - Key Chains<br><br>IC 009 -Ski Goggles, Sunglasses<br><br>IC 018 -Luggage, Handbags, Totes, Backpacks, Travel Bags, All-Purpose Carrying Bags, Umbrellas<br><br>IC 025 - Boots, Coats, Jackets, Gloves, Hats, Pants, Sandals, Scarves, Shirts, Shoes, Ski Boots, Sun Visors, Suspenders, Sweatbands, Swimwear<br><br>IC 028 - Bags Specially Adopted For Sports Equipment, Basketballs, Kites, Skis, Ski Polls, Tennis Rackets, Tennis Balls, Tennis Racket Covers, Golf Clubs, Golf Bags, and Snow Boards |
| ⅭⅭ | 3,025,934 | December 13, 2005 | IC 018 – Handbags |
| ⅭⅭ | 3,025,936 | December 13, 2005 | IC 009 -Mobile Phone Straps, Eyeglass Frames, Sunglasses<br>IC 025 - Gloves, Swimwear<br>IC 026 - Hair Accessories Namely Barrettes And Pony-Tail Holders |
| CHANEL | 3,133,139 | August 22, 2006 | IC 014 - Jewelry And Watches |

(the "Chanel Marks") which are registered on the Principal Register of the United States Patent and Trademark Office and are used in connection with the manufacture and distribution of high quality goods in the categories identified above. (Hahn Decl. ¶ 4; see also United States Trademark Registrations of the Chanel Marks at issue ["Chanel Trademark Registrations"] attached as Exhibit A to the Hahn Decl.).

The Defendants have advertised, offered for sale, and/or sold, at least, handbags, wallets, shoes, boots, sunglasses, scarves, tee shirts, watches, and costume jewelry, including necklaces, bracelets, earrings, brooches, and rings, bearing what Plaintiff has determined to be counterfeits, infringements, reproductions, and/or colorable imitations of the Chanel Marks. Although each of the

5

Defendants may not copy and infringe each Chanel Mark for each category of goods protected, Chanel has submitted sufficient evidence showing each Defendant has infringed, at least, one or more of the Chanel Marks. (Hahn Decl. ¶¶ 11-15; Declaration of Brandon Tanori in Support of Plaintiff's *Ex Parte* Second Application for Entry of Temporary Restraining Order and Preliminary Injunction ["Tanori Decl."] ¶ 4; Second Declaration of Adrienne Hahn Sisbarro Support of Plaintiff's Second *Ex Parte* Application for Entry of a Temporary Restraining Order and Preliminary Injunction ["2nd Hahn Decl."], ¶9; and Second Declaration of Brandon Tanori in Support of Plaintiff's Second *Ex Parte* Application for Entry of a Temporary Restraining Order and Preliminary Injunction ["2nd Tanori Decl."], ¶4)   The Defendants are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, infringements, reproductions, and/or colorable imitations of the Chanel Marks.  (Hahn Decl. ¶ 9; 2nd Hahn Decl. ¶9.)

Plaintiff's counsel retained Brandon Tanori ("Tanori") of Investigative Consultants, a licensed private investigative firm, to investigate suspected sales of counterfeit Chanel branded products by the Defendants. (Hahn Decl. ¶ 10; Tanori Decl. ¶ 3, 2nd Hahn Decl. ¶10; and 2nd Tanori Decl. ¶3). On November 3, 2011, Tanori accessed the Internet websites operating under three (3) of the domain names at issue in this action, cheapchanelreplica.com, replicachanelhandbag.net, and replicachanelshoes.com, placed orders for the purchase of various Chanel branded products, including one handbag and two pairs of shoes, and requested each product purchased be shipped to his address in Las Vegas, Nevada. (Tanori Decl. ¶ 4 and Composite Exhibit A attached thereto.).  On November 17, 2011, Tanori accessed the Internet websites operating under three (3) of the domain names at issue in this action, chanelhandbagsofficial.com, ainibag.com, and anydayhandbags.com, placed orders for the purchase of various Chanel branded products, including one necklace and two wallets, and requested each product purchased be shipped to his address in Las Vegas, Nevada (2nd Tanori Decl. ¶4 and Composite Exhibit A attached thereto). Tanori's purchases were processed entirely online, which included providing shipping and billing information, payment, and confirmation of his orders. (Tanori Decl. ¶ 4 and Composite Exhibit A attached thereto; 2nd Tanori Decl. ¶4 and Composite Exhibit A attached thereto.)

