David S. Kahn
Nevada Bar No. 007038
J. Scott Burris
Nevada Bar No. 010529
Juan P. Rodriguez
Nevada Bar No. 010733
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
E-mail:David.Kahn@wilsonelser.com
       J.Scott.Burris@wilsonelser.com
       Juan.Rodriguez@wilsonelser.com

Stephen M. Gaffigan (*Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail:stephen@smgpa.net

Attorneys for Plaintiff, CHANEL, INC.

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANEL, INC., <br><br> Plaintiff, <br><br> v. <br><br> EUKUK.COM, *et al.*, <br><br> Defendants. | Case No. 2:11-cv-01508-KJD-PAL <br><br> [[~~PROPOSED~~]] ORDER GRANTING PLAINTIFF'SIXTH APPLICATION FOR ENTRY OF PRELIMINARY INJUNCTION |

THIS CAUSE is before the Court on Plaintiff's Sixth Application for Entry of Preliminary Injunction (#123), (the "Sixth Application for Preliminary Injunction"), and upon the Preliminary Injunction Hearing held on April 3, 2012.  The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

1  By the instant Sixth Application for Preliminary Injunction (#123) Plaintiff Chanel, Inc.
2  ("Chanel"), moves for entry of a preliminary injunction against Defendants, the Partnerships and
3  Unincorporated Associations identified on Schedule "A" attached hereto ("Defendants 1115-1306"),
4  for alleged violations of the Lanham Act, 15 U.S.C. §§ 1114, and 1125(a) and (d).

5  The Court convened the hearing on April 3, 2012, at which only counsel for Plaintiff was
6  present and available to present evidence supporting the Sixth Application for Preliminary
7  Injunction. Defendants 1115-1036 have not responded to the Sixth Application for Preliminary
8  Injunction, made any filing in this case, nor have Defendants 1115-1306 appeared in this matter
9  either individually or through counsel. Because Plaintiff has satisfied the requirements for the
10 issuance of a preliminary injunction, the Court will grant Plaintiff's Sixth Application for
11 Preliminary Injunction.

## I. Factual and Procedural Background

13 On March 20, 2012, the Court entered a temporary restraining order on the following facts
14 from Plaintiff's Second Amended Complaint, *Ex Parte* Sixth Application for Entry of a Temporary
15 Restraining Order and Preliminary Injunction, and supporting evidentiary submissions.

16 Chanel is a corporation duly organized under the laws of the State of New York with its
17 principal place of business in the United States located at Nine West 57th Street, New York, New
18 York 10019. (Second Amended Compl. ¶ 3.) Chanel operates boutiques throughout the world,
19 including within this Judicial District. See id. Chanel is, in part, engaged in the business of
20 manufacturing and distributing throughout the world, including within this Judicial District, a variety
21 of high quality luxury goods. (Declaration of Adrienne Hahn Sisbarro in Support of Plaintiff's Sixth
22 *Ex Parte* Application for TRO ["Hahn Sixth Decl."] ¶ 5.)

