David S. Kahn
Nevada Bar No. 007038
J. Scott Burris
Nevada Bar No. 010529
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
E-mail:David.Kahn@wilsonelser.com
          J.Scott.Burris@wilsonelser.com

Stephen M. Gaffigan (Admitted *Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail:stephen@smgpa.net

*Attorneys for Plaintiff*, CHANEL, INC.

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANEL, INC., <br><br> Plaintiff, <br><br> v. <br><br> EUKUK.COM, *et al.*, <br><br> Defendants. | Case No. 2:11-cv-01508-KJD-PAL <br><br> **ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO FILE ITS THIRD AMENDED COMPLAINT** |

THIS CAUSE, having come before the Court upon Plaintiff Chanel, Inc.'s ("Plaintiff") Motion for Leave to File Third Amended Complaint, the Court having reviewed the Motion and being otherwise duly advised, does hereby ORDER AND ADJUDGE as follows:

1. Plaintiff's Motion for Leave to File Third Amended Complaint is hereby granted.

2. Plaintiff's Third Amended Complaint attached as Exhibit "A" to Plaintiff's Motion for Leave to File Third Amended Complaint is deemed filed as of the date of this order and shall be entered on the Docket by the Clerk.

3.   Due to the need to maintain judicial economy and a manageable docket, further motions to amend seeking to add websites beyond the 1,485 listed in the Third Amended Complaint, will not be entertained.

IT IS SO ORDERED.

Dated: December 14, 2012



_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

2

**ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION
FOR LEAVE TO FILE ITS THIRD AMENDED COMPLAINT**