6

Thereafter, a representative of Chanel, Adrienne Hahn Sisbarro, reviewed and visually inspected the web page listings, including images, for each of the Chanel branded goods purchased by Tanori and determined the items were non-genuine Chanel products. (Hahn Decl. ¶¶ 11-12, 15; and 2nd Hahn Decl. ¶¶11-12, 15.)   Additionally, Hahn reviewed and visually inspected the items bearing the Chanel Marks offered for sale via the Internet websites operating under the partnership and/or unincorporated association names identified on Schedule "A" hereto (the "Subject Domain Names") and determined the products were non-genuine Chanel products. (Hahn Decl. ¶ 13-15 and Composite Exhibits A and B attached thereto, relevant web page captures from the Defendants' Internet websites operating under the Subject Domain Names displaying the Chanel branded items offered for sale; and 2nd Hahn Decl. ¶¶13-15 and Composite Exhibit A attached thereto, relevant web page captures from the Defendants' Internet websites operating under the Subject Domain Names for the newly identified aliases displaying the Chanel branded items offered for sale.)

On November 8, 2011, Plaintiff filed its First Amended Complaint (# 32) against the Defendants for trademark counterfeiting and infringement, false designation of origin, and cyberpiracy. On November 9, 2011, Plaintiff filed its Second *Ex Parte* Application for Entry of a Temporary Restraining Order and Preliminary Injunction (# 34). On November 14, 2011, the Court issued an Order Granting Plaintiff's Second *Ex Parte* Application for a Temporary Restraining Order and temporarily restrained the Defendants from infringing the Chanel Marks at issue. On November 28, 2011, the Court entered an Order granting Plaintiff's Motion to Include (#46). Pursuant to the Court's November 14, 2011 Order and November 28, 2011 Order, Plaintiff provided the Defendants, including the newly identified aliases for Defendants 436, 451, 461, 463, 472, 479, 492 and 611 and the newly identified Defendants 629-707, with notice and copies of the Court's November 14, 2011 Order and Plaintiff's Second *Ex Parte* Application for Entry of a Temporary Restraining Order and Preliminary Injunction, Motion to Include, November 28, 2011 Order and supporting papers via publication on the website located at http://servingnotice.com/sdv/index.html, via email to the email address(es) reflected in the domain registration data for the Subject Domain Names, via email to the email address(es) provided on the Internet websites operating under the

7

0.revised

1  Subject Domain Names, electronically via the contact submission web page provided on the

2  websites for the Subject Domain Names, and/or via email to the registrar of record for each of the

3  Subject Domain Names.

## II.      Conclusions of Law

5      The declarations and supporting evidentiary submissions Plaintiff submitted in support of its

6  Applications for Preliminary Injunction support the following conclusions of law:

7      A.      Plaintiff has a very strong probability of proving at trial that consumers are likely to

8  be confused by the Defendants' advertisement, promotion, sale, offer for sale, and/or distribution of

9  handbags, wallets, shoes, boots, sunglasses, scarves, tee shirts, watches, and costume jewelry,

10  including necklaces, bracelets, earrings, brooches, and rings bearing counterfeits, infringements,

11  reproductions, and/or colorable imitations of the Chanel Marks, and that the products the Defendants

12  are selling are copies of Plaintiff's products that bear marks which are substantially indistinguishable

13  from and/or colorful imitations of the Chanel Marks on handbags, wallets, shoes, boots, sunglasses,

14  scarves, tee shirts, watches, and costume jewelry, including necklaces, bracelets, earrings, brooches,

15  and rings.