23 Chanel is, and at all times relevant hereto has been, the owner of all rights in and to the
24 following trademarks:

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
| CHANEL | 0,612,169 | September 13, 1955 | IC 014 - Necklaces |
| CHANEL | 0,626,035 | May 1, 1956 | IC 018 – Women's Handbags |
| CHANEL | 0,902,190 | November 10, 1970 | IC 014 - Bracelets, Pins, and Earrings |
| CHANEL | 0,915,139 | June 15, 1971 | IC 025 - Women's Shoes |
| CHANEL | 0,955,074 | March 13, 1973 | IC 014 – Watches |
| ⓒⒸ | 1,241,264 | June 7, 1983 | IC 025 - Suits, Jackets, Skirts, Dresses, Pants, Blouses, Tunics, Sweaters, Cardigans, Tee-Shirts, Coats, Raincoats, Scarves, Shoes and Boots |
| CHANEL | 1,241,265 | June 7, 1983 | IC 025 - Suits, Jackets, Skirts, Dresses, Pants, Blouses, Tunics, Sweaters, Cardigans, Coats, Raincoats, Scarves, Shoes and Boots |
| ⓒⒸ | 1,271,876 | March 27, 1984 | IC 025 - Clothing-Namely, Coats, Dresses, Blouses, Raincoats, Suits, Skirts, Cardigans, Sweaters, Pants, Jackets, Blazers, and Shoes |
| ⓒⒸ | 1,314,511 | January 15, 1985 | IC 018 - Leather Goods-Namely, Handbags |
| CHANEL | 1,347,677 | July 9, 1985 | IC 018 - Leather Goods-namely, Handbags |
| ⓒⒸ | 1,501,898 | August 30, 1988 | IC 006 – Keychains |

[PROPOSED] ORDER GRANTING PLAINTIFF'S SIXTH APPLICATION
FOR ENTRY OF PRELIMINARY INJUNCTION

| Mark | Reg. No. | Date | Classes |
|---|---|---|---|
| | | | IC 014 - Costume Jewelry<br><br>IC 016 - Gift Wrapping Paper<br><br>IC 025 -Blouses, Shoes, Belts, Scarves, Jackets, Men's Ties<br><br>IC 026 – Brooches and Buttons for Clothing |
| CHANEL | 1,510,757 | November 1, 1988 | IC 009 – Sunglasses |
| ⊂C | 1,654,252 | August 20, 1991 | IC 009 – Sunglasses |
| CHANEL | 1,733,051 | November 17, 1992 | IC 018 - Leather Goods; namely, Handbags, Wallets, Travel Bags, Luggage, Business and Credit Card Cases, Change Purses, Tote Bags, Cosmetic Bags Sold Empty, and Garment Bags for Travel |
| ⊂C | 1,734,822 | November 24, 1992 | IC 018 - Leather Goods; namely, Handbags, Wallets, Travel Bags, Luggage, Business Card Cases, Change Purses, Tote Bags, and Cosmetic Bags Sold Empty |
| J12 | 2,559,772 | April 9, 2002 | IC 014 -Timepieces; namely, Watches, and Parts Thereof |
| ⊂C | 3,025,934 | December 13, 2005 | IC 018 – Handbags |
| ⊂C | 3,025,936 | December 13, 2005 | IC 009 -Mobile Phone Straps, Eyeglass Frames, Sunglasses<br><br>IC 025 - Gloves, Swimwear<br><br>IC 026 - Hair Accessories namely Barrettes and Pony-Tail Holders |

| CHANEL | 3,133,139 | August 22, 2006 | IC 014 - Jewelry and Watches |

(the "Chanel Marks") which are registered on the Principal Register of the United States Patent and Trademark Office and are used in connection with the manufacture and distribution of high quality goods in the categories identified above. (Declaration of Adrienne Hahn Sisbarro in Support of Plaintiff's *Ex Parte* Application for TRO (DE 7-14) ["Hahn Decl."]; see also United States Trademark Registrations of the Chanel Marks at issue ["Chanel Trademark Registrations"] attached as Exhibit A to the Hahn Decl. (DE 7-15)).

Defendants 1115-1306, via the domain names identified on Schedule "A" hereto (the "Group VIII Subject Domain Names"), have advertised, promoted, offered for sale, and/or sold, at least, handbags, wallets, shoes, boots, sunglasses, watches, swimwear, and costume jewelry, including necklaces, bracelets, earrings, and rings bearing what Plaintiff has determined to be counterfeits, infringements, reproductions, and/or colorable imitations of the Chanel Marks. Although each of the Defendants may not copy and infringe each Chanel Mark for each category of goods protected, Chanel has submitted sufficient evidence showing each Defendant has infringed, at least, one or more of the Chanel Marks. (Hahn Sixth Decl. ¶¶ 11-15; Declaration of Malerie Maggio in Support of Plaintiff's Sixth *Ex Parte* Application for Entry of Temporary Restraining Order and Preliminary Injunction ["Maggio Decl."] ¶ 4.) Defendants 1115-1306 are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, infringements, reproductions, and/or colorable imitations of the Chanel Marks. (Hahn Sixth Decl. ¶ 9.)