16      B.      Because of the infringement of the Chanel Marks, Plaintiff is likely to suffer

17  immediate and irreparable injury if a preliminary injunction order is not granted. It clearly appears

18  from the following specific facts, as set forth in Plaintiff's Complaint and First Amended Complaint,

19  Plaintiff's Applications for Preliminary Injunction, and accompanying declarations on file, that

20  immediate and irreparable loss, damage, and injury will result to Plaintiff and to consumers because

21  it is more likely true than not that:

22      1.      The Defendants appear to be operating Internet business operations which

23  advertise, promote, offer for sale, and sell, at least, handbags, wallets, shoes, boots, sunglasses,

24  scarves, tee shirts, watches, and costume jewelry, including necklaces, bracelets, earrings, brooches,

25  and rings bearing counterfeit and infringing trademarks in violation of Plaintiff's rights;

26      2.      Plaintiff has well-founded fears that more counterfeit and infringing handbags,

27  wallets, shoes, boots, sunglasses, scarves, tee shirts, watches, and costume jewelry, including

28                                                    8

necklaces, bracelets, earrings, brooches, and rings bearing Plaintiff's trademarks will appear in the marketplace; that consumers may be misled, confused, and disappointed by the quality of these products; and that Plaintiff may suffer loss of sales for its genuine products;

3.    Plaintiff has well-founded fears that unless the injunction is granted, the Defendants can easily and quickly transfer the registrations for many of the Subject Domain Names, or modify registration data and content, change hosts, and redirect traffic to other websites, thereby thwarting Plaintiff's ability to obtain meaningful relief;

4.    The balance of potential harm to the Defendants in restraining their trading in counterfeit and infringing branded goods if a preliminary injunction is issued is far outweighed by the potential harm to Plaintiff, its reputation and goodwill as a manufacturer of high quality handbags, wallets, shoes, boots, sunglasses, scarves, tee shirts, watches, and costume jewelry, including necklaces, bracelets, earrings, brooches, and rings, if such relief is not issued; and

5.    The public interest favors issuance of the preliminary injunction in order to protect Plaintiff's trademark interests and the public from being defrauded by the palming off of counterfeit goods as Plaintiff's genuine goods.

Accordingly, after due consideration, it is

ORDERED AND ADJUDGED that Plaintiff's Applications for Entry of a Preliminary Injunction (# 34 and 40) hereby is **GRANTED** as follows

(1)    The Defendants, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with the Defendants having notice of this Preliminary Injunction are hereby restrained and enjoined, pending termination of this action:

(a)    From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the Chanel Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by Plaintiff; and

(b)    From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by Plaintiff,

9

bearing the Chanel Marks, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing the Chanel Marks, or any confusingly similar trademarks.

(2)　The Defendants, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with the Defendants having notice of this Preliminary Injunction shall, until the conclusion of this action, discontinue the use of the Chanel Marks or any confusingly similar trademarks, on or in connection with all Internet websites owned and operated, or controlled by them including the Internet websites operating under the Subject Domain Names;

(3)　The Defendants, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with the Defendants having notice of this Preliminary Injunction shall, until the conclusion of this action, discontinue the use of the Chanel Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by the Defendants, including the Internet websites operating under the Subject Domain Names;

(4)　The Defendants shall not transfer ownership of the Subject Domain Names during the pendency of this Action, or until further Order of the Court;

(5)　The domain name Registrars for the Subject Domain Names are directed, to the extent it is not already done, to transfer to Plaintiff's counsel, for deposit with this Court, domain name certificates for the Subject Domain Names;

(6)　The Registrars and the top-level domain (TLD) Registries for the Subject Domain Names, upon receipt of this Preliminary Injunction shall, to the extent it is not already done, change or assist in changing, the Registrar of record for the Subject Domain Names, excepting any such