Plaintiff's counsel again retained Malerie Maggio ("Maggio") of Investigative Consultants, a licensed private investigative firm, to investigate suspected sales of counterfeit Chanel branded products by Defendants 1115-1306. (Hahn Sixth Decl. ¶ 10; Maggio Decl. ¶ 3.) On March 5, 2012 and/or March 6, 2012, Maggio accessed the Internet websites operating under the three of the domain names at issue in this action, chlhandbags.info, shoptshirthot.com, chanel-j12-watch.net, finalized the purchases of three (3) products, including a wallet, a necklace, and a watch, and requested each product purchased be shipped to her address in Las Vegas, Nevada. (Maggio Decl. ¶

4 and Composite Exhibit A attached thereto.) Maggio's purchases were processed entirely online, which included providing shipping and billing information, payment, and confirmation of her orders. (Maggio Decl. ¶ 4 and Composite Exhibit A attached thereto.)

Thereafter, a representative of Chanel, Adrienne Hahn Sisbarro, reviewed and visually inspected the web page listings, including images, for each of the Chanel branded goods purchased by Maggio and determined the items were non-genuine Chanel products. (Hahn Sixth Decl. ¶¶ 11-12, 15.) Additionally, Hahn reviewed and visually inspected the items bearing the Chanel Marks offered for sale via the Internet websites operating under the partnership and/or unincorporated association names identified on Schedule "A" hereto, the Group VIII Subject Domain Names, and determined the products were non-genuine Chanel products. (Hahn Sixth Decl. ¶¶ 13-15 and Composite Exhibits A and B attached thereto.)

On March 6, 2012, Plaintiff filed its Notice of Identification of Defendants 1115-1306, previously identified as Does 715-906 (#120). On March 9, 2012, Plaintiff filed its Sixth *Ex Parte* Application for Entry of a Temporary Restraining Order and Preliminary Injunction (# 123). On March 20, 2012, the Court issued an Order Granting Plaintiff's Sixth *Ex Parte* Application for a Temporary Restraining Order and temporarily restrained the Defendants from infringing the Chanel Marks at issue (#131). Pursuant to the Court's March 20, 2012 Order, Plaintiff provided Defendants 1115-1306 with notice and copies of the Court's March 20, 2012 Order and Plaintiff's Sixth *Ex Parte* Application for Entry of a Temporary Restraining Order and Preliminary Injunction, via email to the email address(es) reflected in the domain registration data for the Group VIII Subject Domain Names, via email to the email address(es) provided on the Internet websites operating under the Group VIII Subject Domain Names, electronically via the contact submission web page provided on the websites for the Group VIII Subject Domain Names, and/or via email to the registrar of record for each of the Group VIII Subject Domain Names.[1]

---

[1] As of the date of preliminary injunction hearing conducted on April 3, 2012, the redirection of the Group VIII Subject Domain Names to the serving site, http://servingnotice.com/sdv/index.html, has not been finalized. Although Defendants 1115-1306 have received notice of the Court's March 22, 2012 Order and the April 3, 2012 hearing via the electronic notification methods authorized by the Court.