10

1   domain names which such Registries have been notified in writing by the Plaintiff have been or will

2   be dismissed from this action, to a holding account with the United States based Registrar,

3   GoDaddy.com, Inc. GoDaddy.com, Inc. shall hold and/or continue to hold access to the Subject

4   Domain Names in trust for the Court during the pendency of this action. Additionally,

5   GoDaddy.com, Inc., upon receipt of this Order, shall, to the extent not already done, immediately

6   update and/or not modify the Domain Name System ("DNS") data it maintains for the Subject

7   Domain Names, which link the domain names to the IP addresses where their associated websites

8   are hosted, from NS1.MEDIATEMPLE.NET and NS2.MEDIATEMPLE.NET, which currently

9   causes the domain names to resolve to the website where a copy of the Complaint, First Amended

10  Complaint, Summonses, Orders, and all other documents on file in this action are

11  displayed. Alternatively, GoDaddy.com, Inc. may, to the extent not already done, institute and/or

12  maintain a domain name forwarding which will automatically redirect any visitor to the Subject

13  Domain Names to the following Uniform Resource Locator ("URL")

14  http://servingnotice.com/sdv/index.html whereon copies of the Complaint, First Amended

15  Complaint, Summonses, Orders, and all other documents on file in this action are displayed. The

16  Subject Domain Names shall be maintained on Lock status, preventing the modification or deletion

17  of the domains by the registrar or the Defendants;

18        (7)   Plaintiff may continue to enter the Subject Domain Names into Google's Webmaster

19  Tools and cancel any redirection of the domains that have been entered there by the Defendants

20  which redirect traffic to the counterfeit operations to a new domain name and thereby evade the

21  provisions of this Preliminary Injunction;

22        (8)   The Defendants shall continue to preserve copies of all their computer files relating to

23  the use of any of the Subject Domain Names and shall continue to take all steps necessary to retrieve

24  computer files relating to the use of any of the Subject Domain Names and that may have been

25  deleted before the entry of this Preliminary Injunction;

26

27

28                                    11

(9)     Plaintiff shall maintain its bond in the amount of Twenty-Thousand Dollars and Zero Cents ($20,000.00), as payment of damages to which the Defendants may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until further Order of the Court;

(10)    This Preliminary Injunction shall remain in effect during the pendency of this action, or until such further date as set by the Court or stipulated to by the parties;

(11)    This Preliminary Injunction shall apply to the Subject Domain Names and any other domain names properly brought to the Court's attention and verified by sworn affidavit which verifies such new domain names are being used by the Defendants for the purpose of counterfeiting the Chanel Marks at issue in this action and/or unfairly competing with Chanel in connection with search engine results pages.

IT IS SO ORDERED.

DATED: Nov 29, 2011

Kent J. Dawson
United States District Judge

0.revised

**SCHEDULE A**
**DEFENDANTS BY SUBJECT DOMAIN NAMES AND DEFENDANT NUMBER**

| Domain Name | Defendant Number |
|---|---|
| 2012-louisvuitton.net | 400 |
| designerhandbags68.com | 400 |
| 80bags.com | 401 |
| 9sunglasses.com | 402 |
| abcbrandbags.com | 403 |
| acobags.com | 404 |
| airmaxjumpman.com | 405 |
| alijewelry.com | 406 |
| amazingshoes.net | 407 |
| bag-handbags.net | 408 |
| bagszone.org | 409 |
| beautyx2u.net | 410 |
| bestchalbags.net | 411 |
| bestchanel.com | 412 |
| bestchanelhandbag.com | 413 |
| bestdesignersbags.com | 414 |
| brandauthenticwallet.com | 414 |
| brandbagsbest.com | 414 |
| latestbagscheap.com | 414 |
| besthandbags4sale.com | 415 |
| best-handbags-outlet.com | 416 |
| best-replica-watch.org | 417 |
| brandshoessell.com | 418 |
| buyandonline.com | 419 |
| buybestbag.org | 420 |
| buychalbags.net | 421 |