6

## II.   Conclusions of Law

The declarations and supporting evidentiary submissions Plaintiff submitted in support of its Sixth Application for Preliminary Injunction support the following conclusions of law:

A.   Plaintiff has a very strong probability of proving at trial that consumers are likely to be confused by the Defendants 1115-1306's advertisement, promotion, sale, offer for sale, and/or distribution of handbags, wallets, shoes, boots, sunglasses, scarves, tee shirts, watches, and costume jewelry, including necklaces, bracelets, earrings, brooches, and rings bearing counterfeits, infringements, reproductions, and/or colorable imitations of the Chanel Marks, and that the products the Defendants are selling are copies of Plaintiff's products that bear marks which are substantially indistinguishable from and/or colorful imitations of the Chanel Marks on handbags, wallets, shoes, boots, sunglasses, scarves, tee shirts, watches, and costume jewelry, including necklaces, bracelets, earrings, brooches, and rings.

B.   Because of the infringement of the Chanel Marks, Plaintiff is likely to suffer immediate and irreparable injury if a preliminary injunction order is not granted. It clearly appears from the following specific facts, as set forth in Plaintiff's Second Amended Complaint, Plaintiff's Sixth Application for Preliminary Injunction, and accompanying declarations on file, that immediate and irreparable loss, damage, and injury will result to Plaintiff and to consumers because it is more likely true than not that:

1.   Defendants 1115-1306 own or control Internet business operations which advertise, promote, offer for sale, and sell, at least, handbags, wallets, shoes, boots, sunglasses, scarves, tee shirts, watches, and costume jewelry, including necklaces, bracelets, earrings, brooches, and rings bearing counterfeit and infringing trademarks in violation of Plaintiff's rights;

2.   Plaintiff has well-founded fears that more counterfeit and infringing handbags, wallets, shoes, boots, sunglasses, scarves, tee shirts, watches, and costume jewelry, including necklaces, bracelets, earrings, brooches, and rings bearing Plaintiff's trademarks will appear in the marketplace; that consumers may be misled, confused, and disappointed by the quality of these products; and that Plaintiff may suffer loss of sales for its genuine products;

3. Plaintiff has well-founded fears that unless the injunction is granted, Defendants 1115-1306 can easily and quickly transfer the registrations for many of the Group VIII Subject Domain Names, or modify registration data and content, change hosts, and redirect traffic to other websites, thereby thwarting Plaintiff's ability to obtain meaningful relief;

4. The balance of potential harm to Defendants 1115-1306 in restraining their trading in counterfeit and infringing branded goods if a preliminary injunction is issued is far outweighed by the potential harm to Plaintiff, its reputation and goodwill as a manufacturer of high quality handbags, wallets, shoes, boots, sunglasses, scarves, tee shirts, watches, and costume jewelry, including necklaces, bracelets, earrings, brooches, and rings, if such relief is not issued; and

5. The public interest favors issuance of the preliminary injunction in order to protect Plaintiff's trademark interests and the public from being defrauded by the palming off of counterfeit goods as Plaintiff's genuine goods.

Accordingly, after due consideration, it is

ORDERED AND ADJUDGED that Plaintiff's Sixth Application for Entry of a Preliminary Injunction (# 123) hereby is **GRANTED** as follows

(1) Defendants 1115-1306, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with Defendants 1115-1306 having notice of this Preliminary Injunction are hereby restrained and enjoined, pending termination of this action:

(a) From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the Chanel Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by Plaintiff; and

(b) From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by Plaintiff, bearing the Chanel Marks, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale,

distribution, or transfer of any products bearing the Chanel Marks, or any confusingly similar trademarks.

(2) Defendants 1115-1306, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with the Defendants having notice of this Preliminary Injunction shall, until the conclusion of this action, discontinue the use of the Chanel Marks or any confusingly similar trademarks, on or in connection with all Internet websites owned and operated, or controlled by them including the Internet websites operating under the Group VIII Subject Domain Names;

(3) Defendants 1115-1306, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with the Defendants 1115-1306 having notice of this Preliminary Injunction shall, until the conclusion of this action, discontinue the use of the Chanel Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by the Defendants 1115-1306, including the Internet websites operating under the Group VIII Subject Domain Names;

(4) Defendants 1115-1306 shall not transfer ownership of the Group VIII Subject Domain Names during the pendency of this Action, or until further Order of the Court;