13

| | |
|---|---|
| buysunglassesus.net | 423 |
| buysunglassesusa.com | 423 |
| cachetshoeschina.com | 424 |
| cc2biz.com | 425 |
| cchandbag.com | 426 |
| ccvstock.com | 427 |
| ccvstocks.net | 427 |
| ccvstockwholesaler.com | 427 |
| chanel2011handbags.com | 428 |
| chanel-bag-outlets.com | 429 |
| chanel-bags.biz | 430 |
| chanelbags2011.us | 431 |
| chanelbags2012.us | 431 |
| chanelbags7v.com | 432 |
| chanel-bags-for-sale.com | 433 |
| chanelbagsforsaleuk.com | 434 |
| luxuryaaa.com | 434 |
| replicachanelhandbagssale.com | 434 |
| chanelbagsonline1.com | 435 |
| chanelbagsonline1s.com | 435 |
| chanelbagsonline1t.com | 435 |
| chanelbagsonlines.net | 436 |
| chanelbags-handbags.com | 436 |
| chanelhandbags-bags.com | 436 |
| chanelbags-onlines.org | 437 |
| chanel-bagsonlines.org | 438 |
| chanelbagsparis.com | 439 |
| chanelbagsreplica.net | 440 |
| chanelccearrings.com | 441 |
| buychanelreplica.com | 442 |

14

0.revised

| | |
|---|---|
| chanelclassic.net | 442 |
| chanelflats.com | 443 |
| chanelhandbagsale.net | 444 |
| chanelhandbags-bags.net | 445 |
| chanelhandbags-max.com | 445 |
| chanelhandbags-onlines.net | 446 |
| chanelhandbagsonlinev.com | 447 |
| chanelhandbags-sale.com | 448 |
| chanel-handbags-sale.com | 449 |
| chanel-outlet-sale.com | 449 |
| cheap-luxury-store.com | 449 |
| chanel-handbags-uk.com | 450 |
| chanelhandbagsusale.net | 451 |
| chanelhandbagsussale.net | 451 |
| chanelhandbagsofficial.com | 451 |
| chanelhandbagsonlinesale.com | 451 |
| chanelhandbagsonlinesale.net | 451 |
| chanel-j12-watches.org | 452 |
| chanelkings.com | 453 |
| chanel-onlineshopping.com | 454 |
| chanelonsale.net | 455 |
| chaneloutlet-online.org | 456 |
| chaneloutletonlinestore.net | 457 |
| chaneloutletsonline.com | 458 |
| chaneloutlets-store.net | 459 |
| chanel-outlet-stores.org | 460 |
| chanelpursesforsale.com | 461 |
| replicachanelhandbagsforsale.com | 461 |
| chanelpurses-outlet.com | 462 |
| chanelreplicabagshandbags.com | 463 |

15

0.revised

| | |
|---|---|
| chanel-replicas.com | 463 |
| chanelsale-bags.com | 464 |
| chanel-shoponline.com | 465 |
| chanelsunglassesok.com | 466 |
| chanelbagsshops.com | 467 |
| chanelukstores.com | 467 |
| chanelwatches.me | 468 |
| chanelwatchesoutlet.com | 469 |
| chanelwatchess.com | 470 |
| channel-shopping.com | 471 |
| classychanel.com | 471 |
| charmetasche.com | 472 |
| bagstyle4u.com | 472 |
| cheapbags1.com | 473 |
| cheaphandbag1.com | 473 |
| cheapbagsbest.com | 474 |
| cheapbagsdeal.com | 475 |
| cheapbagshops.com | 476 |
| cheapcapsshop.com | 477 |
| cheapchanelbagsoutlet.net | 478 |
| cheapchanelbagsus.com | 479 |
| chanelhandbags-forsale.net | 479 |
| cheapbagsus.net | 479 |
| cheap-chanel-handbag.com | 480 |
| cheap-chanel-handbags-sale.com | 481 |
| fashionhandbagsstore.net | 481 |
| cheapchanelj12.com | 482 |
| cheapchanelonsales.com | 483 |
| cheapchanelreplica.com | 484 |
| cheapchanelsonline.com | 485 |