(5) The domain name Registrars for the Group VIII Subject Domain Names are directed, to the extent it is not already done, to transfer to Plaintiff's counsel, for deposit with this Court, domain name certificates for the Group VIII Subject Domain Names;

(6) Upon Plaintiff's request, the privacy protection services for any Group VIII Subject Domain Names for which the Registrant uses such privacy protection service to conceal the Registrant's identity and contact information are ordered to disclose to Plaintiff the true identities and contact information of those Registrants;

(7) The Registrars and the top-level domain (TLD) Registries for the Group VIII Subject Domain Names, upon receipt of this Preliminary Injunction shall, to the extent it is not already done, shall change or assist in changing, the Registrar of record for the Group VIII Subject Domain Names, excepting any such domain names which such Registries have been notified in writing by the Plaintiff have been or will be dismissed from this action, to a holding account with the United States based Registrar, GoDaddy.com, Inc. As a matter of law, this Preliminary Injunction shall no longer apply to any Defendant or associated domain name dismissed from this action. GoDaddy.com, Inc. shall hold and/or continue to hold access to the Group VIII Subject Domain Names in trust for the Court during the pendency of this action. Additionally, GoDaddy.com, Inc., upon receipt of this Order, shall, to the extent not already done, immediately update and/or not modify the Domain Name System ("DNS") data it maintains for the Group VIII Subject Domain Names, which link the domain names to the IP addresses where their associated websites are hosted, from NS1.MEDIATEMPLE.NET and NS2.MEDIATEMPLE.NET, which currently causes the domain names to resolve to the website where a copy of the Complaint, First Amended Complaint, Second Amended Complaint, Summonses, all Orders, and all other documents on file in this action are displayed. Alternatively, GoDaddy.com, Inc. may, to the extent not already done, institute and/or maintain a domain name forwarding which will automatically redirect any visitor to the Group VIII Subject Domain Names to the following Uniform Resource Locator ("URL") http://servingnotice.com/sdv/index.html whereon copies of the Complaint, First Amended Complaint, Second Amended Complaint, Summonses, Orders, and all other documents on file in this action are displayed. The Group VIII Subject Domain Names shall be maintained on Lock status, preventing the modification or deletion of the domains by the registrar or the Defendants;

(8) Plaintiff may enter and/or continue to enter the Group VIII Subject Domain Names into Google's Webmaster Tools and cancel any redirection of the domains that have been entered there by Defendants 1115-1306 which redirect traffic to the counterfeit operations to a new domain name and thereby evade the provisions of this Preliminary Injunction;

1   (9)   Defendants 1115-1306 shall preserve and/or continue to preserve copies of all their computer files relating to the use of any of the Group VIII Subject Domain Names and shall continue to take all steps necessary to retrieve computer files relating to the use of any of the Group VIII Subject Domain Names and that may have been deleted before the entry of this Preliminary Injunction;

(10)   Plaintiff shall maintain its bond in the amount of Twenty-Thousand Dollars and Zero Cents ($20,000.00), as payment of damages to which the Defendants may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until further Order of the Court;

(11)   This Preliminary Injunction shall remain in effect during the pendency of this action, or until such further date as set by the Court or stipulated to by the parties;

(12)   This Preliminary Injunction shall apply to the Group VIII Subject Domain Names and any other domain names properly brought to the Court's attention and verified by sworn affidavit which verifies such new domain names are being used by Defendants 1115-1306 for the purpose of counterfeiting the Chanel Marks at issue in this action and/or unfairly competing with Chanel in connection with search engine results pages.

IT IS SO ORDERED.