16

0.revised

| | |
|---|---|
| cheapdesignerhandbags4u.com | 486 |
| cheaphandbagmall.com | 487 |
| cheap-handbag-mall.com | 487 |
| cheaphandbagswatches.com | 488 |
| cheaphandbagus.com | 489 |
| cheapjewelrysales.com | 490 |
| cheapknockoffhandbags.com | 491 |
| cheaporchina.com | 492 |
| maccosmeticss.net | 492 |
| checkoutpayment24.com | 493 |
| chinachanelbag.com | 494 |
| chinacheapsneakers.com | 495 |
| chinasalecheap.com | 496 |
| clothesdeals4u.com | 497 |
| clothesmalltrade.com | 498 |
| topdesignerpursessale.com | 498 |
| clothessaleshop.com | 499 |
| cnwholesalecheap.com | 500 |
| cochaneloutlet.com | 501 |
| chanelbags-max.com | 502 |
| coco-chanelbags.com | 502 |
| cocochanelforsale.com | 503 |
| cooltasche.com | 504 |
| copychanelwatch.com | 505 |
| copychanelwatches.com | 506 |
| co-win-trade.com | 507 |
| crazyshoeshop.org | 508 |
| topsunglasses-outlet.com | 508 |
| crazytoshoes.com | 509 |
| designerdiscounthandbags.net | 510 |
| designerhandbagsdiscount.org | 511 |

17

| | |
|---|---|
| designerhandbags-us.com | 512 |
| dooutlet.com | 513 |
| eb93.com | 514 |
| ebagonline.net | 515 |
| ectopsunglasseswholesale.com | 516 |
| fakechanelbags.net | 517 |
| fakechanelbagssale.com | 518 |
| fake-cl.com | 519 |
| fashionagoo.com | 520 |
| fashionchanelhandbag.net | 521 |
| pursevalley.ws | 522 |
| finejewellerys.com | 523 |
| flawlessbag.org | 524 |
| flytoshopping.com | 525 |
| francechanelhandbags.com | 526 |
| freplicahandbag.com | 527 |
| girl-handbags.com | 529 |
| glassesales.com | 530 |
| gogoebuy.com | 531 |
| gooootrade.com | 532 |
| ctobuy.com | 533 |
| gsbag.com | 533 |
| handbags2sale.com | 534 |
| handbags4sale.org | 535 |
| handbagshops.net | 536 |
| handbagsmenwomen.com | 537 |
| *Dismissed* | 538 |
| handbagsok33.com | 539 |
| handbags-onsale.org | 540 |
| handbags-worlds.net | 541 |
| heelsonlineshop.com | 542 |

18

0.revised

| | |
|---|---|
| hibrandshoe.com | 543 |
| honey-gifts.com | 544 |
| hotbagsale.net | 545 |
| hotbagsale.org | 546 |
| hotchaneljewelry.com | 547 |
| hotworldtrade.com | 548 |
| italybagssale.com | 549 |
| jewelrystores.cc | 550 |
| lady-times.com | 551 |
| latestbag.com | 552 |
| lookbags.com | 553 |
| loveinchanelbags.com | 554 |
| luxgoods.net | 555 |
| lvhandbags-sale.com | 556 |
| marryfashionshoes.com | 557 |
| maxsbag.com | 558 |
| mnci.org | 559 |
| montredeluxe.biz | 560 |
| myiphoneshoes.com | 561 |
| mypursehandbag.com | 562 |
| newwatchescollection.com | 563 |
| nihboots.com | 564 |
| oakleysunglasses4outlet.com | 565 |
| onlystyles.net | 566 |
| oxsunglass.com | 567 |
| perfectwomenhadbags.com | 568 |
| pickapparelonline.com | 569 |
| pointing-trade.com | 570 |
| popemart.com | 571 |
| popereplica.com | 572 |
| popestore.com | 573 |