DATED: April 3, 2012

Kent J. Dawson
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S SIXTH APPLICATION
FOR ENTRY OF PRELIMINARY INJUNCTION

# SCHEDULE A
## DEFENDANTS BY SUBJECT DOMAIN NAMES AND DEFENDANT NUMBER

| Defendant # | Domain Name |
|---|---|
| Defendant 1115 | 2012chanelblackbags.com |
| Defendant 1116 | 2012chanelfashionbags.com |
| Defendant 1117 | 2012chaneloutlet.com |
| Defendant 1118 | 2012chanelsale.com |
| Defendant 1119 | 2012fashionchanelbags.com |
| Defendant 1120 | 2012newchanel.com |
| Defendant 1121 | 2012newchanel-bags.com |
| Defendant 1122 | 2012-newchanelbags.com |
| Defendant 1123 | 2012newchanelbags.net |
| Defendant 1124 | 2012newchanelmall.com |
| Defendant 1125 | 520watches.net |
| Defendant 1126 | abag2u.net |
| Defendant 1127 | alljewelery.com |
| Defendant 1128 | australia-chanelbags.com |
| Defendant 1129 | authchanelhandbags.com |
| Defendant 1130 | bagsinhand.net |
| Defendant 1131 | bagsoutletsstore.com |
| Defendant 1132 | bagspicking.com |
| Defendant 1133 | beadscharmsrings.com |
| Defendant 1134 | bestbagforyou.com |
| Defendant 1135 | bestbags4you.com |
| Defendant 1136 | bestchanelmall.com |
| Defendant 1137 | bestchaneloutletstore.com |
| Defendant 1138 | bestdesignerhandbagsstore.com |
| Defendant 1139 | bestdesignerjeanssalewell.com |
| Defendant 1140 | bestsneakershop.com |
| Defendant 1141 | bikiniswimwearsale.com |
| Defendant 1142 | bootsshoesonline111.info |
| Defendant 1143 | brandsunglassesale.com |
| Defendant 1144 | buy2012chanelcheap.com |
| Defendant 1145 | buychanelhandbags.net |
| Defendant 1146 | buychanelonlineus.com |
| Defendant 1147 | buychanelwatch.com |
| Defendant 1148 | buycheapchanelonline.com |
| Defendant 1149 | buyhandbagsonlinecheap.com |
| Defendant 1150 | buyreplicachanel.org |
| Defendant 1151 | cadbac.com |

[PROPOSED] ORDER GRANTING PLAINTIFF'S SIXTH APPLICATION
FOR ENTRY OF PRELIMINARY INJUNCTION

| | |
|---|---|
| Defendant 1152 | chalsale.net |
| Defendant 1153 | chanel1outlet.com |
| Defendant 1154 | chanel2012.net |
| Defendant 1155 | chanel2013handbags.com |
| Defendant 1156 | chanel255bag.com |
| Defendant 1157 | chanel2sale.com |
| Defendant 1158 | chanel4australia.com |
| Defendant 1159 | chanelb2chandbags.com |
| Defendant 1160 | chanelbagcollection.com |
| Defendant 1161 | chanelbaghandbags.co.uk |
| Defendant 1162 | chanelbag-onlineshop.com |
| Defendant 1163 | chanelbags6v.net |
| Defendant 1164 | chanelbagsb2c.com |
| Defendant 1165 | chanelbags-eshop.net |
| Defendant 1166 | chanelbags-home.com |
| Defendant 1167 | chanel-bagsmall.com |
| Defendant 1168 | chanel-bagsmalls.com |
| Defendant 1169 | chanelbags-onlineshop.net |
| Defendant 1170 | chanelbagsonsale.us |
| Defendant 1171 | chanelbagstore.co.uk |
| Defendant 1172 | chanelbagstore.org.uk |
| Defendant 1173 | chanelblackbag.com |
| Defendant 1174 | chanel-cc-jewelry.com |
| Defendant 1175 | chanel-cclogo.com |
| Defendant 1176 | chaneldiscountonline.com |
| Defendant 1177 | chanelfakebags.net |
| Defendant 1178 | chanelfashionforever.com |
| Defendant 1179 | chanelforsale.org |
| Defendant 1180 | chanelhandbagaustralia.com |
| Defendant 1181 | chanelhandbagreplica.com |
| Defendant 1182 | chanelhandbags.cc |
| Defendant 1183 | chanel-handbags.info |
| Defendant 1184 | chanelhandbagsb2c.com |
| Defendant 1185 | chanel-handbags-cheap.net |
| Defendant 1186 | chanelhandbagsforyou.com |
| Defendant 1187 | chanelhandbagshome.com |
| Defendant 1188 | chanelhandbags-online.com |
| Defendant 1189 | chanel-handbagsoutlet.info |
| Defendant 1190 | chanelhotstore.com |
| Defendant 1191 | chanelinbargain.com |
| Defendant 1192 | chanelinnovative.com |
| Defendant 1193 | chanel-j12-watch.net |
| Defendant 1194 | chanel-onlineshoppings.com |