19

0.revised

| | |
|---|---|
| poshmoda.co | 574 |
| poshmoda.ws | 574 |
| purse-cheap.com | 575 |
| replicachanelhandbag.net | 576 |
| replicachanelhandbags.us | 577 |
| replicachanelshoes.com | 578 |
| replicadesignershop.com | 579 |
| replicahandbagsforcheap.com | 580 |
| replicasoakley.com | 581 |
| replicawin.com | 582 |
| rpchaneloutlet.com | 583 |
| salechanelhandbags.net | 584 |
| salejewels.com | 585 |
| shoes-onlinestore.com | 586 |
| shoes-onlinestore.org | 586 |
| shoesstylechina.com | 587 |
| shophandbagstyle.com | 588 |
| shoplikeairmax.com | 589 |
| shopmaccosmetics.com | 590 |
| shopping2fine.com | 591 |
| shopping4fine.com | 592 |
| shopwholesalehandbags.com | 593 |
| sonicebag.com | 594 |
| specialhandbag.com | 595 |
| sunglass4sales.com | 597 |
| supershoesclub.com | 598 |
| swiss-omega.com | 599 |
| swisswatchsell.com | 600 |
| tinasky.com | 601 |
| topchanelbags.com | 602 |
| topfreywille.com | 603 |

20

| | |
|---|---|
| topleisureshoes.com | 604 |
| top-lvbag.com | 605 |
| toplvbags.com | 606 |
| topthejewelry.com | 607 |
| tradeshopsonline.com | 608 |
| ukchanelbags.com | 609 |
| urbanclothingdesign.com | 610 |
| uschanelbags.com | 611 |
| chanelhandbags-forsale.com | 611 |
| chanelonlinestore.net | 611 |
| chanelonlinestore.org | 611 |
| cheaphandbagsforsale.net | 611 |
| uschanelhandbagsforsale.net | 611 |
| utsales.com | 612 |
| utshops.com | 613 |
| wal-fashion.com | 614 |
| wallet-bags.com | 615 |
| wefreeshipping.info | 616 |
| wendyebags.com | 617 |
| whhandbags.com | 618 |
| wholesale-21cn.com | 619 |
| wholesale-cheaps-jewelrys.com | 620 |
| wholesaledayday.com | 621 |
| wholesalejewelrysmall.com | 622 |
| *Dismissed* | 623 |
| wholesale-part.com | 624 |
| wholesalesunglassesmart.com | 625 |
| wholesalesunglassesreplica.com | 626 |
| wholesalewhat.com | 627 |
| hahabags.net | 628 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

0.revised

| | |
|---|---|
| buychanel255.info | 422 |
| buychanelbag.info | 422 |
| buychaneloutlet.info | 422 |
| buychanelwallet.info | 422 |
| buyclassicchanel.info | 422 |
| cheapchanelshoes.com | 443 |
| fashionpicks.co | 522 |
| geekpurses.me | 528 |
| spotbags.co | 596 |
| 1purse1.net | 629 |
| 2cshop.net | 630 |
| aaa-replica-handbags.com | 631 |
| topreplicashop.com | 631 |
| wholesale-goods.com | 631 |
| winwatches.com | 631 |
| abags-word.com | 632 |
| ainibag.com | 633 |
| anydayhandbags.com | 634 |
| authenticjeansdesigner.com | 635 |
| bagscue.com | 635 |
| bagswalletsshop.com | 635 |
| beautifuloriginaljeansdiscount.com | 635 |
| bestbagsboutique.com | 635 |
| bestbagswallets.com | 635 |
| bestjeanssalewell.com | 635 |
| bestonsaleshoes.com | 635 |
| beststylesbags.com | 635 |
| wellqualityjeanssalewell.com | 635 |
| bagdiscountshopping.com | 636 |
| bagscheaponline.com | 637 |
| brandbagswallet.org | 638 |