[PROPOSED] ORDER GRANTING PLAINTIFF'S SIXTH APPLICATION
FOR ENTRY OF PRELIMINARY INJUNCTION

| | |
|---|---|
| Defendant 1195 | chanel-onlineshops.com |
| Defendant 1196 | chanelonlineshop-us.com |
| Defendant 1197 | chanelonsalenow.com |
| Defendant 1198 | chanelonshelf.com |
| Defendant 1199 | chaneloutlet1online.com |
| Defendant 1200 | chaneloutlet6s.net |
| Defendant 1201 | chaneloutletbagss.com |
| Defendant 1202 | chaneloutletshell.com |
| Defendant 1203 | chanel-outlets-onlinel.com |
| Defendant 1204 | chaneloutlets-onlines.com |
| Defendant 1205 | chanel-outlets-onlines.com |
| Defendant 1206 | chaneloutletszones.com |
| Defendant 1207 | chaneloutlettell.com |
| Defendant 1208 | chaneloutletz.com |
| Defendant 1209 | chanelpursesforsale.info |
| Defendant 1210 | chanelreplicahandbags.co.uk |
| Defendant 1211 | chanelreplicashop.com |
| Defendant 1212 | chanelretailer.com |
| Defendant 1213 | chanelsbagsmalls.com |
| Defendant 1214 | chanelshopjp.com |
| Defendant 1215 | chanelshow.net |
| Defendant 1216 | chanelsoutletsonline.com |
| Defendant 1217 | chanelusoutlets.com |
| Defendant 1218 | chanelwatchesshop.com |
| Defendant 1219 | cheap2012chanel.com |
| Defendant 1220 | cheapbags-depot.com |
| Defendant 1221 | cheapchanelbags2012.net |
| Defendant 1222 | cheapchanelbags-online.com |
| Defendant 1223 | cheapchanelbagsusa.com |
| Defendant 1224 | cheapchanelhandbagsus.com |
| Defendant 1225 | cheapchanelincredible.com |
| Defendant 1226 | cheapchanelonsale.net |
| Defendant 1227 | cheapchanelsale.net |
| Defendant 1228 | cheapchanelsunglassess.com |
| Defendant 1229 | cheapsalesunglasses.com |
| Defendant 1230 | cheap-shoes-online.org |
| Defendant 1231 | china-cheap-bags.net |
| Defendant 1232 | chleggs.info |
| Defendant 1233 | chlhandbags.info |
| Defendant 1234 | clpurses.info |
| Defendant 1235 | cnpurse.com |
| Defendant 1236 | cnwholesale-bags.com |
| Defendant 1237 | cocochanel-outlets.com |