22

| | |
|---|---|
| buybuycn.com | 639 |
| cbagshop.com | 640 |
| cclogochanelearrings.com | 641 |
| chanelccjewelry.com | 641 |
| chanelcclogojewelry.com | 641 |
| chanelnecklacecc.com | 641 |
| chanelbag4u.net | 642 |
| chanelbags4sale.com | 643 |
| chanelbags4u.com | 644 |
| chanelbagsaleuk.com | 645 |
| chanelbagse.com | 646 |
| chanelbagse.net | 647 |
| chanelbagsoutletsale.org | 648 |
| chanelbagssale.us | 649 |
| chanelclassicbag.org | 649 |
| chanelflapbag.org | 649 |
| designerchanelbags.org | 649 |
| chanelbagszone.com | 650 |
| chanelclassichandbagsale.com | 651 |
| chanel-flap-bags.com | 652 |
| chanelflats.net | 653 |
| chanel-jewelry.org | 654 |
| chaneljewerys.com | 655 |
| chaneloutlet6v.com | 656 |
| chaneloutletstore4u.org | 657 |
| chanelreplicabagshandbags.co.uk | 657 |
| chanel-shoes.org | 658 |
| chanelsoutlets.com | 659 |
| chanel-stock.com | 660 |
| chanelstore.us | 661 |
| chaneltote.net | 662 |

23

0.revised

| | |
|---|---|
| charmchanels.net | 663 |
| chbagline.org | 664 |
| chbagstore.net | 665 |
| cheap-bag.org | 666 |
| cheapchanelbagoutlets.com | 667 |
| cheap-chanel-bags.us | 668 |
| cheapchanelbagss.net | 669 |
| cheap-chanel-handbags-sale.info | 670 |
| cheapsaledesigner.com | 671 |
| cheapsunglasses2011.net | 672 |
| cheapwholesalereplicas.com | 673 |
| cl-replicas.com | 674 |
| cocodechanel.com | 675 |
| cokobags.com | 676 |
| designerhandbagscheap.us | 677 |
| designersunglassesshop.org | 678 |
| designersunglassesstore.net | 678 |
| ebuyfashiongoods.com | 679 |
| echeapdesignerhandbags.net | 680 |
| fakechanelbags.biz | 681 |
| fakechanelhandbags.com | 682 |
| fashionable-mall.com | 683 |
| fashionbagstrade.com | 684 |
| frombest.com | 685 |
| gabrielle-bonheur-chanel.com | 686 |
| greatwatch.org | 687 |
| handbag2011.com | 688 |
| wholesale4life.com | 688 |
| handbagssale-online.com | 689 |
| wholesalehouse.net | 689 |
| karllagerfeld-creative.com | 690 |

24

| | |
|---|---|
| womenfashionbag.com | 690 |
| lovebagforu.org | 691 |
| zabags.com | 691 |
| lovechanel.net | 692 |
| luxurybagshop.org | 693 |
| luxurychanelsale.com | 694 |
| modernbagshop.com | 695 |
| mycheapwatches.com | 696 |
| nicetimetool.com | 696 |
| newhandbagoutlet.com | 697 |
| okreplica.org | 698 |
| onlinebagss.com | 699 |
| pursecn.com | 700 |
| purses-bags.com | 701 |
| pursevalley.me | 702 |
| replicaclbags-us.com | 703 |
| sogoluxury.com | 704 |
| uk-replica-bags.net | 705 |
| uschaneloutletmall.com | 706 |
| wedingshoesgirl.com | 707 |

25

0.revised