[PROPOSED] ORDER GRANTING PLAINTIFF'S SIXTH APPLICATION
FOR ENTRY OF PRELIMINARY INJUNCTION

| | |
|---|---|
| Defendant 1238 | coco-chanel-purses.com |
| Defendant 1239 | cocochanelshop.com |
| Defendant 1240 | cocohandbags.net |
| Defendant 1241 | cosbags.com |
| Defendant 1242 | designerbagfactory.com |
| Defendant 1243 | designerbagforsale.com |
| Defendant 1244 | designerhandbags001.com |
| Defendant 1245 | designeroriginaltshirt.com |
| Defendant 1246 | epopshoes.com |
| Defendant 1247 | essentialchanelshop.com |
| Defendant 1248 | fabulouschanel.com |
| Defendant 1249 | fadbag2012.com |
| Defendant 1250 | fakebagsok.com |
| Defendant 1251 | famechanel.com |
| Defendant 1252 | fashionchanelstore.com |
| Defendant 1253 | gabriellechanelshop.com |
| Defendant 1254 | giftofchanel.com |
| Defendant 1255 | gosunglassessale.com |
| Defendant 1256 | handbag-on-sale.com |
| Defendant 1257 | handbagoutlets.net |
| Defendant 1258 | handbags163.com |
| Defendant 1259 | handbags-bags-bag.com |
| Defendant 1260 | handbagsoffer.com |
| Defendant 1261 | handbagtiny.com |
| Defendant 1262 | handbagwatches.net |
| Defendant 1263 | hotpointchanel.com |
| Defendant 1264 | hotsalefashionbags.com |
| Defendant 1265 | iamjewelers.com |
| Defendant 1266 | ijewelryoutlet.com |
| Defendant 1267 | ijewelrysale.org |
| Defendant 1268 | incheaphandbags.com |
| Defendant 1269 | jewelryoutletsale.com |
| Defendant 1270 | karenschulz.com |
| Defendant 1271 | latestchanelsale.com |
| Defendant 1272 | luxurychanelonline.com |
| Defendant 1273 | luxurychanelonsale.com |
| Defendant 1274 | luxurychanelreplica.com |
| Defendant 1275 | newchanelmall.com |
| Defendant 1276 | newchanelproudyou.com |
| Defendant 1277 | noblechanel.com |
| Defendant 1278 | oakleysunglassesbest.com |
| Defendant 1279 | oakleysunglassesbest.net |
| Defendant 1280 | oakleysunglassessaleonline.com |

[PROPOSED] ORDER GRANTING PLAINTIFF'S SIXTH APPLICATION
FOR ENTRY OF PRELIMINARY INJUNCTION

| | |
|---|---|
| Defendant 1281 | officalchanelstore.com |
| Defendant 1282 | officialchanelsalestore.com |
| Defendant 1283 | onlinebestchanelbag.com |
| Defendant 1284 | online-chanelbags.com |
| Defendant 1285 | premierchanelhouse.com |
| Defendant 1286 | replicabagsforsale.com |
| Defendant 1287 | replica-c.com |
| Defendant 1288 | replicachanelbags.net |
| Defendant 1289 | replica-chanel-cheap.com |
| Defendant 1290 | replica-handbag1.com |
| Defendant 1291 | sacsmaindemodedesortie.com |
| Defendant 1292 | shopluxurychanel.com |
| Defendant 1293 | shopping-gogogo.com |
| Defendant 1294 | shoptshirthot.com |
| Defendant 1295 | shopvvv.com |
| Defendant 1296 | stylechanelwholesale.com |
| Defendant 1297 | stylenewestchanelonline.com |
| Defendant 1298 | superchanelpurse.com |
| Defendant 1299 | topbrandpurses.com |
| Defendant 1300 | topchanelonlinesale.com |
| Defendant 1301 | usachanelbagsonsale.com |
| Defendant 1302 | usa-chanelbagssale.com |
| Defendant 1303 | uscheapchaneloutlet.com |
| Defendant 1304 | valleystreaminfo.com |
| Defendant 1305 | walletspluspurses.com |
| Defendant 1306 | wbrandbag.com |

[PROPOSED] ORDER GRANTING PLAINTIFF'S SIXTH APPLICATION
FOR ENTRY OF PRELIMINARY INJUNCTION